BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: §
§
**2B Farms, a Texas General Partnership** §   Case No.: **23-50096**
§
§
Debtor(s) §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☑ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **June 1, 2023**        **/s/ Terry M. Robinson**
                              **Terry M. Robinson/General Partner**
                              Signer/Title

Date: **June 1, 2023**        **/s/ Todd J. Johnston**
                              Signature of Attorney
                              **Todd J. Johnston 24050837**
                              **McWhorter, Cobb & Johnson, LLP**
                              **P.O. Box 2547**
                              **Lubbock, TX 79408**
                              **806/762-0214   Fax: 806/762-8014**

                              Debtor's Social Security/Tax ID No.

                              Joint Debtor's Social Security/Tax ID No.

Internal Revenue Service
P.O. Box 249
Memphis, TN 38101


U.S. Attorney General
U.S. Department of Justice
10th & Pennsylvannia Avenue
Washington, DC 20530


U.S. Attorney's Office
Room 700, 1205 Texas Avenue
Lubbock, TX 79401


Texas Attorney General
P.O. Box 12548
Austin, TX 78711


AgriSompo North America
P.O. Box 69
Wolfforth, TX 79382


C. Dunham Biles
Steptoe & Johnson, PLLC
500 North Akard Street, Suite 3200
Dallas, TX 75201


Denny Family Trust
7501 98th Street
Lubbock, TX 79424


HTLF Bank, successor by merger to
First Bank & Trust
4500 College Ave.
Snyder, TX 79549


HTLF Bank, successor by merger to First
First Bank & Trust
4500 College Ave.
Snyder, TX 79549

John Deere Financial
P.O. Box 4450
Carol Stream, IL 60197


John H. Lovell
Lovell, Lovell, Isern & Farabough, LLP
112 SW 8th Ave, Suite 1000
Amarillo, TX 79101


Rabo AgriFinance, LLC
c/o Michael R. Johnson
Ray Quinney & Nebeker, P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111


Robinson Farms, LP, a Texas Limited Part
9397 County Road 3114
Snyder, TX 79549


Stirling Farm
c/o James R. Stirling
2700 34th St.
Snyder, TX 79549


Triple K
P.O. Box 338
Post, TX 79356


Vickey Speed
5512 Bent Tree Dr.
Dallas, TX 75248