Timothy T. Pridmore; SBN: 00788224
Todd J. Johnston; SBN: 24050837
MCWHORTER, COBB & JOHNSON, LLP
1722 Broadway (79401)
P. O. Box 2547
Lubbock, Texas 79408
806/762-0214; 806/762-8014 (fax)
*Attorneys for Debtors, 2B Farms, a Texas General Partnership,
and Terry M. Robinson and Rebecca A. Robinson*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 12 Case |
| 2B Farms, a Texas General Partnership, *et al*, | § | |
| | § | Case No. 23-50096-rlj12 |
| *Debtors.* | § | |
| | § | Jointly Administered |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the following documents were served by regular, first-class mail, postage prepaid to the creditors and parties in interest listed on the attached Exhibit "A' on the 8th day of June, 2023:

1. Notice of Chapter 12 Bankruptcy Case of 2B Farms, a Texas General Partnership [Dkt # 3];
2. Notice of Chapter 12 Bankruptcy Case of Terry M. Robinson and Rebecca A. Robinson [Dkt #6];
3. Order Regarding Filing of Pleadings and Directing Joint Administration of Cases [Dkt #9].

Dated: June 8, 2023

Respectfully submitted,

**MCWHORTER, COBB & JOHNSON, L.L.P.**
1722 Broadway
P.O. Box 2547
Lubbock, Texas 79408
(806) 762-0214 - Telephone
(806) 762-8014 – Facsimile

Timothy T. Pridmore
SBN:  00788224
*tpridmore@mcjllp.com*
Todd J. Johnston

{00671420.DOCX - ver}

SBN: 24050837
*tjohnston@mcjllp.com*

By: /s/ Todd J. Johnston
     Todd J. Johnston

***ATTORNEYS FOR DEBTORS 2B FARMS, a TEXAS GENERAL PARTNERSHIP, AND TERRY M. ROBINSON AND REBECCA A. ROBINSON***