**Fill in this information to identify the case:**

Debtor name **2B Farms, a Texas General Partnership**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **23-50096**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................................. $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................................... $ 9,452,859.66

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................................. $ 9,452,859.66

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $ 3,841,525.62

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................................ $ 358,712.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... +$ 5,308,935.61

4. **Total liabilities** ................................................................................................................................
   Lines 2 + 3a + 3b       $ 9,509,173.23

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **2B Farms, a Texas General Partnership** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **23-50096** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor                                    Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Bank & Trust<br>4500 College Ave.<br>Snyder, TX 79549<br>(acct. # xxxx8270) | Checking Acct | 8270 | $0.00 |
| 3.2. | West Texas State Bank<br>5009 College Ave.<br>Snyer, TX 79549<br>(Acct. # xxx9805) | Checking | 9805 | $8,716.20 |
| 3.3. | West Texas State Bank<br>5009 College Ave.<br>Snyer, TX 79549<br>(Acct. # xxx0001) | Checking Acct. | 0001 | $0.00 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**                                                                                                                  **$8,716.20**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Official Form 206A/B                          Schedule A/B Assets - Real and Personal Property                                      page 1

Debtor  **2B Farms, a Texas General Partnership**  Case number *(If known)* **23-50096**
Name

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 15,202,637.72 | − 7,601,318.86 = .... | $7,601,318.86 |
| | face amount | doubtful or uncollectible accounts | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                $7,601,318.86

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** | | | |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish*<br>**approx. 603 head cattle**<br>  **- 165 bred heifers**<br>  **- 231 cows w/ calves (approx. 190)**<br>  **- 17 bulls** | Unknown | Appraisal | $802,800.00 |
| | **Debtor purchased 6,646 head of cattle from McClain Feed Yard, Inc. pursuant to wire transfers on Invoices dated April 4, April 5 and April 6, 2023, which cattle were undelivered. Debtor had previously purchased an additonal $2,232,807.85 worth of cattle that it thought were held in Kentucky. Given recent developments, Debtor is now uncertain if cattle ever existed as the matter appears to be part of a fraudulent scheme perpetrated by seller.** | Unknown | | Unknown |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor   **2B Farms, a Texas General Partnership**          Case number (If known) **23-50096**
          Name

| | | | | |
|---|---|---|---|---|
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* See attached addendum # 1 for list of equipment. | Unknown | Appraisal | $763,550.00 |
| | 2016 Great Plains 3S 4000 Drill (Serial # WHYY2959) | Unknown | Comparable sale | $25,000.00 |
| | 2014 John Deere 8370R Tractor (VIN xxxx3471) | Unknown | Comparable sale | $120,000.00 |
| 31. | **Farm and fishing supplies, chemicals, and feed** Roundup Herbicide | Unknown | | $10,000.00 |
| | Hay and silage | Unknown | | $2,500.00 |

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**                                                                                            $1,723,850.00
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ■ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
              ☐ No
              ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ■ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No. Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor   **2B Farms, a Texas General Partnership**     Case number *(If known)* **23-50096**
      Name

| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
|---|---|---|---|---|
| 47.1. | 2021 Chevrolet Tahoe - approx. mileage: 42570 | $0.00 | Comparable sale | $50,000.00 |
| 47.2. | 2016 Ford F-250 Super Duty - approx. mileage 145,258 | $0.00 | Comparable sale | $20,266.00 |
| 47.3. | 2008 Ford F-250 - approx. mileage 97,949 (rebuilt salvage vehicle) | $0.00 | Comparable sale | $1,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                                 **$71,766.00**
   Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 9: Real property
**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property
**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets
**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

                                                                                                                  Current value of
                                                                                                                  debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

Official Form 206A/B                                   Schedule A/B Assets - Real and Personal Property                              page 4

| Debtor | 2B Farms, a Texas General Partnership | Case number *(If known)* | 23-50096 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Counterclaims against in pending in the case of First Bank & Trust vs. 2B Farms, a Texas General Partnership, Terry Robinson and Rebecca Robinson; DC-2023-CV-0565; in the 72nd District Court of Lubbock County, Texas** | Unknown |
| | Nature of claim     civil | |
| | Amount requested     $0.00 | |
| | **Agister's lien claim against First Bank & Trust for the care and feeding of the following catter:**<br>**25 cow/calf pairs sold on May 24, 2023 for $83,500**<br>**20 cow/calf pairs sold on May 31, 2023 for $60,000** | $6,750.00 |
| | Nature of claim     Agister's Lien | |
| | Amount requested     $6,750.00 | |
| | **Agister's lien claim against First Bank & Trust for the care and feeding of the following catter:**<br>**170 hd steers sold on May 16, 2023 for $278,396.05** | $40,458.60 |
| | Nature of claim     Agister's Lien | |
| | Amount requested     $40,458.60 | |
| | **Claims against 7M Cattle Feeders, Inc., McClain Farms, Inc., McClain Feed Yard, Inc., the Estate of Bryan McClain, deceased, Rabo AgriFinance, LLC, and/or Mechanic's Bank for fraudulent cattle sales/dishonored checks and all other damages related thereto.** | Unknown |
| | Nature of claim     Tort and breach of contract claims | |
| | Amount requested     $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $47,208.60 |
| 79. | Has any of the property listed in Part 11 been appraised by a professional within the last year?<br>■ No<br>☐ Yes | |

