Addendum # 2

# 2B Farms

**Type: All transactions · Status: All statuses · Delivery method: Any · Name: McClain Farms · Date: All dates**

| undefined | Date | Type | No. | Payee | Method | Category | Memo | Total | Action |
|---|---|---|---|---|---|---|---|---|---|
| | 04/06/2023 | Expense | | McClain Farms | | Stocker Inventory | | $2,486,071.62 | View/Edit |
| | 04/05/2023 | Expense | | McClain Farms | | Stocker Inventory | | $2,499,037.72 | View/Edit |
| | 04/04/2023 | Expense | | McClain Farms | | Stocker Inventory | | $2,473,847.58 | View/Edit |
| | 04/03/2023 | Expense | | McClain Farms | | Stocker Inventory | | $2,494,292.97 | View/Edit |
| | 03/31/2023 | Expense | | McClain Farms | | Stocker Inventory | | $2,494,420.00 | View/Edit |
| | 03/30/2023 | Expense | | McClain Farms | | Stocker Inventory | | $1,465,446.55 | View/Edit |
| | 03/29/2023 | Expense | | McClain Farms | | Stocker Inventory | | $2,499,911.69 | View/Edit |
| | 03/28/2023 | Expense | | McClain Farms | | Stocker Inventory | | $2,476,133.13 | View/Edit |
| | 03/27/2023 | Expense | | McClain Farms | | Stocker Inventory | | $2,415,907.57 | View/Edit |
| | 03/24/2023 | Expense | | McClain Farms | | Stocker Inventory | | $2,470,351.00 | View/Edit |
| | 03/23/2023 | Expense | | McClain Farms | | Stocker Inventory | | $2,401,714.11 | View/Edit |
| | 03/22/2023 | Expense | | McClain Farms | | Stocker Inventory | | $1,042,361.01 | View/Edit |
| | 03/22/2023 | Expense | | McClain Farms | | Stocker Inventory | | $2,490,379.57 | View/Edit |
| | 03/21/2023 | Expense | | McClain Farms | | Stocker Inventory | | $2,483,824.90 | View/Edit |
| | 03/20/2023 | Expense | | McClain Farms | | Stocker Inventory | | $1,492,386.41 | View/Edit |
| | 03/17/2023 | Expense | | McClain Farms | | Stocker Inventory | | $2,172,885.48 | View/Edit |
| | 03/16/2023 | Expense | | McClain Farms | | Stocker Inventory | | $853,553.70 | View/Edit |

Expense Transactions

5/29/23, 1:13 PM

| Date | Type | | Vendor | Account | Amount | |
|---|---|---|---|---|---|---|
| 03/15/2023 | Expense | | McClain Farms | Stocker Inventory | $870,048.99 | View/Edit |
| 03/13/2023 | Expense | | McClain Farms | Stocker Inventory | $2,498,673.27 | View/Edit |
| 03/10/2023 | Expense | | McClain Farms | Stocker Inventory | $2,485,618.34 | View/Edit |
| 03/09/2023 | Expense | | McClain Farms | Stocker Inventory | $2,478,633.55 | View/Edit |
| 03/08/2023 | Check | eft | McClain Farms | Stocker Inventory | $2,493,603.47 | View/Edit |
| 03/07/2023 | Check | wire | McClain Farms | Stocker Inventory | $2,492,962.90 | View/Edit |
| 03/06/2023 | Expense | | McClain Farms | Stocker Inventory | $755,941.75 | View/Edit |
| 03/06/2023 | Expense | | McClain Farms | Stocker Inventory | $3,018,880.13 | View/Edit |
| 03/03/2023 | Expense | | McClain Farms | Stocker Inventory | $3,413,853.24 | View/Edit |
| 03/02/2023 | Expense | | McClain Farms | Stocker Inventory | $2,481,611.79 | View/Edit |
| 03/01/2023 | Expense | | McClain Farms | Stocker Inventory | $1,549,954.19 | View/Edit |
| 03/01/2023 | Expense | | McClain Farms | Stocker Inventory | $2,495,730.04 | View/Edit |
| 02/28/2023 | Expense | | McClain Farms | Stocker Inventory | $763,000.83 | View/Edit |
| 02/28/2023 | Expense | | McClain Farms | Stocker Inventory | $2,468,183.89 | View/Edit |
| 02/27/2023 | Expense | | McClain Farms | Stocker Inventory | $2,490,851.63 | View/Edit |
| 02/24/2023 | Expense | | McClain Farms | Stocker Inventory | $2,472,932.73 | View/Edit |
| 02/23/2023 | Expense | | McClain Farms | -Split- | $2,930,068.08 | View/Edit |
| 02/22/2023 | Expense | | McClain Farms | Stocker Inventory | $2,462,946.82 | View/Edit |
| 02/21/2023 | Check | wire | McClain Farms | Stocker Inventory | $2,498,739.31 | View/Edit |
| 02/17/2023 | Expense | | McClain Farms | Stocker Inventory | $3,760,119.53 | View/Edit |
| | Check | | McClain | Stocker | | View/Edit |

