# CHAPTER 12 SUPPLEMENT TO STATEMENT OF AFFAIRS
# FOR A DEBTOR ENGAGED IN BUSINESS

Case Number: 23-50096-rlj12        Date: 6-26-23

Debtor Names: 2B Farms, a Texas General Partnership

1) AMOUNT AND NATURE OF DEBTS

   a. State the total amount of all your debts. If an individual and spouse filing a joint petition, give the total for both spouses.)

   $9,509,173.23, including contingent, unliquidated and disputed debt

   b. State the total amount of noncontingent, liquidated debt which arises from the farming operation owned or operated by the debtor or, (if a joint petition), the debtor and e debtor's spouse.

   $505,354.83

2) INCOME FROM FARMING

   If the debtor is an individual or individual and spouse, state the amount of gross income realized from farming in the last taxable year preceding the taxable year in which the accompanying petition is filed.

   N/A

3) NON-FARM INCOME

   If the debtor is an individual or individual and spouse, state the amount of gross income realized from the sources other than the operation of your farm and (i.e., non-farm employment, investments, or other activities), in the last taxable year preceding the taxable year in which the petition is filed. If a joint petition is being filed, state the amount for each spouse and the source of sources thereof.

   N/A

4) CO-DEBTORS

   a. If the debtor is an individual or individual and spouse, are any other persons liable, as cosigners, guarantors, or in any other manner, on any of your consumer debts (if joint petition) your spouse so liable on the debts of others? (If so give the particulars, indicating which spouse is liable and including names of creditors, nature of debt, names and addresses of co-debtors, and their relationship, if any, to you.)

   N/A

b. If the debtor is a corporation or partnership, are any individuals liable, as cosigner, guarantors, or in any other manner, on any consumer debts of the debtor? (If so, give the particulars, including names of creditors, nature of debt, names and addresses of co-debtors, and their relationship, if any, to the debtor or the debtor's partners, officers, directors, or shareholders).

_No_

5) EXCLUSION OF RESIDENCE

   a. If the debtor is an individual or individual and spouse, do you intend for the purpose of determining eligibility to be a Chapter 12 debtor pursuant to the requirements of 11 USC §101 (17), to exclude a debt on your principal residence? (If so, identify the property and state the amount of the debt, name and addresses of the entity to whom the debt is owed, and to the extent and nature of the security interest held by the creditors).

   _N/a_

   b. If a corporation or partnership, is a debt for a dwelling owned by the corporation or partnership and maintained as a principal residence by a partner or shareholder to be excluded for the purpose of determining the eligibility of the corporation or partnership to be a Chapter 12 debtor pursuant to the requirements of 11 USC §101 (17)? If so, identify the property, give the name(s) of the partner(s), or shareholder(s) residing therein, state the amount of the debt, give the name and address of the entity to whom the debt is owed, and state the extent and nature of the security interest held by the creditor.

   _N/a_

6) MEMBERS OF PARTNERSHIP; OFFICERS, DIRECTORS AND STOCKHOLDERS OF CORPORATION; COMPENSATION OF PARTNERS, OFFICERS AND DIRECTORS

   a. If the debtor is a partnership, attach brief statement setting forth the structure of the partnership, giving each member's name, family relationship, occupation, and extent or percent of interest in the partnership. If any partner is not a family member or relative of a family member, so state.

   _Terry M. Robinson (60% general partner) Rebecca A. Robinson (40% general partner), Husband and wife cattle ranching operation._

   b. If the debtor is a corporation, attach a brief statement setting forth each shareholder's name, family relationship, occupation, number of shares held, and whether an officer and/or director with the name of the office held. If any shareholder is not a family member or relative of a family member, so state.

   _N/a_

c.  Identify by name and amount each partner or shareholder who received a salary or other compensation during the last twelve months. If the compensation was in a form other than cash, state its nature and fair market value.

_Terry and Rebecca Robinson - $233,426 business income for 2022_

d.  State the name, amount and interval of payment of every individual who presently receives a draw, salary, or other regular compensation from the debtor. If the compensation takes a form other than cash, state its nature and fair market value.

_Terry and Rebecca Robinson - No draws or salary are currently received from partnership_

7) ASSETS

a.  If a corporation or partnership, state the total market value of all the assets owned or held by the debtor (without deduction for secured claims listed in Schedule A-2). If this amount differs from the sum of the totals given on Schedules B-1, B-2, and B-3, state the basis for the valuation. Attach any documentation (e.g. an appraisal) which supports this valuation.

_$1,851,540.80. See Debtor's Schedule A/B filed herewith and attached equipment appraisal. Debtor is not including uncertain accounts receivable in total_

b.  If a corporation or partnership, itemize and state the total market value of the assets owned or held by the debtor which relate to the farming operation.

_See Debtor's Schedule A/B filed herewith._

1917 Hillside Road
Abilene, TX 79603

USEDIRON LLC
325-201-2001

Dear Bo Robinson

**USEDIRON** is pleased to have been given the opportunity to perform a physical inspection appraisal on the equipment assets of 2B FARMS and Bo Robinson as listed on the attachment. It is assumed that all equipment listed on the attachment is in good operating condition.

