https://research.txcourts.gov/CourtRecordsSearch/ViewCasePrint/a159347505375f16a915933b46f0828e

# Case Information

## First Bank & Trust vs. 2B Farms, Inc., Terry Robinson, Rebecca Robinson
DC-2023-CV-0565

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Lubbock County - District Clerk | Civil - Contract | Debt/Contract - Debt/Collection | 5/9/2023 |

| Judge |
|---|
| Grace, John |

## Parties [5]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | First Bank & Trust | | C. DUNHAM BILES |
| Defendant | 2B Farms, Inc. | | |
| Defendant | Rebecca Robinson | | DAVID M. GUINN |
| Defendant | Terry Robinson | | DAVID M. GUINN |
| Other | BART JOHN SCHILLING | | |

## Events [9]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 5/9/2023 | Filing | Petition | Plaintiff's Original Petition | |
| 5/10/2023 | Filing | AFDV - Affidavit Filed | Declaration of Bart Schilling | Affidavit of Bart Schilling.pdf |
| 5/15/2023 | Filing | Amended Filing | Plaintiff's First Amended Verified Petition for Enforcement of Security Agreements, Money Damages, ... Application for TRO, Temporary Injunction, Application for Writ of Sequestration | First Bank and Trust - First Amended Petition.pdf |
| 5/15/2023 | Filing | AGRM - Agreement | Notice of Rule 11 Agreement | Notice of Rule 11 Settlement Agreement.pdf |
| 5/17/2023 | Filing | ORSH1 - Order Setting Hearing | Order Setting Hearing on June 2, 2023 at 1:30pm | Order Setting Hearing.pdf |
| 6/1/2023 | Filing | Counter Claim/Cross Action/Interpleader/Intervention/Third Party | Defendants' Original Answer and Counterclaims | 00669688.pdf |
| 6/1/2023 | Filing | NFOR - Notice Of Filing Of Records | Notice of Bankruptcy Filings | 00669909.pdf |
| 6/29/2023 | Filing | APOC - Appearance Of Counsel | Appearance of Counsel and Request for Discovery | AOC - Robinsons .pdf |
| 6/30/2023 | Filing | MOWC - Motion To Withdraw As Counsel | Motion to Withdraw as Attorney of Record | Motion to Withdraw - Robinsons.pdf |

© 2023 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.5.0.35

