# Case Information

## HTLF Bankvs.2B Farms, A General Texas Partnership,Terry Robinson,Angela Robinson
DC-2023-CV-0641

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Lubbock County - District Clerk | Civil - Contract | Debt/Contract - Debt/Collection | 5/22/2023 |

Judge
Grace, John

## Parties [4]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | HTLF Bank | | C. DUNHAM BILES |
| Defendant | 2B Farms, A General Texas Partnership | | |
| Defendant | Angela Robinson | | |
| Defendant | Terry Robinson | | |

## Events [2]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 5/22/2023 | Filing | Petition | Plaintiff's Original Petition | Plaintiff's Original Petition.pdf |
| 6/21/2023 | Filing | NOTC - Notice | Notice of Bankruptcy Filing | Notice of Bankruptcy Filing.pdf |

© 2023 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.6.0.45


EMPOWERED BY TYLER TECHNOLOGIES