

**McWHORTER COBB and JOHNSON LLP**
ATTORNEYS AND COUNSELORS • ESTABLISHED 1929
P.O. Box 2547
Lubbock, Texas 79408
(806)762-0214
www.mcjllp.com
TAX ID#75-0823592

| | | |
|---|---|---|
| 2B Farms, Inc. | | Page: 1 |
| 9397 CR 3114 | | July 13, 2023 |
| Snyder  TX  79549 | ACCOUNT NO: | 18172-000A |
| | STATEMENT NO: | 1 |

Chapter 12 Bankruptcy

|  |  |  | HOURS |
|---|---|---|---|
| **06/02/2023** | | | |
| | TJJ | Corresponded with M. Johnson for Rabo. | 0.15 |
| | TJJ | Conference with B. Kloiber, Chapter 12 Trustee. | 0.50 |
| | TJJ | Conference with M. Johnson for Rabo. | 0.25 |
| | TJJ | Drafted motions to employ debtors counsel for both 2B Farms and Terry and Becky Robinsons' cases.  Drafted affidavits for both debtors' counsel. | 1.00 |
| | TTP | Worked on miscellaneous lawsuit and bankruptcy issues; multiple phone calls and correspondence with parties on same; receipt and analysis of filed Amended Counter-claims; forwarded to all counsel. | 1.65 |
| **06/05/2023** | | | |
| | TJJ | Finalized and filed motions to employ with supporting affidavits in both 2B and Robinsons' bankruptcy cases. | 0.75 |
| | TJJ | Conference with J. Lovell.  Corresponded with client regarding status of 251 hd cattle. | 0.25 |
| | TJJ | Conference with clients. | 0.30 |
| | TJJ | Worked on motion for Joint Administration of Bankruptcy case and proposed Order. | 1.50 |
| | TTP | Research claims as to Rabo; worked on related matters. | 0.75 |
| **06/06/2023** | | | |
| | TJJ | Finalized and filed Motion for Joint Administration and Proposed Order. | 0.80 |
| | TJJ | Reviewed bankruptcy information packets and advised clients of informational requirements. | 1.00 |

EXHIBIT A

Page: 2

2B Farms, Inc.  
July 13, 2023  
ACCOUNT NO: 18172-000A  
STATEMENT NO: 1

Chapter 12 Bankruptcy

|  |  |  | HOURS |
|---|---|---|---|
| **06/07/2023** | | | |
| | TJJ | Worked on 2B Farms and Bo and Becky Robinson's bankruptcy schedules. Corresponded with client. | 3.25 |
| | TTP | Miscellaneous calls, correspondence with parties on case issues; worked on same. | 0.65 |
| **06/08/2023** | | | |
| | TJJ | Prepared and filed certificate of service of Order for Joint Administration. Mailed copies to all parties on mailing matrix. | 0.35 |
| | TJJ | Conference with C. Dunham and J. Lovell. | 1.50 |
| | TJJ | Conference with client. | 0.50 |
| | TTP | Preparation for and had a conference call with counsel; worked on miscellaneous matters thereto; receipt and analysis of documents from First Bank & Trust. | 1.50 |
| **06/09/2023** | | | |
| | TJJ | Attention to appraisal. Corresponded with client and appraiser. | 0.30 |
| | TJJ | Attention to correspondence from B. Murphy and responded to same. | 0.30 |
| | TJJ | Reviewed appraisal of 2B's equipment. Corresponded with appraiser. | 0.25 |
| | TJJ | Drafted motion to extend time to file bankruptcy schedules and proposed order. | 1.20 |
| | TJJ | Revised Motion to Employ Bankruptcy Counsel for filing in the jointly administered bankruptcy case. | 0.40 |
| | TTP | Worked on Rabo claim issues and claims against First Bank & Trust; correspondence and phone calls on same. | 0.75 |
| **06/12/2023** | | | |
| | TJJ | Worked on schedules for 2B and the Robinson's individual schedules. Corresponded with client. | 1.50 |
| | TJJ | Met with clients to work on preparing bankruptcy schedules, Rabo subpoena response and trustee response. | 3.00 |
| | TTP | Office conference with Bo and Becky; worked on various State Court claims and defenses; worked on certain bankruptcy issues. | 1.70 |
| **06/13/2023** | | | |
| | TJJ | Conference with R. Partain, CPA, of Partain Spear. | 0.30 |

