**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 12 Case |
| 2B Farms, a Texas General Partnership, et al, | § | |
| | § | Case No. 23-50096-rlj12 |
| *Debtors*. | § | |
| | § | Jointly Administered |

NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been set on HTLF Bank's Motion for Relief from Stay [Docket No. 33] for **August 23, 2023 at 1:30 p.m., Central Time,** in Room 314, 1205 Texas Avenue, Lubbock, TX.

Respectfully submitted,

**STEPTOE & JOHNSON PLLC**

*/s/ C. Dunham Biles*
C. Dunham Biles
State Bar No. 24042407
500 North Akard Street, Suite 3200
Dallas, Texas 75201
214-251-8514
dunham.biles@steptoe-johnson.com

**LOVELL, LOVELL, ISERN & FARABOUGH, LLP**

John H. Lovell
State Bar No. 12609300
112 SW 8th Ave, Suite 1000
Amarillo, TX 79101
806-373-1515
John@lovell-law.net

**ATTORNEYS FOR CREDITOR
HTLF BANK**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2023, the foregoing document was filed with the Clerk of Court in the foregoing Chapter 12 case using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in the case.

*/s/ C. Dunham Biles*
C. Dunham Biles