# EXHIBIT H

# AFFIDAVIT OF CURTIS CHRYSTAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 12 Case |
| 2B Farms, a Texas General Partnership, et al, | § | |
| | § | Case No. 23-50096-rlj12 |
| *Debtors.* | § | |
| | § | Jointly Administered |
| | § | |

**AFFIDAVIT OF CURTIS CHRYSTAL IN SUPPORT OF HTLF BANK'S MOTION FOR RELIEF FROM STAY, OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**

**STATE OF IOWA**        )
                                        )
**COUNTY OF CARROLL**  )

PERSONALLY APPEARED before me the undersigned who having been duly sworn testifies and states as follows:

1. My name is Curtis Chrystal. I am capable of making this affidavit. I am over 21 years of age, and I am competent in all respects to give the testimony contained in this affidavit. I have personal knowledge of the facts set forth herein.

2. I served as the Director of Special Assets, Senior Vice President for HTLF Bank from May 1, 2000 to June 12, 2023. First Bank and Trust ("First Bank") was an affiliate of HTLF until May 19, 2023, when HTLF became the successor to First Bank by merger. As a result of the issues and defaults set forth below in regard to 2B Farms ("2B Farms"), Terry "Bo" Robinson ("Bo Robinson"), and Rebecca Robinson ("Rebecca Robinson") (collectively, "Debtors"), Debtors' accounts were transferred to me as the Director of Special Assets. Since June 12, 2023, I have served as Regional Credit Officer for HTLF. Given my prior involvement with Debtors

AFFIDAVIT OF CURTIS CHRYSTAL IN SUPPORT
OF HTLF BANK'S MOTION FOR RELIEF FROM STAY
OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION                                                                PAGE 1

17054163v5

**EXHIBIT H**

and this matter, I continue to be actively involved with this matter. I am, therefore, a custodian of First Bank's business records in regard to Debtors, including documents attached hereto as Exhibits A - F.

### A. The Collateral

1. Prior to Debtors filing for bankruptcy protection, subsequent to First Bank's, the following cattle collateral was sold:

| Pasture/Pen | Head Count | Total Net Value |
|---|---|---|
| Allen | 25 | $83,500.00 |
| Allen | 20 | $60,000.00 |
| Fenton | 191 | $235,178.94 |
| Wiggins, Denny | 138 | $167,333.45 |
| Denny | 172 | $266,715.00 |
| Friona | 251 | $256,401.32 |
| Friona | 331 | $398,588.37 |
| Total | 1128 | $1,467,717.08 |

The proceeds from the sale of the cattle collateral—$1,467,717.08—were applied to 2B Farms's total indebtedness.

2. In addition, an agreement was entered into on May 16, 2023, among First Bank, 2B Farms, and Kent Ries, in his capacity as Chapter 7 Bankruptcy Trustee for the bankruptcy estates of McClain Farms, LLC, McClain Feed Yard, LLC, and 7M Cattle Company, whereby approximately 589 head of cattle 2B Farms had reclaimed or recovered would be sold at auction and the proceeds, less expenses for feed and care, would be escrowed in a segregated account with First Bank and held pending approval from the Court to transfer, pay, or offset any of the proceeds (the "Escrow Agreement").[1]

---

[1] A true and correct copy of the Agreement is attached as Exhibit A.

**AFFIDAVIT OF CURTIS CHRYSTAL IN SUPPORT
OF HTLF BANK'S MOTION FOR RELIEF FROM STAY
OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION** PAGE 2

3.  Subsequently, 582 head of cattle collateral were sold for $725,460.95. After expenses for feed and care (owed to a third party) totaling $70,471.26 were subtracted, the remaining $654,989.69 was deposited with First Bank pursuant to the terms of the Escrow Agreement, where it remains today.

