# EXHIBIT I

# AFFIDAVIT OF ROBERT AYCOCK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 12 Case |
| 2B Farms, a Texas General Partnership, et al, | § § | Case No. 23-50096-rlj12 |
| *Debtors.* | § § § | Jointly Administered |

### AFFIDAVIT OF ROBERT AYCOCK IN SUPPORT OF HTLF BANK'S MOTION FOR RELIEF FROM STAY, OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION

**STATE OF TEXAS)**

**COUNTY OF TAYLOR)**

PERSONALLY APPEARED before me the undersigned who having been duly sworn testifies and states as follows:

1. My name is Robert D. Aycock. I am capable of making this affidavit. I am over 21 years of age, and I am competent in all respects to give the testimony contained in this affidavit.

2. I have personal knowledge of the facts set forth herein.

3. The resume, attached and included as Exhibit A, is a true and correct copy of my resume showing my credentials and experience.

4. The appraisal, attached and included as Exhibit B, is a true and correct copy of my appraisal.

5. The Certificate, attached and included as Exhibit C, is a true and correct copy of my certificate for completion of the Auction Insight Tractor & Farm Equipment Appraisal School held in Muleshoe, Texas, April 22-23, 2009.

AFFIDAVIT OF ROBERT AYCOCK IN SUPPORT
OF HTLF BANK'S MOTION FOR RELIEF FROM STAY
OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION        PAGE 1

EXHIBIT I

6. Based on my knowledge, experience, and training, my opinion of the value of the 2B Farms equipment is $1,219,150.00 as of the date of May 5, 2023.

FURTHER AFFIANT SAYETH NOT.

_____
**ROBERT D. AYCOCK**

SUBSCRIBED AND SWORN TO BEFORE ME ON 18th July, 2023.

_____
Notary Public, State of Texas

My commission expires: December 21, 2025

CARLA A. IANNUZZI
My Notary ID # 133499052
Expires December 21, 2025

**AFFIDAVIT OF ROBERT AYCOCK IN SUPPORT
OF HTLF BANK'S MOTION FOR RELIEF FROM STAY
OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**    **PAGE 2**

**EXHIBIT I**

ROBERT D. (BOB) AYCOCK
3258 WOODHOLLOW CIRCLE
ABILENE, TEXAS 79606
(940) 864-4659 (CELL)

**PROFESSIONAL STRENGTHS:**

COMPREHENSIVE KNOWLEDGE OF HANDLING BASIC FARM AND RANCH WORK
COMMUNICATION SKILLS INCLUDING CONFLICT RESOLUTION
ATTENTION TO DETAIL WITH KNOWLEDGE OF ACCOUNTING AND BUDGETING
BASIC COMPUTER APPLICATIONS AND WILLINGNESS TO LEARN PROGRAMS
EXPERIENCE IN LEADERSHIP POSITIONS
FLEXIBLE SCHEDULE TO AID IN CUSTOMER SERVICE
BASIC OPERATION OF AG APPRAISALS
WORKS WELL WITH CUSTOMERS
EXTENSIVE KNOWLEDGE OF FARM IMPLEMENTS
EXTENSIVE KNOWLEDGE OF CATTLE AND CATTLE MARKETING

**SUMMARY OF EXPERIENCE:**

49 YEARS SELF EMPLOYED FARMER AND RANCHER
BOARD OF THE HASKELL CO-OP GIN (ELECTED MULTIPLE TIMES)
FARM BUREAU BOARD 1981-1991 (PRESIDENT 1986-1989)
FARM BUREAU STATE COTTON COMMITTEE 1989-1991
HASKELL CISD BOARD OF TRUSTEES 1989-2001 (PRESIDENT 1996-2001)
CERTIFIED AG APPRAISER 2009-PRESENT
WORKED WITH A CERTIFIED APPRAISER FOR ONE YEAR AS AN APPRENTICE