Debtor **2B Farms, a Texas General Partnership**     Case number *(If known)* **23-50096**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,716.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,601,318.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $1,723,850.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $71,766.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $47,208.60 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,452,859.66  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,452,859.66 |

| Fill in this information to identify the case: |
|---|
| Debtor name **2B Farms, a Texas General Partnership** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS |
| Case number (if known) **23-50096** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                              12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** HTLF Bank, successor by merger to
Creditor's Name

First Bank & Trust
4500 College Ave.
Snyder, TX 79549
Creditor's mailing address

Describe debtor's property that is subject to a lien
**approx. 603 head cattle**
**- 165 bred heifers**
**- 231 cows w/ calves (approx. 190)**
**- 17 bulls**

$203,286.88     $802,800.00

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**11-17-2022**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

**2.2** HTLF Bank, successor by merger to
Creditor's Name
First Bank & Trust
4500 College Ave.
Snyder, TX 79549
Creditor's mailing address

Describe debtor's property that is subject to a lien
**See attached addendum # 1 for list of equipment. Collateral also includes cattle and feed inventory.**

$3,526,032.91     $763,550.00

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**6-9-2022**
Last 4 digits of account number
**3968**

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 3

| Debtor | 2B Farms, a Texas General Partnership | | Case number (if known) | 23-50096 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| Do multiple creditors have an interest in the same property? <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is: <br> Check all that apply <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | | | |

| 2.3 | John Deere Financial | Describe debtor's property that is subject to a lien | $22,177.50 | $25,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2016 Great Plains 3S 4000 Drill (Serial # WHYY2959) | | |
| | P.O. Box 4450 <br> Carol Stream, IL 60197 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? <br> ■ No <br> ☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? <br> ■ No <br> ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Date debt was incurred <br> 6/24/2020 <br> Last 4 digits of account number <br> 9782 | | | |
| | Do multiple creditors have an interest in the same property? <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| 2.4 | John Deere Financial | Describe debtor's property that is subject to a lien | $90,028.33 | $120,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2014 John Deere 8370R Tractor (VIN xxxx3471) | | |
| | P.O. Box 4450 <br> Carol Stream, IL 60197 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? <br> ■ No <br> ☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? <br> ■ No <br> ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Date debt was incurred <br> 6/17/2020 <br> Last 4 digits of account number <br> 3880 | | | |
| | Do multiple creditors have an interest in the same property? <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $3,841,525.62

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 3

Debtor  **2B Farms, a Texas General Partnership**          Case number (if known)  **23-50096**
       Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **C. Dunham Biles**<br>**Steptoe & Johnson, PLLC**<br>**500 North Akard Street, Suite 3200**<br>**Dallas, TX 75201** | Line **2.1** | |
| **C. Dunham Biles**<br>**Steptoe & Johnson, PLLC**<br>**500 North Akard Street, Suite 3200**<br>**Dallas, TX 75201** | Line **2.2** | |
| **John H. Lovell**<br>**Lovell, Lovell, Isern & Farabough, LLP**<br>**112 SW 8th Ave, Suite 1000**<br>**Amarillo, TX 79101** | Line **2.1** | |
| **John H. Lovell**<br>**Lovell, Lovell, Isern & Farabough, LLP**<br>**112 SW 8th Ave, Suite 1000**<br>**Amarillo, TX 79101** | Line **2.2** | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 2B Farms, a Texas General Partnership |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 23-50096 |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $358,712.00 | $358,712.00 |
|     | Date or dates debt was incurred | Basis for the claim:<br>**2022 Federal Income Tax** | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |     |     | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AgriSompo North America**<br>**P.O. Box 69**<br>**Wolfforth, TX 79382** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,437.00 |
|     | Date(s) debt was incurred __<br>Last 4 digits of account number  3078 | Basis for the claim: **cattle equity insurance**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**HTLF Bank, successor by merger to First**<br>**First Bank & Trust**<br>**4500 College Ave.**<br>**Snyder, TX 79549** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $5,274,498.61 |
|     | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Disputed claim on account**<br>Is the claim subject to offset? ☐ No ■ Yes | |