Expense Transactions                                                                                                   5/29/23, 1:13 PM

| Date | Type | Method | Vendor | Account | Amount | |
|---|---|---|---|---|---|---|
| 02/16/2023 | | eft | Farms | Inventory | $1,469,317.32 | |
| 02/15/2023 | Expense | | McClain Farms | Stocker Inventory | $2,470,946.70 | View/Edit |
| 02/14/2023 | Check | eft | McClain Farms | Stocker Inventory | $2,476,408.84 | View/Edit |
| 02/13/2023 | Expense | | McClain Farms | Stocker Inventory | $2,488,153.48 | View/Edit |
| 02/10/2023 | Expense | | McClain Farms | Stocker Inventory | $2,476,055.65 | View/Edit |
| 02/09/2023 | Check | eft | McClain Farms | Stocker Inventory | $2,466,389.53 | View/Edit |
| 02/08/2023 | Expense | | McClain Farms | Stocker Inventory | $2,483,397.26 | View/Edit |
| 02/07/2023 | Check | wire | McClain Farms | Stocker Inventory | $2,567,485.55 | View/Edit |
| 02/03/2023 | Expense | | McClain Farms | Stocker Inventory | $1,711,129.61 | View/Edit |
| 02/02/2023 | Expense | | McClain Farms | Stocker Inventory | $1,455,713.30 | View/Edit |
| 02/01/2023 | Check | eft | McClain Farms | Stocker Inventory | $1,449,531.62 | View/Edit |
| 01/31/2023 | Check | eft | McClain Farms | Stocker Inventory | $1,459,024.93 | View/Edit |
| 01/30/2023 | Check | wire | McClain Farms | Stocker Inventory | $1,453,643.70 | View/Edit |

Expense Transactions                                                                 5/29/23, 1:17 PM

# 2B Farms

Type: All transactions · Status: All statuses · Delivery method: Any · Name: McClain Farms · Date: All dates

| undefined | Date | Type | No. | Payee | Method | Category | Memo | Total | Action |
|---|---|---|---|---|---|---|---|---|---|
| | 01/27/2023 | Expense | | McClain Farms | | Stocker Inventory | | $1,448,553.03 | View/Edit |
| | 01/26/2023 | Expense | | McClain Farms | | Stocker Inventory | | $1,499,786.70 | View/Edit |
| | 01/25/2023 | Expense | | McClain Farms | | Stocker Inventory | | $1,453,552.80 | View/Edit |
| | 01/24/2023 | Expense | | McClain Farms | | Stocker Inventory | | $1,446,345.93 | View/Edit |
| | 01/24/2023 | Expense | | McClain Farms | | Stocker Inventory | | $277,146.00 | View/Edit |
| | 01/19/2023 | Expense | | McClain Farms | | Stocker Inventory | | $1,453,814.08 | View/Edit |
| | 01/18/2023 | Expense | | McClain Farms | | Stocker Inventory | | $1,444,678.88 | View/Edit |
| | 01/13/2023 | Expense | | McClain Farms | | Stocker Inventory | | $1,453,772.01 | View/Edit |
| | 01/13/2023 | Check | wire | McClain Farms | | Stocker Inventory | | $1,444,749.63 | View/Edit |
| | 01/11/2023 | Expense | | McClain Farms | | Stocker Inventory | | $1,499,830.40 | View/Edit |
| | 01/09/2023 | Expense | | McClain Farms | | Stocker Inventory | | $1,447,315.14 | View/Edit |
| | 01/06/2023 | Expense | | McClain Farms | | Stocker Inventory | | $1,497,281.70 | View/Edit |
| | 01/05/2023 | Expense | | McClain Farms | | Stocker Inventory | | $1,451,075.54 | View/Edit |
| | 01/04/2023 | Expense | | McClain Farms | | Stocker Inventory | | $1,445,862.08 | View/Edit |
| | 01/03/2023 | Expense | | McClain Farms | | Stocker Inventory | | $1,456,668.68 | View/Edit |
| | 12/30/2022 | Expense | | McClain Farms | | Stocker Inventory | | $1,450,307.05 | View/Edit |
| | 12/29/2022 | Check | eft | McClain Farms | | Stocker Inventory | | $1,334,748.03 | View/Edit |