We estimate, to the best of our knowledge and experience, the Total Appraised Auction Value to be **$749,500.00**. Our evaluation is representative of the prices such equipment might bring if sold today at public auction by a nationally recognized auctioneer under standard sale conditions and if adequate cosmetic and/or mechanical repairs have been performed upon assets prior to the sale. The appraised auction value has not been adjusted to reflect the costs of selling the equipment at auction (e.g. transportation, advertising, cosmetic and/or mechanical repairs, auctioneer's commission and expenses).

Our evaluation was based in part upon recent past auction sale prices for similar equipment. Other factors considered include general and industry economic conditions, retail and private sale prices, model demand, model obsolescence, specific asset condition, availability and other relevant information. The appraised value is based on whole ownership and is not adjusted for any liens, encumbrances or fractional interest.

We reserve the right to recall all copies of this appraisal to make revisions or correct any errors, if necessary. This report may not be reproduced, copied or used in any manner by anyone without prior written consent of USEDIRON LLC then only in its entirety.

Best Regards,
Larry Johnson

## USEDIRON LLC
### ABILENE, TEXAS

|      | Make/Model | VIN |      |
|------|------------|-----|------|
|      |            |     |      |
| 1997 | John Deere 8400 MFWD Tractor | 3244 | $50,000 |
| 1993 | John Deere 4560 2WD Tractor | 1732 | $31,000 |
| *1982* | John Deere 4440 2WD Tractor | 863R | $25,000 |
| 1978 | John Deere 4440 2WD Tractor | 962R | $22,000 |
| 1997 | New Holland 8970 MFWD Tractor | 6574 | $30,000 |
| 2010 | John Deere 4730 Self Propelled Sprayer w/Green Star GPS | 9059 7062 | $80,000 |
| 2015 | Kubota SVL 90-2 Skid Steer | 6491 | $36,000 |
| 2001 | Caterpillar 928G Rubber Tire Loader | 2173 | $33,000 |
| 2016 | Caterpillar 938M Rubber Tire Loader | 2508 | $130,000 |
| 2012 | Caterpillar 120M Road Grader | 0249 | $78,000 |
| 2012 | Kenworth Day Cab Truck Single Rear Axle | 1072 | $20,000 |
|      | EZ Steer GPS Screen Light Bar | 0098 5850 | $500 $200 |
|      | Trimble GPS CFX Screen & Receiver Mod. | 0624 | $2500 |
| 2010 | John Deere 2410 Chisel Plow 27 Shanks | 2070 | $16,000 |
|      | Big Ox 9 Shank V Ripper Plow | 2659 | $500 |
| 1999 | John Deere 610 Chisel Plow, 15 Shank, 3 Point | 7999 | $2500 |
|      | Great Plains 6330UC-12 Chisel Plow 30 FT | 0157 | $25,000 |
|      | Summers Mfg. Coil Packer Mod 106 30 Ft. | 0273 | $10,000 |
|      | John Deere 158 Front Loader w/Forks & Bucket | 5266 | $4000 |
|      | KBH 1610 Tank Tow Fertilizer Trailer 1610 Gal. Tank | 3722 | $3200 |
|      | Wilson 12 Ft. Box Scraper | 4316 | $1000 |
|      | John Deere 1418 Shredder 4 row | 1695 | $1500 |

|  | AG Krane Hay King Lift |  | $700 |
|---|---|---|---|
|  | Shop Made 500 Gal. Diesel Trailer W/12v Pump |  | $1500 |
| 1973 | Lufkin Float Flatbed Trailer W/3 – 1,600 Gal. Poly Tanks | 3988 | $5000 |
|  | Big Tex HD Utility Trailer 20 Ft. | 6050 | $1000 |
|  | E Z Trail Mod. 3400 Gravity Grain Cart on 1074 Chassis 4 Wheel W/Hyd. |  | $3500 |
| 2004 | Gooseneck Brand Big Haul Livestock Trailer, 1 Axle, | 8973 | $21,000 |
| 2007 | Big Bend 24 Ft. Livestock Trailer 2 Axle | 0247 | $8,500 |
| 2007 | C & C Horse Trailer 3 Horse W/Living Quarters | 3602 | $25,000 |
| 2014 | John Deere 469 Round Baler Mega Wide Plus 4,191 Bales | 0109 | $22,000 |
| 2008 | Massey Ferguson 1372 Swather, Heston Series | 6459 | $14,000 |
|  | Supreme Feed Mixer Model 700, Type C-3A | 0101 | 10,000 |
|  | Trioliet Feed Mixer Mod. Solo Mix 2-2800 | 6520 | 15,000 |
|  | 3 – Shop Made Cattle Self Feeders |  | $3000 |
|  | Diesel Storage Tank 6,700 Gal. With Pump |  | $8000 |
|  | Propane Tank 500 Gal. |  | $700 |
|  | 1,500 Bushel Grain Bin |  | $750 |
| 2003 | Lindsay Grow Smart Center Pivot Irrigation System – 8 Tower | 1204 | $22,000 |

{00664412.DOCX - ver}