2B Farms, Inc.   July 13, 2023

ACCOUNT NO: 18172-000A
STATEMENT NO: 1

Chapter 12 Bankruptcy

| | | | HOURS |
|---|---|---|---|
| | TJJ | Continued work on bankruptcy schedules. | 0.75 |
| | TJJ | Conference with T. Pridmore on litigation strategy. | 0.30 |
| | TTP | Conference call with Bo and Becky; conference call with counsel; office conference with Todd; worked on State Court action; multiple correspondence with parties on cases. | 1.35 |
| 06/14/2023 | | | |
| | TJJ | Participated in McClain Feed Yards, et al, bankruptcy creditors' meeting. Gave update to client. | 0.75 |
| | TJJ | Attention to purchase agreement. Conference with B. Robinson. | 0.20 |
| | TJJ | Continued participation in creditors' meeting. | 2.00 |
| | TJJ | Continued work on bankruptcy schedules and responses to Trustee's request for information. | 1.00 |
| | TJJ | Worked on contract. | 0.30 |
| | TTP | Correspondence and phone calls with parties on case; worked on same. | 0.40 |
| 06/15/2023 | | | |
| | TJJ | Continued work on contract. | 0.50 |
| | TJJ | Corresponded with counsel for FBT. | 0.25 |
| | TJJ | Conferenced and corresponded with R. Partain about income and tax issues. | 0.35 |
| | TJJ | Drafted correspondence to Chapter 12 Trustee regarding documents requested by same per Chapter 12 guidelines. | 0.30 |
| | TJJ | Continued work on bankruptcy schedules. | 0.80 |
| | TTP | Phone call and correspondence with counsel on case; correspondence with clients on same. | 0.60 |
| 06/16/2023 | | | |
| | TJJ | Attention to correspondence from client and responded to same. | 0.25 |
| | TJJ | Continued work on Chapter 12 Trustee document production. Conference and corresponded with client. | 1.30 |
| | TJJ | Made follow up call to State Comptroller. Conference and corresponded with J. Qubty. | 0.25 |
| | TJJ | Worked on affidavit for B. Robinson in support of a Motion to Lift Stay as to 251 head of cattle proceeds. | 1.00 |
| | TTP | Conference going over next step issues in bankruptcy and litigation; worked on same. | 0.65 |

|  |  |
|---|---|
| 2B Farms, Inc. | Page: 4<br>July 13, 2023 |
| ACCOUNT NO: | 18172-000A |
| STATEMENT NO: | 1 |