4.  As of June 15, 2023, First Bank's audit and valuation, performed by Tom Griffin, revealed that 2B Farms remains in possession of the following cattle collateral:[2]

| Pasture/Pen | Head Count | Total Value |
| --- | --- | --- |
| Gail | 143 | $271,700.00 |
| Gail | 44 | $79,200.00 |
| Allen | 44 | $176,000.00 |
| Gail | 6 | $22,500.00 |
| Denny | 4 | $8,000.00 |
| Burrow | 7 | $38,500.00 |
| Burrow | 47 | $84,600.00 |
| Burrow | 82 | $125,460.00 |
| Burrow | 36 | $51,840.00 |
| Total | 413 | $857,800.00 |

B.  **Debtors' Present Indebtedness**

5.  As of July 11, 2023, 2B Farms's checking account with First Bank is overdrawn, with other fees and charges, in the amount of $5,309,336.21.[3] Further, 2B Farms owes First Bank $2,716,473.80 pursuant to the Agreement.[4] Finally, 2B Farms owes First Bank $61,801.30 on a

---

[2] True and correct copies of First Bank's audit and valuation and the Affidavit of Tom Griffin, verifying the results of First Bank's audit and valuation, are attached as Exhibits B and C, respectively.

[3] A true and correct copy of a payoff statement for 2B Farms's overdrawn checking account is attached as Exhibit D.

[4] *See id.*

---

**AFFIDAVIT OF CURTIS CHRYSTAL IN SUPPORT
OF HTLF BANK'S MOTION FOR RELIEF FROM STAY
OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**                              PAGE 3

17054163v5

**EXHIBIT H**

separate equipment loan.[5]  2B Farms's debt presently due and owing to First Bank exceeds $8 million.[6]

6. As of July 11, 2023, Bo Robinson and his daughter, Angela Robinson, owe First Bank $208,586.88 pursuant to an agricultural loan.[7]

7. In total, Debtors owe First Bank more than $8.2 million.

C. **Collateral Inspections**

8. Pursuant to an agreement between Mr. Griffin and First Bank, Mr. Griffin has performed weekly cattle spot checks for First Bank since late May of 2023.[8]  First Bank has paid Mr. Griffin $300.00 per week and $0.65 per mile for his services and mileage.

FURTHER AFFIANT SAYETH NOT.

_____
**CURTIS CHRYSTAL**

SUBSCRIBED AND SWORN TO BEFORE ME ON  July 17th , 2023.



MARILYN A. JOHNSTON
Commission Number 752315
My Commission Expires 4/15/26

Notary Public, State of Iowa

My commission expires: 4/15/26

---

[5] *See id.*

[6] *See id.*

[7] A true and correct copy of a payoff statement for the loan between First Bank and Bo Robinson and Angela Robinson is attached as Exhibit E.

[8] A true and correct copy of this agreement is attached as Exhibit F.

**AFFIDAVIT OF CURTIS CHRYSTAL IN SUPPORT
OF HTLF BANK'S MOTION FOR RELIEF FROM STAY
OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**    PAGE 4

17054163v5

**EXHIBIT H**

No. DC-2023-CV-0565

| | | |
|---|---|---|
| FIRST BANK & TRUST, | § | IN THE 72ND DISTRICT COURT |
| Plaintiff, | § | |
| v. | § | |
| | § | IN AND FOR |
| 2B FARMS, INC., | § | |
| TERRY ROBINSON, and | § | |
| REBECCA ROBINSON, | § | |
| Defendants. | § | LUBBOCK COUNTY, TEXAS |

## AGREEMENT

### I.
### Parties

1. The parties to this agreement are Kent Ries, in his capacity as Chapter 7 Bankruptcy Trustee for the bankruptcy estates of McClain Farms, LLC, McClain Feed Yard, LLC, and 7M Cattle Company, on the one hand, and First Bank & Trust, secured lender to 2B Farms, and 2B Farms.

### II.
### Background

2. First Bank & Trust is the secured lender to 2B Farms, having a perfected first lien on all livestock of 2B Farms. 2B Farms sold certain of its cattle to McClain Farms, cattle on which First Bank & Trust held a perfected first lien. 2B Farms also owned cattle which were placed in a feed yard of McClain Feed Yard for feeding.

3. Kent Ries is the acting Chapter 7 Trustee for the Chapter 7 bankruptcy proceedings of McClain Farms, LLC, McClain Feed Yard, LLC, and 7M Cattle Company.

4. On April 19, 2023, 2B Farms reclaimed approximately 338 heifers from McClain Feed Yard which he had previously purchased from McClain Farms.(the "Reclamation Heifers").