**EDUCATIONAL SUMMARY:**

BACHELOR OF SCIENCE DEGREE ANIMAL SCIENCE
TARLETON STATE UNIVERSITY 1974

EXHIBIT I

Appraisal By :   Ag Appraisals
                 Robert D. (Bob) Aycock          bobaycock@ymail.com
                 3258 Woodhollow Circle          940-864-4659
                 Abilene, Texas 79606

Terry M. (Bo) Robinson  2B Farms Equipment              May 5, 2023

             Total Of All Equipment In This Report              $1,219,150

I, ROBERT AYCOCK, HEREBY CERTIFY THAT I HAVE PERSONALLY SEEN THE EQUIPMENT DESCRIBED BELOW, THAT SUCH ARE IDENTIFIED AS INDICATED.  I AM NOT RELATED TO THE APPLICANT AND HAVE NO INTEREST, FINANCIAL OR OTHERWISE, IN THE LOAN OR SUBJECT PROPERTY, EITHER DIRECTLY OR INDRECTLY.  I FURTHER CERTIFY THAT THE EVALUATION IS NOT BASED ON A REQUESTED MINIMUM VALUATION OR SPECIFIC VALUATION FOR APPROVAL OF A LOAN.  THE VALUE PLACED ON THIS EQUIPMENT IS MY OPINION OF THE FAIR MARKET VALUE ON THIS DATE.

                                    DocuSigned by:
                                    *ROBERT D. AYCOCK*    5/6/2023
                                    8AE0360A911F484...

Terry M. (Bo) Robinson  2B Farms          ███
9397 C R 3114
Snyder, Texas 79549

Documentation:  Tractorhouse, Fastline, Machinery Trader, Truck Paper, Trailers
                Market.com, Equipment Experts.com, Dealer Confirmation,
                Machinery Pete And General Internet Searches

Location:    Equipment - 9012 C R 3114 Snyder Texas    N32°64'188"  W101°05'423"
             Pivot -  North of C R  3114  N32°64'567"  W101°02'196"
             Equipment  C R 3114  N32°64'225"  W101°06'925"

EXHIBIT I

Terry M. (Bo) Robinson  2B Farms  Equipment                          May 5, 2023

    Letters On Right Side Of Page Indicate Condition
    VG =- Very Good,  G = Good,  A = Average  And P = Poor


1997 John Deere 8400 MFWD Tractor  7,065 Hrs. sn RW8400P013244         $63,750  VG
    Duals, 3 Outlets, Good Tires, New Paint Job, Good Interior

1993 John Deere 4560 2WD Tractor 14,347 Hrs. sn RW4560H001732          $36,350  A
    3 Outlets, Fair Tires,  Fair Interior

1982 John Deere 4440 2WD Tractor 10,050 Hrs. sn 4440H001863R           $29,500  G
    3 Outlets, New Tires New Paint Job, Good Interior

1978 John Deere 4440 2WD Tractor 13,903 Hrs. sn 4440H0145962R          $28,650  G
    3 Outlets, Clean Interior, New Paint Job, Good Tires

1997 New Holland 8970 MFWD Tractor 6,320 Hrs. sn 98149600657           $60,350  G
    4 Outlets , Duals, Fair Interior

2010 John Deere 4730 Self Propelled Sprayer 2,706 Hrs.                 $122,750 VG
    sn NO4730X009059 , 1000 Gal. Stainless Tank, Good Tires
    W/Green Star GPS  2630 Screen sn PCGU2UG57062

2015 Kubota SVL 90-2 Skid Steer 1,513 Hrs. sn JKUC0902V01S16491        $56,600  VG
    Rubber Tracks,  Clean Apperance

2001 Caterpillar 928G Rubber Tire Loader 12,056 Hrs. sn 6XR02173       $47,900  G

2016 Caterpillar 938M Rubber Tire Loader 2,492 Hrs. sn 0938MLJ3R02508  $182,500 VG
    Very Clean Machine Good Paint And Interior

2012 Caterpillar 120M Road Grader  5,510 Hrs. sn 0120MJB9N00249        $159,650 VG
    Good Paint Good Interior  Fair Tires