| Debtor | 2B Farms, a Texas General Partnership | Case number (if known) | 23-50096 |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Rabo AgriFinance, LLC<br>c/o Michael R. Johnson<br>Ray Quinney & Nebeker, P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, UT 84111 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | C. Dunham Biles<br>Steptoe & Johnson, PLLC<br>500 North Akard Street, Suite 3200<br>Dallas, TX 75201 | Line 3.2<br>☐ Not listed. Explain ____ | _ |
| 4.2 | John H. Lovell<br>Lovell, Lovell, Isern & Farabough, LLP<br>112 SW 8th Ave, Suite 1000<br>Amarillo, TX 79101 | Line 3.2<br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 358,712.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 5,308,935.61 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 5,667,647.61 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **2B Farms, a Texas General Partnership** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **23-50096** |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | $7,000/yr. for lease of grazing land for cattle. Due: 1/1/2024 | |
| | State the term remaining | | Denny Family Trust |
| | List the contract number of any government contract | | 7501 98th Street Lubbock, TX 79424 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | $44,490/yr. for lease of grazing land for cattle. Due: 1/1/2024 | |
| | State the term remaining | | Robinson Farms, LP, a Texas Limited Part |
| | List the contract number of any government contract | | 9397 County Road 3114 Snyder, TX 79549 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | $4,000/yr. for lease of grazing land for cattle. Due 1/1/2024 | |
| | State the term remaining | | Stirling Farm c/o James R. Stirling |
| | List the contract number of any government contract | | 2700 34th St. Snyder, TX 79549 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | $25,960/yr. for lease of grazing land for cattle. Due: 1/1/2024 | |
| | State the term remaining | | Triple K |
| | List the contract number of any government contract | | P.O. Box 338 Post, TX 79356 |

| Debtor 1 | 2B Farms, a Texas General Partnership | Case number (if known) | 23-50096 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | $2,700/yr. for lease of grazing land for cattle. Due: 1/1/2024 | |
|---|---|---|---|
| | State the term remaining | | Vickey Speed
5512 Bent Tree Dr.
Dallas, TX 75248 |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **2B Farms, a Texas General Partnership** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **23-50096** |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*   *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Angela Robinson** | c/o Timothy T. Pridmore/Todd J. Johnston McWhorter, Cobb & Johnson Lubbock, TX 79401 | HTLF Bank, successor by merger to | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | **Rebecca Robinson** | c/o Timothy T. Pridmore/Todd J. Johnston McWhorter, Cobb & Johnson, LLP Lubbock, TX 79401 | HTLF Bank, successor by merger to First | ☐ D ____ ■ E/F __3.2__ ☐ G ____ |
| 2.3 | **Rebecca Robinson** | c/o Timothy T. Pridmore/Todd J. Johnston McWhorter, Cobb & Johnson, LLP 1722 Broadway Lubbock, TX 79401 | HTLF Bank, successor by merger to | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.4 | **Terry and Rebecca Robinson** | 9397 County Road 3114 Snyder, TX 79549 | Internal Revenue Service | ☐ D ____ ■ E/F __2.1__ ☐ G ____ |

| Debtor | 2B Farms, a Texas General Partnership | Case number (if known) | 23-50096 |
|---|---|---|---|

☐ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
Column 1: **Codebtor**                                                                 Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.5 | Terry Robinson | c/o Timothy T. Pridmore/Todd J. Johnston<br>McWhorter, Cobb & Johnson, LLP<br>1722 Broadway<br>Lubbock, TX 79401 | HTLF Bank, successor by merger to | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.6 | Terry Robinson | c/o Timothy T. Pridmore/Todd J. Johnston<br>McWhorter, Cobb & Johnson, LLP<br>1722 Broadway<br>Lubbock, TX 79401 | HTLF Bank, successor by merger to First | ☐ D ____<br>■ E/F  3.2<br>☐ G ____ |
| 2.7 | Terry Robinson | c/o Timothy T. Pridmore/Todd J. Johnston<br>McWhorter, Cobb & Johnson, LLP<br>1722 Broadway<br>Lubbock, TX 79401 | HTLF Bank, successor by merger to | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |

# United States Bankruptcy Court
## Northern District of Texas

In re  **2B Farms, a Texas General Partnership**                                      Case No. **23-50096**
                                                    Debtor(s)                         Chapter  **12**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within 7 days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■   I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.


Date: **June 26, 2023**                         **/s/ Terry M. Robinson**
                                                **Terry M. Robinson**, General Partner


**PART II: DECLARATION OF ATTORNEY:**

I declare *under penalty of perjury* that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: **June 26, 2023**                         **/s/ Todd J. Johnston**
                                                **Todd J. Johnston 24050837**, Attorney for Debtor
                                                **P.O. Box 2547**
                                                **Lubbock, TX 79408**
                                                **806/762-0214 Fax:806/762-8014**