Expense Transactions

5/29/23, 1:17 PM

| Date | Type | | Vendor | Account | Amount | |
|---|---|---|---|---|---|---|
| 12/28/2022 | Expense | | McClain Farms | Stocker Inventory | $1,121,909.08 | View/Edit |
| 12/27/2022 | Expense | | McClain Farms | Stocker Inventory | $1,333,253.99 | View/Edit |
| 12/23/2022 | Check | wire | McClain Farms | Stocker Inventory | $1,476,757.97 | View/Edit |
| 12/22/2022 | Expense | wire | McClain Farms | Stocker Inventory | $1,569,252.45 | View/Edit |
| 12/21/2022 | Check | wire | McClain Farms | -Split- | $174,178.18 | View/Edit |
| 12/20/2022 | Expense | | McClain Farms | Stocker Inventory | $894,162.48 | View/Edit |
| 12/19/2022 | Expense | | McClain Farms | Stocker Inventory | $1,048,063.34 | View/Edit |
| 12/16/2022 | Expense | | McClain Farms | Stocker Inventory | $1,467,447.80 | View/Edit |
| 12/15/2022 | Expense | | McClain Farms | Stocker Inventory | $1,366,960.18 | View/Edit |
| 12/14/2022 | Expense | | McClain Farms | -Split- | $693,778.80 | View/Edit |
| 12/13/2022 | Expense | | McClain Farms | Stocker Inventory | $1,422,159.05 | View/Edit |
| 12/12/2022 | Check | wire | McClain Farms | Stocker Inventory | $1,316,715.19 | View/Edit |
| 12/09/2022 | Expense | | McClain Farms | Stocker Inventory | $1,999,426.99 | View/Edit |
| 12/07/2022 | Expense | | McClain Farms | Stocker Inventory | $1,904,748.42 | View/Edit |
| 12/05/2022 | Expense | | McClain Farms | Stocker Inventory | $1,521,031.57 | View/Edit |
| 12/02/2022 | Expense | | McClain Farms | Stocker Inventory | $2,883,945.48 | View/Edit |
| 12/01/2022 | Check | 9439 | McClain Farms | Stocker Inventory | $1,651,764.51 | View/Edit |
| 12/01/2022 | Check | wire | McClain Farms | Cost of Cattle Sold | $31,227.78 | View/Edit |
| 12/01/2022 | Check | wire | McClain Farms | Stocker Inventory | $1,427,072.48 | View/Edit |
| 11/29/2022 | Check | wire | McClain Farms | Stocker Inventory | $1,457,173.80 | View/Edit |
| | Check | | McClain | Stocker | | View/Edit |

| Date | Type | Num | Vendor | Account | Amount | |
|---|---|---|---|---|---|---|
| 11/28/2022 | | eft | Farms | Inventory | $1,450,836.71 | |
| 11/23/2022 | Check | eft | McClain Farms | -Split- | $1,427,304.68 | View/Edit |
| 11/19/2022 | Check | wire | McClain Farms | Stocker Inventory | $1,057,119.40 | View/Edit |
| 11/16/2022 | Check | 9426 | McClain Farms | Stocker Inventory | $1,450,783.27 | View/Edit |
| 11/09/2022 | Check | eft | McClain Farms | Stocker Inventory | $600,345.48 | View/Edit |
| 11/08/2022 | Check | eft | McClain Farms | Stocker Inventory | $123,036.19 | View/Edit |
| 11/08/2022 | Check | eft | McClain Farms | Stocker Inventory | $975,982.67 | View/Edit |
| 11/04/2022 | Check | wire | McClain Farms | Stocker Inventory | $1,385,095.79 | View/Edit |
| 11/02/2022 | Check | eft | McClain Farms | Stocker Inventory | $1,449,805.78 | View/Edit |
| 10/13/2022 | Check | wire | McClain Farms | Stocker Inventory | $2,232,610.50 | View/Edit |
| 09/30/2022 | Check | wire | McClain Farms | Stocker Inventory | $1,994,876.88 | View/Edit |
| 09/28/2022 | Check | eft | McClain Farms | -Split- | $682,449.22 | View/Edit |
| 09/23/2022 | Expense | | McClain Farms | Stocker Inventory | $625,943.07 | View/Edit |