Chapter 12 Bankruptcy

|  |  |  | HOURS |
|---|---|---|---|
| 06/19/2023 | | | |
| | TJJ | Continued work on affidavit in support of bankruptcy motion to lift stay. | 0.50 |
| | TJJ | Conference with client. | 0.35 |
| | TJJ | Continued work on bankruptcy schedules for Bo and Becky Robinson and 2B Farms. | 2.50 |
| | TJJ | Attention to sales contracts. Corresponded with D. Biles. | 0.20 |
| | TTP | Worked on Affidavit and various case issues; correspondence with counsel on same. | 0.80 |
| 06/20/2023 | | | |
| | TJJ | Drafted and filed motion and order to extend bankruptcy schedule filing deadline in Debtors' individual case. Multiple correspondence and conferences with Court coordinators. | 0.60 |
| | TJJ | Continued work on 2B Farms bankruptcy statement of financial affairs. | 0.40 |
| | TJJ | Continued work on 2B Farms' response to Rabo document subpoena. | 1.00 |
| | TTP | Correspondence and phone call on case issues; worked on same. | 0.35 |
| 06/21/2023 | | | |
| | TJJ | Drafted follow up correspondence to counsel for FBT. | 0.25 |
| | TJJ | Continued work on bankruptcy schedules and Rabo subpoena. | 1.50 |
| | TJJ | Meeting with clients to work on schedules. | 4.00 |
| | TJJ | Conference with J.Lovell. | 0.25 |
| | TTP | Office conference with clients; worked on 341 hearing and other related issues; worked on Rabo discovery; worked on miscellaneous case issues. | 2.20 |
| 06/22/2023 | | | |
| | TJJ | Finalized and served 2B Farms document production to Rabo AgriFinance's counsel. | 0.40 |
| | TJJ | Conference with B. Kloiber. | 0.25 |
| | TJJ | Continued work on Trustee document production requests. Corresponded with client. | 2.75 |
| | TTP | Correspondence and phone calls on miscellaneous claims/case issues; receipt and analysis of information on same. | 0.40 |

|  |  |
|---|---|
| 2B Farms, Inc. | Page: 5<br>July 13, 2023 |
| | ACCOUNT NO: 18172-000A |
| | STATEMENT NO: 1 |

Chapter 12 Bankruptcy

|  |  |  | HOURS |
|---|---|---|---|
| 06/23/2023 | | | |
| | TJJ | Continued work on bankruptcy schedules and statement of financial affairs. Multiple correspondence with client. | 5.00 |
| | TTP | Phone call and correspondence with parties; worked on contract and related matters. | 0.40 |
| 06/26/2023 | | | |
| | TJJ | Drafted follow up correspondence to FBT's counsel on closing of Knoxville residence. | 0.20 |
| | TJJ | Finalized and filed schedules, statements of financial affairs and supplemental statements of financial affairs for 2B Farms and Terry and Rebecca Robinson. | 4.75 |
| | TTP | Correspondence with counsel on schedules, claims and related matters; worked on same. | 0.45 |
| 06/27/2023 | | | |
| | TJJ | Drafted follow up correspondence to B. Kloiber. | 0.20 |
| 06/28/2023 | | | |
| | TJJ | Drafted motion, order and affidavit to employ Rod Partain as accountant for the estate. | 1.00 |
| | TJJ | Conference with client in preparation for creditors' meeting. | 1.00 |
| | TTP | Conference call with clients preparing for hearing; worked on related matters. | 1.00 |
| 06/29/2023 | | | |
| | TJJ | Finalized motion and affidavit of R. Partain, CPA and forwarded each to same for review and signing. | 0.30 |
| | TJJ | Prepared for and participated in creditors' meeting for both debtors. | 2.00 |
| | TJJ | Conference with J. Lovell. | 0.30 |
| | TTP | Conference with counsel post creditor hearing. | 0.25 |
| 06/30/2023 | | | |
| | TJJ | Drafted and uploaded Order to Employ Counsel for 2B Farms. | 0.50 |
| 07/07/2023 | | | |
| | TJJ | Conference with D. Biles. | 0.25 |
| | TJJ | Finalized and uploaded employment order in Robinsons bankruptcy case. | 0.60 |
| | TJJ | Conference with client. Corresponded with same regarding | |

|  |  |  | Page: 6 |
|---|---|---|---|
| 2B Farms, Inc. |  |  | July 13, 2023 |
|  |  | ACCOUNT NO: | 18172-000A |
|  |  | STATEMENT NO: | 1 |

Chapter 12 Bankruptcy

|  |  | HOURS |  |
|---|---|---:|---|
|  | wiring instructions. | 0.30 |  |
| TJJ | Attention to Kubota's proof of claim. Researched matter and drafted follow up correspondence to same. | 0.60 |  |
| TTP | Discussed removal v. State Court; worked on same and other Plan matters; phone call and correspondence on same. | 0.60 |  |