5. In March of 2023, 2B Farms placed approximately 251 of its heifers on feed with McClain Feed Yard, which heifers were not sold to McClain. On April 19, 2023, 2B Farms picked

AGREEMENT
C:\Users\Client\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\OG6A3W7U\Agreement-FINAL.05-16-23.doc

Page 1 of 4

EXHIBIT A

up these cattle (the "Recovered Heifers"). The heifers were not associated or related to McClain or his entities.

6.  On April 19, 2023, both the Reclamation Heifers and the Recovered Heifers were placed in the care of Tommy Hefner for feeding and care by the parties.

7.  2B Farms and First Bank & Trust have agreed that the Reclamation Heifers and the Recovered Heifers should be sold, and the proceeds escrowed.

8.  On May 15, 2023, First Bank & Trust paid Tommy Hefner $70,471.26for his feed and care charges for the Reclamation Heifers and the Recovered Heifers from April 19, 2023 through May _16, 2023. First Bank & Trust paid this $70,471.26 to satisfy Tommy Hefner's agister's lien claim against the Reclamation Heifers and the Recovered Heifers through May 16, 2023. The feeding care charges for the Reclamation Heifers and the Recovered Heifers is now accruing at approximately $2,610.19 per day.

## III.
## Agreement

9.  The parties to this agreement agree as follows in regard to the Reclamation Heifers and the Recovered Heifers:

    a.  2B and First Bank & Trust agree to gather and preserve all their documentary and photographic evidence regarding the Reclamation Heifers and the Recovered Heifers, including all invoices, shipment records, checks, and return item notices, as well as all documentary and photograph evidence to show how, when and where those cattle were reclaimed and recovered, as well as all identifying information regarding all such cattle. All this photographic and documentary evidence will be available to Kent Ries upon his request.

    b.  2B and First Bank & Trust will agree upon the livestock auction or auctions which will market the Reclamation Cattle and the Recovered Cattle through their auctions.

    c.  2B and First Bank & Trust will arrange for the cattle to be shipped from the Tommy Hefner facility to the respective auctions.

AGREEMENT
C:\Users\Client\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\OG6A3W7U\Agreement-FINAL.05-16-23.doc

Page 2 of 4

EXHIBIT A

   d. First Bank & Trust will pay to Tommy Hefner those feed and care charges which have accrued against the Reclamation Cattle and the Recovered Cattle between April 19, and the date of shipment.

   e. Upon receipt of the proceeds of the auction sales of the Recovered Cattle and the Reclamation Cattle, First Bank & Trust may reimburse itself for the feed and care charges it has paid on or after May 15, 2023, as well as reimbursing itself for any trucking charges associated with the shipment of the cattle from Tommy Hefner's facility to the auction or auctions. All other proceeds of the auction sales shall be placed into a segregated account with First Bank & Trust, with the express agreement and restriction that no portion of such deposited funds shall be transferred, paid or offset without bankruptcy court authority and approval after notice and hearing.. First Bank & Trust shall provide Kent Ries with bank statements for this account on no less than a quarterly basis, and as requested by Kent Ries.

   f. Kent Ries is not agreeing or stipulating to any of the recitals in Section II, but does consent to the sale, and the procedures set forth in Section III.

         [signatures follow on next page]

AGREEMENT
C:\Users\Client\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\OG6A3W7U\Agreement-FINAL.05-16-23.doc

Page 3 of 4

EXHIBIT A

**AGREED:**

2B FARMS

By:_____    Dated:_____
   Terry "Bo" Robinson, its _____

FIRST BANK & TRUST

By:_____    Dated:_____
   _____, its _____

BANKRUPTY ESTATES OF McCLAIN FARMS, LLC,
McCLAIN FEED YARD, LLC and 7M CATTLE, LLC

By: _____/s/ Trustee_____    Dated: 5/16/23
   Kent Ries, Chapter 7 Trustee

AGREEMENT
C:\Users\Client\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\OG6A3W7U\Agreement-FINAL.05-16-23.doc
Page 4 of 4

EXHIBIT A

**AGREED:**

**2B FARMS**

By: _____          Dated: _____
    Terry "Bo" Robinson, its _____


**FIRST BANK & TRUST**

By: *[signature]*_____          Dated: May 16, 2023
    Director Special Assets, its  SVP


**BANKRUPTY ESTATES OF McCLAIN FARMS, LLC,
McCLAIN FEED YARD, LLC and 7M CATTLE, LLC**

By: _____          Dated: _____
    Kent Ries, Chapter 7 Trustee

**AGREED:**

2B FARMS

By: *Terry (Bo) Robinson*           Dated: 5-16-23
Terry "Bo" Robinson, its General Partner


FIRST BANK & TRUST

By:_____      Dated:_____
_____, its _____


BANKRUPTY ESTATES OF McCLAIN FARMS, LLC,
McCLAIN FEED YARD, LLC and 7M CATTLE, LLC

By:_____      Dated:_____
    Kent Ries, Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 12 Case |
| 2B Farms, a Texas General Partnership, et al, | § | |
| | § | Case No. 23-50096-rlj12 |
| *Debtors.* | § | |
| | § | Jointly Administered |

### AFFIDAVIT OF TOM GRIFFIN IN SUPPORT OF HTLF BANK'S MOTION FOR RELIEF FROM STAY, OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION

STATE OF  Texas  )
                 )
COUNTY OF  Borden  )

PERSONALLY APPEARED before me the undersigned who having been duly sworn testifies and states as follows:

1. My name is Tom Griffin. I am capable of making this affidavit. I am over 21 years of age, and I am competent in all respects to give the testimony contained in this affidavit.

2. I have personal knowledge of the facts set forth herein.

3. The resume, attached and included as Exhibit A, is a true and correct copy of my resume showing my credentials and experience.

4. The appraisal, attached and included as Exhibit B, is a true and correct copy of my appraisal.

5. Based on my knowledge, experience, and training, my opinion of the value of the 2B Farms cattle is $2,358,648.75 as of the date of April 30, 2023.

---

AFFIDAVIT OF TOM GRIFFIN IN SUPPORT
OF HTLF BANK'S MOTION FOR RELIEF FROM STAY
OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION                                PAGE 1

**EXHIBIT B**

FURTHER AFFIANT SAYETH NOT.

_____
**TOM GRIFFIN**

SUBSCRIBED AND SWORN TO BEFORE ME ON ___July 19___, 2023.

_____
Notary Public, State of ___Texas___

My commission expires: ___04/26/26___

AMY RINEHART
Notary Public
STATE OF TEXAS
ID# 330605-0
My Comm. Exp. Apr. 26, 2026

**AFFIDAVIT OF TOM GRIFFIN IN SUPPORT
OF HTLF BANK'S MOTION FOR RELIEF FROM STAY
OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**                    PAGE 2

**EXHIBIT B**

# TOM GRIFFIN

## CONTACT

 432-270-4623

 tgriffin@reagan.com

✉ 5101 FM 1205

 Coahoma, TX  79511

## EDUCATION

### Borden County High School
Graduated 2001

### Texas Tech University
2001-2006
BS in Agriculture and Applied Economics

## BACKGROUND

I am a 5th generation cattle rancher of the T2 Cattle Ranches.  We raise Angus and Akaushi/Wagyu cattle in Borden County, Howard County, and in the Panhandle near Dalhart in Oldham County.  I grew up at on the ranch in Borden County and graduated from Borden County High School in 2001.  After completing my degree at Texas Tech in 2006 with a BS in Agriculture and Applied Economics I moved back to work at our family ranches.

## RANCHING EXPERIENCE

### T2 Griffin Ranches
2006-Present

I grew up working under my grandfather and father on the T2 Ranches.  Growing up I was taught the ins and outs of working and maintaining two large cattle ranches.  Upon graduating in 2006, I returned to the Borden County Ranch to oversee and manage the Borden County, Howard County, and Oldham County Ranches.  I am responsible for the day-to-day management of the herds, supplies and finances of the business.  I am in charge of tracking weight and health of all the cattle in our operations, as well as contracting them to buyers etc.  I also make the decisions on cattle and breeding stock that we purchase.

## INSPECTION EXPERIENCE
2011-Present

- WELLS FARGO
- PROSPERITY BANK
- AIM BANK
- CLASSIC BANK
- FIRST BANK AND TRUST
- NEW MEXICO BANK AND TRUST

I began inspecting cattle for Wells Fargo in the spring of 2011.  I have continued doing it for multiple banks and their customers since that time.  Because of my ranching and cattle feeding background, as well as my degree, I have been blessed with a good sense of how the markets work and what the cattle are worth.  I have done roughly 500 cattle inspections and appraisals over the years in Texas, New Mexico and Kansas.  These have ranged from cow-calf, dairy, dairy calf, grow yard and feed yard operations.

Listed below are some of the operations I have inspected over the years.

- P&W CATTLE - CRAIG PRUET 325-338-0437
- LUBBOCK FEEDERS - KYLE WILLIAMS 806-745-4587
- DIAMOND FEEDERS - JOE RICHARDS 806-676-5970
- WRANGLER FEED YARD - RANDY SHIELDS 806-290-0559
- 2W CATTLE - TROY DON ALLCORN 806-638-7831
- MARTY FREY - 325-718-9208

| Pasture/Pen | Head | Type | Est Wt. | Est $/lb | Est Value | Total Est Value |
|---|---|---|---|---|---|---|
| Gail | 143 | middle aged pairs | | | $1,900.00 | $271,700.00 |
| | 44 | middle aged pairs | | | $1,800.00 | $79,200.00 |
| Allen | 89 | young registered pairs | | | $2,750.00 | $244,750.00 |
| House | 3 | open 2 year old cows | | | $1,200.00 | $3,600.00 |
| Gail | 6 | middle aged bulls | | | $3,750.00 | $22,500.00 |
| Denny | 4 | yearling bulls | | | $2,000.00 | $8,000.00 |
| Burrow | 7 | young bulls | | | $5,500.00 | $38,500.00 |
| Burrow | 47 | bred heifers | 900 | $2.00 | $1,800.00 | $84,600.00 |
| Burrow | 82 | open heifers | 900 | $1.70 | $1,530.00 | $125,460.00 |
| Burrow | 36 | open heifers | 900 | $1.60 | $1,440.00 | $51,840.00 |
| Fenton | 195 | yearling heifers | 725 | $1.85 | $1,341.25 | $261,543.75 |
| Wiggins | 68 | yearling heifers | 700 | $1.80 | $1,260.00 | $85,680.00 |
| Denny | 169 | yearling steers | 750 | $2.00 | $1,500.00 | $253,500.00 |
| Denny | 50 | yearling heifers | 575 | $1.80 | $1,035.00 | $51,750.00 |
| Friona (Hefner) | | | | | | |
| Pen 2 | 126 | yearling heifers | 775 | $1.80 | $1,395.00 | $175,770.00 |
| Pen 3 | 125 | yearling heifers | 775 | $1.80 | $1,395.00 | $174,375.00 |
| Pen 5 | 142 | yearling heifers | 700 | $1.80 | $1,260.00 | $178,920.00 |
| Pen 6/7 | 196 | yearling heifers | 700 | $1.80 | $1,260.00 | $246,960.00 |
| | **1532** | | | | | **$2,358,648.75** |

EXHIBIT L

**Cattle Appraisal for Bo Robinson 4/30/23--5/1/23 Scurry and Borden Counties, Friona (JT Cattle Co)**
Case 23-50096-swe12    Doc 35-8    Filed 07/20/23    Entered 07/20/23 15:43:14    Desc
Exhibit H - Affidavit of Curtis Chrystal    Page 16 of 20

On Sunday, April 30, 2023, I drove with Bo Robinson and looked at his cattle located at the headquarters, pens, fields and pastures in Scurry County and Borden County.

On Monday, May 1, 2023, I drove through the JT Cattle Company, (Hefner Cattle) feed yard located in Friona, TX with Tommy Hefner and his daughter and viewed the cattle located there.

The counts matched the numbers on both of the yard sheets. The estimated weights and values are in the attached excel spreadsheet, as well as some photos I took of different pens and pastures for a visual sample.

The cattle were healthy and had plenty of grazing/feed. I have estimated, to the best of my knowledge and research, their values according to type, weight, age, sex and quality. I spoke with other ranchers and cattle raisers and buyers, along with checking current market prices.

My estimated value for these cattle is: **$2,358,648.75**


Thank you,


Tom Griffin

**EXHIBIT M**

|  | **Remaining Cattle** |  |  |
|---|---|---|---|
| **Cattle Name** | **# Head** | **Value Per 4/2023 Cattle Appraisal** |  |
| Gail - Middle Aged Pairs | 143 | $ 271,700.00 |  |
| Middle Aged Pairs | 44 | $ 79,200.00 |  |
| Allen - Young Registered Pairs | 44 | $ 176,000.00 |  |
| Gail - Middle Aged Bulls | 6 | $ 22,500.00 |  |
| Denny - Yearling Bulls | 4 | $ 8,000.00 |  |
| Burrow - Young Bulls | 7 | $ 38,500.00 |  |
| Burrow - Bred Heifers | 47 | $ 84,600.00 |  |
| Burrow - Open Heifers | 82 | $ 125,460.00 |  |
| Burrow - Open Heifers | 36 | $ 51,840.00 |  |
| Total | 413 | $ 857,800.00 |  |

EXHIBIT C

**First Bank & Trust TEXAS**

# PAYOFF STATEMENT

**As Of:** Tuesday, July 11, 2023

**Property:** 9397 CR 3114, SNYDER TX 79549

## LOANS

| | | | | |
|---|---|---|---|---|
| Customer Name(s): | **2B FARMS** | | Customer Name(s): | **2B FARMS** |
| Loan Number: | **6651** | | Loan Number: | **3968** |
| Loan Date: | **4/23/2021** | | Loan Date: | **6/9/2022** |
| Original Amount: | **$101,600.00** | | Original Amount: | **$3,500,000.00** |
| Interest Rate: | **4.50%** | | Interest Rate: | **18.00%** |
| Maturity Date: | **4/23/2026** | | Maturity Date: | **6/9/2023** |
| Principal Balance: | $ | 60,323.38 | Principal Balance: | $ 2,593,625.24 |
| Interest Due: | $ | 1,477.92 | Interest Due: | $ 122,848.56 |
| Late Charges Due: | $ | - | Late Charges Due: | $ - |
| Escrow Credit/Shortgage: | $ | - | Escrow Credit/Shortgage: | $ - |
| Loan Fees: | $ | - | Loan Fees: | $ - |
| Prepayment Penalty: | $ | - | Prepayment Penalty: | $ - |
| Other | $ | - | Other | $ - |
| **Payoff:** | $ | **61,801.30** | **Payoff:** | $ **2,716,473.80** |
| *Payoff per diem interest:* | $ | 7.540422 | *Payoff per diem interest:* | $ 1,296.812620 |

## EXPENSES

| | | |
|---|---|---|
| Appraisal Fees: | $ | - |
| Environmental Fees: | $ | - |
| Title Fees: | $ | - |
| Attorney Fees: | $ | - |
| Release - Recording Fees: | $ | - |
| UCC Termination Fees: | $ | 18.60 |
| DDA 100118270 Overdraft | $ | 5,309,317.61 |

## SUBTOTALS

| | | |
|---|---|---|
| Loans: | $ | 2,778,275.10 |
| Credit Cards: | $ | - |
| Expenses: | $ | 5,309,336.21 |

| **GRAND TOTAL** | $ | **8,087,611.31** |
|---|---|---|

*Payoff figures are subject to change with any adjustments that may be made to the loan. (This includes, but are not limited to, payments, disbursements, late charges, escrow disbursements, dishonored payments or any required adjustments to the loan). Please contact our office to obtain an updated payoff statement if necessary. Payoff quotes are subject to final audit. The Bank reserves the right to return any payoff quotes, which are not sufficient, or to use any suspended funds to payoff the loan in full without prior written consent.*
*Payoff funds must be submitted in the form of a cashier's check, certified funds or wired funds.*

***If funds are sent after 2:00pm CST on date of payoff, include one additional per diem of interest**

### WIRING INSTRUCTIONS

| | |
|---|---|
| *Bank Name:* | First Bank & Trust |
| *City and State:* | Lubbock TX |
| *ABA Number:* | 1113 1934 7 |
| *Telephone:* | (800) 397-2000 |
| *Account Number:* | 170214 |
| *Customer Name:* | 2B FARMS |
| *Attention:* | D Steve Larson |

---

**Steve Larson, VP**
Loan Officer, Title

1-608-438-8333
Phone

slarson@htlf.com
Email

**Fae Weis, Loan Support**
Preparer, Title

fweis@htlf.com
Email

**EXHIBIT D**

# PAYOFF STATEMENT

**First Bank & Trust TEXAS**

**As Of:** Tuesday, July 11, 2023

**Property:** 9012 CR 3114 Snyder TX 79549

## LOAN

| | |
|---|---|
| Customer Name(s): | **Angela &Terry Robinson** |
| Loan Number: | **1767** |
| Loan Date: | **10/17/2022** |
| Original Amount: | **$200,000.00** |
| Interest Rate: | **18.00%** |
| Maturity Date: | **10/17/2023** |

| | | |
|---|---|---|
| Principal Balance: | $ | 200,000.00 |
| Interest Due: | $ | 8,513.89 |
| Late Charges Due: | $ | 72.99 |
| Escrow Credit/Shortgage: | $ | - |
| Loan Fees: | $ | - |
| Prepayment Penalty: | $ | - |
| Other: | $ | - |
| *Payoff:* | *$* | *208,586.88* |
| *Payoff per diem interest:* | *$* | *100.000000* |

## EXPENSES

| | | |
|---|---|---|
| Appraisal Fees: | $ | - |
| Environmental Fees: | $ | - |
| Title Fees: | $ | - |
| Attorney Fees: | $ | - |
| Release - Recording Fees: | $ | - |
| UCC Termination Fees: | $ | - |
| Other: | $ | - |

## SUBTOTALS

| | | |
|---|---|---|
| Loan: | $ | 208,586.88 |
| Credit Cards: | $ | - |
| Expenses: | $ | - |

| **GRAND TOTAL** | **$** | **208,586.88** |
|---|---|---|

*Payoff figures are subject to change with any adjustments that may be made to the loan. (This includes, but are not limited to, payments, disbursements, late charges, escrow disbursements, dishonored payments or any required adjustments to the loan). Please contact our office to obtain an updated payoff statement if necessary. Payoff quotes are subject to final audit. The Bank reserves the right to return any payoff quotes, which are not sufficient, or to use any suspended funds to payoff the loan in full without prior written consent.*
*Payoff funds must be submitted in the form of a cashier's check, certified funds or wired funds.*

***If funds are sent after 2:00pm CST on date of payoff, include one additional per diem of interest**

### WIRING INSTRUCTIONS

| | |
|---|---|
| *Bank Name:* | First Bank & Trust |
| *City and State:* | Lubbock TX |
| *ABA Number:* | 1113 1934 7 |
| *Telephone:* | (800) 397-2000 |
| *Account Number:* | 170214 |
| *Customer Name:* | Angela &Terry Robinson |
| *Attention:* | D Steve Larson |

| | | |
|---|---|---|
| ***Steve Larson, VP*** | *1-608-438-8333* | *slarson@htlf.com* |
| Loan Officer, Title | Phone | Email |
| | | |
| ***Fae Weis, Loan Support*** | | *fweis@htlf.com* |
| Preparer, Title | | Email |

**EXHIBIT E**

## Spot Check on Cattle Agreement

1. Tom Griffin ("Griffin") and First Bank & Trust ("FBT"), collectively the "Parties," agree that Griffin will spot check cattle for FBT.

2. The spot checks will take place on a weekly basis.

3. The spot checks will begin as soon as practicable following the last date this Agreement is signed.

4. The spot checks will continue until one of the Parties gives notice to the other Party that the Agreement is terminated.

5. The Parties agree that an essential part of this Agreement is that the dates, times, and routes taken for the spot checks will be unpredictable.

6. The cattle to be spot-checked are owned and/or controlled by 2B Farms, Terry Max ("Bo") Robinson, Rebecca Robinson, and/or Angela Robinson.

7. The Parties agree that the locations of the cattle cannot always be precisely determined and that the Parties will cooperate in determining the locations of cattle that Griffin will spot check.

8. Griffin will be paid for his time at the rate of $300 per completed weekly inspection of all livestock.

9. Griffin will be reimbursed for his mileage at the rate of $ 0.65 per mile.

10. Either Party may terminate this Agreement by giving the other Party written notice. An email is acceptable written notice.

**AGREED:**

TOM GRIFFIN

By: _[signature]_
Date: 5/19/23

FIRST BANK & TRUST

By: _[signature] D Stum___
Its: Special Assets Mgr, V.P.
Date: 5-18-2023

**EXHIBIT F**