2012 Kenworth Day Cab Truck Single Rear Axle 423,993 Mi.               $36,750  VG
    VIN 1XKDAP8X7CJ331072 Good Condition Inside & Out

EZ Steer GPS Screen sn G0497A0098 & Light Bar sn 4510415850            $1,850   VG
                     On 4560 Tractor
Trimble  GPS  CFX Screen & Receiver Mod. 94510-00 sn 5534500624        $8,500   VG
                     On 8400 Tractor
2010 John Deere 2410 Chisel Plow 27 Shanks sn N02410X012070            $36,900  VG
                 Good Conditions,  No Welds
Big Ox 9 Shank V Ripper Plow   sn BO2659                               $1,100   G


EXHIBIT I

| Item | Value | Cond. |
|---|---|---|
| 1999 John Deere 610 Chisel Plow, 15 Shank, 3 Point sn P00610X007999 | $7,500 | G |
| Great Plains 6330UC-12 Chisel Plow 30 FT. sn GPC10157 | $42,250 | VG |
| Summers Mfg. Coil Packer Mod 106  30 Ft. sn I0273 | $7,500 | VG |
| John Deere 158 Front Loader sn W00158X035266 w/Forks & Bucket | $6,250 | VG |
| KBH 1610 Tank Tow Fertilizer Trailer sn NT03722  5th Wheel Chassis With 1610 Gal. Tank | $6,750 | VG |
| Wilson 12 Ft. Box Scraper   sn Stamped  44316 Faded Paint | $2,750 | G |
| John Deere 1418 Shredder  4 row sn 1418T001695 | $4,500 | G |
| AG Krane Hay King Lift  no sn Could Be Found | $2,850 | VG |
| Shop Made 500 Gal. Diesel Trailer W/12v Pump   No SN | $1,500 | G |
| 1973 Lufkin Float Flatbed Trailer  W/3 - 1,600 Gal. Poly Tanks  VIN 3988 | $8,500 | G |
| Big Tex HD Utility Trailer 20 Ft. VIN 13906050 (Partial VIN Tag Damage) | $3,500 | VG |
| E Z Trail Mod. 3400 Gravity Grain Cart On 1074 Chassis 4 Wheel W/Hyd. Auger And Roll Over Tarp   Slightly Used No SN | $8,950 | VG |
| 2004 Gooseneck Brand Big Haul Livestock Trailer,  1 Axle,  42 Ft. VIN 16G5742114B078973  Nice Trailer Good Paint | $29,850 | VG |
| 2007 Big Bend 24 Ft. Livestock Trailer 2 Axle VIN 3BUG240257T000247 Stout Built,  Paint Good | $5,900 | VG |
| 2007 C & C Horse Trailer  3 Horse W/Living Quarters VIN 1C9WG24208N643602 | $37,750 | VG |
| 2014 John Deere 469 Round Baler Mega Wide Plus  4,191 Bales sn E100469XPDE400109  With Monitor | $34,500 | VG |
| 2008 Massey Ferguson 1372 Swather, Heston Series W/Swivel Hitch sn 1372HS56459 | $22,250 | G |
| Supreme Feed Mixer Model 700,  Type C-3A  sn 5967-001-01 | $22,150 | G |
| Trioliet Feed Mixer  Mod. Solo Mix 2- 2800  sn 06520 | $42,500 | VG |
| 3 - Shop Made Cattle Self Feeders  $1,100 Each | $3,300 | G |

EXHIBIT I

| | | |
|---|---:|---|
| Diesel Storage Tank  6,700 Gal. With Pump | $2,500 | G |
| Propane Tank  500 Gal. | $350 | G |
| 1,500 Bushel Grain Bin | $950 | G |
| 2003 Lindsay Grow Smart Center Pivot Irrigation System         8 Tower  sn P-51204 | $41,250 | VG |
| | _____ | |
| Total Of All Equipment In this Report | $1,219,150 | |

# EXHIBIT I



**EXHIBIT I**