Expense Transactions

5/29/23, 1:17 PM

# 2B Farms

Type: All transactions · Status: All statuses · Delivery method: Any · Name: McClain Farms · Date: All dates

| undefined | Date | Type | No. | Payee | Method | Category | Memo | Total | Action |
|---|---|---|---|---|---|---|---|---|---|
| | 09/20/2022 | Check | wire | McClain Farms | | Stocker Inventory | | $1,348,285.50 | View/Edit |
| | 09/17/2022 | Check | 3020 | McClain Farms | | Stocker Inventory | | $1,476,510.45 | View/Edit |
| | 09/15/2022 | Check | 9362 | McClain Farms | | Stocker Inventory | | $1,024,846.60 | View/Edit |
| | 09/08/2022 | Expense | | McClain Farms | | Stocker Inventory | | $1,479,587.06 | View/Edit |
| | 09/07/2022 | Expense | | McClain Farms | | Stocker Inventory | | $1,487,755.71 | View/Edit |
| | 09/04/2022 | Check | wire | McClain Farms | | Stocker Inventory | | $1,289,735.60 | View/Edit |
| | 09/01/2022 | Expense | | McClain Farms | wire | Stocker Inventory | | $1,221,240.73 | View/Edit |
| | 08/24/2022 | Check | wire | McClain Farms | | Stocker Inventory | | $200,648.45 | View/Edit |
| | 07/26/2022 | Expense | | McClain Farms | | Stocker Inventory | | $1,460,101.54 | View/Edit |
| | 07/25/2022 | Expense | | McClain Farms | eft | -Split- | | $688,296.48 | View/Edit |
| | 07/22/2022 | Check | eft | McClain Farms | | Stocker Inventory | | $1,389,034.55 | View/Edit |
| | 07/21/2022 | Expense | | McClain Farms | wire | Stocker Inventory | | $1,256,968.47 | View/Edit |
| | 07/19/2022 | Check | wire | McClain Farms | | Stocker Inventory | | $954,907.25 | View/Edit |
| | 07/12/2022 | Expense | | McClain Farms | wire | Stocker Inventory | | $958,895.05 | View/Edit |
| | 07/08/2022 | Expense | | McClain Farms | wire | Stocker Inventory | | $428,628.06 | View/Edit |
| | 06/30/2022 | Expense | | McClain Farms | | Stocker Inventory | | $778,911.40 | View/Edit |
| | 06/23/2022 | Expense | | McClain Farms | wire | Stocker Inventory | | $1,067,341.52 | View/Edit |

Expense Transactions

5/29/23, 1:17 PM

| Date | Type | Vendor | Method | Account | Num | Amount | |
|---|---|---|---|---|---|---|---|
| 06/22/2022 | Expense | McClain Farms | | Stocker Inventory | | $1,144,599.34 | View/Edit |
| 06/21/2022 | Expense | McClain Farms | | Stocker Inventory | | $1,386,305.87 | View/Edit |
| 06/17/2022 | Expense | McClain Farms | | Stocker Inventory | | $1,500,000.00 | View/Edit |
| 06/14/2022 | Expense | McClain Farms | wire | Stocker Inventory | | $1,360,403.24 | View/Edit |
| 06/07/2022 | Expense | McClain Farms | | Stocker Inventory | | $1,145,109.18 | View/Edit |
| 06/06/2022 | Expense | McClain Farms | wire | Stocker Inventory | | $1,067,197.63 | View/Edit |
| 06/03/2022 | Expense | McClain Farms | | Stocker Inventory | | $1,359,945.55 | View/Edit |
| 06/02/2022 | Expense | McClain Farms | | Stocker Inventory | | $1,143,991.47 | View/Edit |
| 05/31/2022 | Expense | McClain Farms | wire | Stocker Inventory | | $340,303.38 | View/Edit |
| 05/27/2022 | Expense | McClain Farms | | Stocker Inventory | | $584,629.53 | View/Edit |
| 05/26/2022 | Expense | McClain Farms | wire | Stocker Inventory | | $725,185.40 | View/Edit |
| 05/25/2022 | Expense | McClain Farms | wire | Stocker Inventory | | $773,049.66 | View/Edit |
| 05/12/2022 | Expense | McClain Farms | | Stocker Inventory | | $953,263.48 | View/Edit |
| 05/11/2022 | Expense eft | McClain Farms | eft | -Split- | | $729,631.21 | View/Edit |
| 05/09/2022 | Expense | McClain Farms | | Stocker Inventory | | $1,106,649.20 | View/Edit |
| 05/04/2022 | Expense | McClain Farms | | Stocker Inventory | | $771,755.50 | View/Edit |
| 04/21/2022 | Expense wire | McClain Farms | wire | -Split- | | $726,278.23 | View/Edit |
| 04/18/2022 | Expense | McClain Farms | | -Split- | | $524,532.73 | View/Edit |
| 04/12/2022 | Expense | McClain Farms | wire | -Split- | | $843,369.36 | View/Edit |
| 04/08/2022 | Expense | McClain Farms | | Stocker Inventory | | $1,305,121.23 | View/Edit |
| | Expense | McClain | | Stocker | 836 838 | | View/Edit |

Expense Transactions

5/29/23, 1:17 PM

| Date | Type | Vendor | Method | Account | Num | Amount | |
|---|---|---|---|---|---|---|---|
| 04/04/2022 | | Farms | | Inventory | 839 840 | $1,331,202.74 | |
| 03/07/2022 | Expense | McClain Farms | eft | Stocker Inventory | | $201,968.85 | View/Edit |
| 03/05/2022 | Expense | McClain Farms | eft | Stocker Inventory | | $523,971.15 | View/Edit |
| 02/25/2022 | Expense | McClain Farms | | Stocker Inventory | | $405,615.93 | View/Edit |
| 02/23/2022 | Expense | McClain Farms | | Stocker Inventory | | $870,256.66 | View/Edit |
| 02/18/2022 | Expense | McClain Farms | | Stocker Inventory | | $760,705.28 | View/Edit |
| 02/16/2022 | Expense eft | McClain Farms | wire | -Split- | | $1,100,836.17 | View/Edit |
| 02/15/2022 | Expense | McClain Farms | | Stocker Inventory | | $679,541.92 | View/Edit |
| 01/20/2022 | Expense | McClain Farms | wire | Stocker Inventory | | $404,631.02 | View/Edit |
| 01/13/2022 | Expense | McClain Farms | | Stocker Inventory | | $1,096,547.04 | View/Edit |
| 01/12/2022 | Expense | McClain Farms | wire | Stocker Inventory | | $1,027,703.60 | View/Edit |
| 01/06/2022 | Expense | McClain Farms | wire | Stocker Inventory | | $725,240.25 | View/Edit |
| 12/29/2021 | Expense | McClain Farms | | Cattle Feed | | $400,884.60 | View/Edit |

Expense Transactions

5/29/23, 1:17 PM

# 2B Farms

Type: All transactions · Status: All statuses · Delivery method: Any · Name: McClain Farms · Date: All dates

| undefined | Date | Type | No. | Payee | Method | Category | Memo | Total | Action |
|---|---|---|---|---|---|---|---|---|---|
| | 12/02/2021 | Expense | | McClain Farms | wire | -Split- | | $404,121.46 | View/Edit |
| | 11/18/2021 | Expense | | McClain Farms | wire | Stocker Inventory | | $1,025,455.44 | View/Edit |
| | 09/27/2021 | Expense | | McClain Farms | | Stocker Inventory | | $400,332.86 | View/Edit |
| | 09/10/2021 | Expense | | McClain Farms | wire | Stocker Inventory | | $579,471.10 | View/Edit |
| | 08/18/2021 | Expense | | McClain Farms | wire | Stocker Inventory | | $1,150,000.00 | View/Edit |
| | 08/12/2021 | Expense | | McClain Farms | wire | Stocker Inventory | | $790,532.65 | View/Edit |
| | 08/12/2021 | Expense | | McClain Farms | wire | Stocker Inventory | | $1,548,051.88 | View/Edit |
| | 06/30/2021 | Expense | | McClain Farms | wire | Stocker Inventory | | $835,988.43 | View/Edit |
| | 06/22/2021 | Expense | | McClain Farms | | Stocker Inventory | | $891,973.19 | View/Edit |
| | 06/17/2021 | Expense | | McClain Farms | wire | Stocker Inventory | | $200,280.14 | View/Edit |