07/10/2023
| TJJ | Corresponded with B. Kloiber and provided documents request by same. | 0.25 |
| TJJ | Drafted correspondence to D. Biles. | 0.50 |
| TJJ | Conference with client. | 0.25 |
| TTP | Worked on next step issues on discovery and depositions; phone call and conference on same. | 0.35 |
| TTP | Worked on next step issues on discovery and depositions; phone call and conference on same. | 0.35 |

07/11/2023
| TTP | Conference on case strategy; correspondence on case issues. | 0.30 |

07/12/2023
| TJJ | Conference with R. Partain, CPA. | 0.50 |
| TJJ | Revised CPA employment pleadings based upon inputs from same. Corresponded with R. Partain and D. Vox.. | 0.50 |
| TJJ | Finalized and filed motion to employ CPA. Served copy of pleading on service list. | 0.70 |
| TTP | Correspondence on case issues; worked on depositions and other issues; conference on same. | 0.40 |

07/13/2023
| TJJ | Conference with R. Partain. Revised and resent amended employment pleadings. | 0.30 |
| TJJ | Corresponded with B. Robinson. | 0.25 |
| TJJ | Corresponded with D. Biles on deposition dates. | 0.25 |
| TJJ | Attention to correspondence from the bankruptcy trustee and responded to same. | 0.25 |
| TJJ | Revised and filed amended application to employ accountant. | 0.30 |
| TTP | Receipt and analysis of multiple filings on bankruptcy case as to 2B Farms and clients individually; conference on same; correspondence and phone call on same. | 0.80 |

|  | FOR CURRENT SERVICES RENDERED | 84.30 | 29,505.00 |

Page: 7

2B Farms, Inc.  
July 13, 2023  
ACCOUNT NO: 18172-000A  
STATEMENT NO: 1

Chapter 12 Bankruptcy

RECAPITULATION

| ATTORNEY | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Todd J. Johnston | 65.65 | $350.00 | $22,977.50 |
| Timothy T. Pridmore | 18.65 | 350.00 | 6,527.50 |

| | | |
|---|---|---|
| 06/06/2023 | POSTAGE | 41.16 |
| 06/08/2023 | POSTAGE | 23.52 |
| 06/13/2023 | POSTAGE | 23.52 |
| 06/21/2023 | Client Expense - Paid the Lubbock County-District Clerk for filing fees | 4.25 |
| 06/22/2023 | Copies | 126.20 |
| | TOTAL EXPENSES | 218.65 |
| | TOTAL CURRENT WORK | 29,723.65 |
| | BALANCE DUE | $29,723.65 |

*WE ACCEPT MASTERCARD, VISA AND AMERICAN EXPRESS*

Because services rendered are described in detail,  
THIS BILL IS CONFIDENTIAL, ATTORNEY-WORK PRODUCT AND IS  
PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE.

# MCJ

**McWHORTER COBB and JOHNSON LLP**
ATTORNEYS AND COUNSELORS • ESTABLISHED 1929
P.O. Box 2547
Lubbock, Texas 79408
(806)762-0214
www.mcjllp.com
TAX ID#75-0823592

2B Farms, Inc.
9397 CR 3114
Snyder TX 79549

Page: 1
July 13, 2023
ACCOUNT NO: 18172A

SUMMARY PAGE
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 18172-000 Chapter 12 Bankruptcy | | | | | |
| 0.00 | 29,505.00 | 218.65 | 0.00 | 0.00 | $29,723.65 |

*WE ACCEPT MASTERCARD, VISA AND AMERICAN EXPRESS*

Because services rendered are described in detail,
THIS BILL IS CONFIDENTIAL, ATTORNEY-WORK PRODUCT AND IS
PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE.