CHAPTER 12 CASE                                                                   PAGE 1 OF 5
MONTHLY PROFIT AND LOSS REPORT          MONTH OF: June 1-30, 2023
NAME OF DEBTOR: 2B Farms, a Texas General Partnership
CASE NO.: 23-50096

## MONTHLY RECEIPTS AND DISBURSEMENTS

1. CASH RECEIVED DURING MONTH

| RECEIPT ITEM | QUANTITY SOLD (BALES,BUSHELS,LBS,HEAD) | CROP YEAR | AMOUNT |
|---|---|---|---|
| A. CROPS SOLD | | | |
|    1. COTTON | _____ | _____ | $_____ |
|    2. WHEAT | _____ | _____ | $_____ |
|    3. GRAINS | _____ | _____ | $_____ |
|    4. CORN | _____ | _____ | $_____ |
|    5. SUGAR BEETS | _____ | _____ | $_____ |
|    6. OTHER | _____ | _____ | $_____ |
| B. PASTURE RENTAL | | | $_____ |
| C. AGRICULTURAL PROGRAM PAYMENTS | | 2022 | $ 63,407.00 |
| D. CCC LOANS | | | $_____ |
| E. SALES OF LIVESTOCK BOUGHT FOR RESALE | | | $_____ |
| F. SALES OF BREEDING HERD | | | $_____ |
| G. MACHINE WORK | | | $_____ |
| H. CROP INSURANCE PROCEEDS | | | $_____ |
| I. DISTRIBUTIONS FROM CO-OP (1) Patronage Dividends | | | $_____ |
|    (2) Stock Retirement | | | $_____ |
| J. OTHER FARM INCOME | | | $_____ |
| K. WAGES EARNED FROM OUTSIDE WORK | | | $_____ |
| L. REIMBURSEMENT OF EXPENSE | | | $_____ |
| M. RENTS AND ROYALTIES | | | $_____ |
| N. INTEREST AND DIVIDENDS | | | $_____ |
| O. SOCIAL SECURITY BENEFITS | | | $_____ |
| P. BUSINESS INCOME (SCHEDULE C and E) | | | $_____ |
| Q. OTHER RECEIPTS  Pickup Sale | | | $ 31,135.78 |
| R. TOTAL RECEIPTS    (SUM OF A THRU Q) | | | $ 94,522.78 |
| S. TRANSFERS | | | $_____ |
| T. NEW LOAN RECEIVED THIS MONTH | | | $_____ |
| U. CASH COLLATERAL RECEIPTS/REFUND OF CASH COLLATERAL | | | $_____ |

Revised 1/1/2015

CHAPTER 12 CASE                                                                   PAGE 2 OF 5

MONTHLY PROFIT AND LOSS REPORT          MONTH OF: June 1-30, 2023
NAME OF DEBTOR: ZB Farms, a Texas General Partnership
CASE NO.: 23-50096

2. EXPENSES PAID

   A. TOTAL FROM PAGE 3 FOR HOUSEHOLD/LIVING EXPENSE           $ 0
      FARM OPERATING EXPENSES PAID (ITEMIZE)
   B. COST OF LIVESTOCK SOLD FROM PAGE 4    $_____
   C. COST OF BREEDING HERD SOLD FROM PAGE 4    $_____
   D. CHEMICALS    $_____
   E. CUSTOM HIRE (MACHINE WORK)    $_____
   F. FEED PURCHASED    $_____
   G. FERTILIZER AND LIME    $_____
   H. GASOLINE, FUEL, OIL    $ 218.38
   I. INSURANCE    $ 5174.20
   J. INTEREST    $_____
   K. LABOR    $ 4015.55
   L. RENT OF FARM, PASTURE    $ 666.65
   M. REPAIRS, MAINTENANCE    $ 2544.98
   N. SEEDS, PLANTS PURCHASED    $ 10,000
   O. STORAGE, WAREHOUSING, FREIGHT, TRUCKING    $_____
   P. TAXES    $ 2817.35
   Q. UTILITIES    $ 525.67
   R. OTHER EXPENSES (LIST)    $ 1320.36
     1. Supplies    $ 222.19
     2. fees    $ 780
       other    $ 318.17
   S. TOTAL FARM EXPENSES (SUM OF B THRU R)          $ 27,283.14

   T. PLAN PAYMENTS MADE TO CHAPTER 12 TRUSTEE    $_____
   U. OTHER PAYMENTS MADE TO SECURED CREDITORS    $_____
   V. OTHER BUSINESS EXPENSES (SCHEDULE C AND E)    $_____
W. TOTAL EXPENSES PAID DURING MONTH (SUM of A+S+T+U+V)    $ 27,283.14
X. PROFIT (OR LOSS) FOR MONTH (LINE R, PAGE 1 LESS LINE W, PAGE 2)    $ 67,239.64
   Y. TRANSFERS    $_____
   Z. LOANS REPAID    $_____
   AA. CASH COLLATERAL PRINCIPAL REPAYMENT    $_____

Revised 1/1/2015

CHAPTER 12 CASE  
PAGE 3 OF 5

**MONTHLY PROFIT AND LOSS REPORT**  MONTH OF: June 1-30, 2023  
**NAME OF DEBTOR:** 2B Farms  
**CASE NO.:** 23-50096

### HOUSEHOLD AND LIVING EXPENSE

- A. HOME MORTGAGE $_____
- B. ROUTINE HOME MAINTENANCE $_____
- C. RENT $_____
- D. TOTAL UTILITIES (SUM OF 1 THRU 5) $_____
  1. ELECTRIC $_____
  2. WATER $_____
  3. TELEPHONE $_____
  4. GAS $_____
  5. OTHER $_____
- E. FOOD $_____
- F. CLOTHING $_____
- G. LAUNDRY AND CLEANING $_____
- H. MEDICAL $_____
- I. TOTAL INSURANCE NOT DEDUCTED FROM WAGES (SUM OF 1 THRU 5) $_____
  1. AUTO $_____
  2. LIFE $_____
  3. MEDICAL $_____
  4. HOMEOWNERS $_____
  5. OTHER $_____
- J. TRANSPORTATION NOT INCLUDING AUTO PAYMENTS $_____
- K. RECREATION AND EATING OUT $_____
- L. DUES NOT DEDUCTED FROM WAGES $_____
- M. TAXES NOT DEDUCTED FROM WAGES OR INCLUDED IN MORTAGE PAYMENTS. $_____
- N. ALIMONY, MAINTENANCE OR SUPPORT PAYMENTS $_____
- O. RELIGIOUS OR OTHER CHARITABLE CONTRIBUTIONS $_____
- P. TOTAL OTHER EXPENSES ( SUM OF 1 THRU 5) $_____
  1. _____ $_____
  2. _____ $_____
  3. _____ $_____
  4. _____ $_____
- Q. TOTAL INSTALLMENT PAYMENTS (SUM OF 1 THRU 5) $_____
  1. AUTO $_____
  2. HOME IMPROVEMENT $_____
  3. _____ $_____
  4. _____ $_____

**TOTAL HOUSEHOLD AND LIVING EXPENSE** $ 0  
ENTER ON LINE  
LINE 2 A, PAGE 2

Revised 1/1/2015

CHAPTER 12 CASE  PAGE 4 OF 5

**MONTHLY PROFIT AND LOSS REPORT**    MONTH OF: June 1-30, 2023

NAME OF DEBTOR: 2B Farms, a Texas General Partnership
CASE NO.: 23-50096

### PURCHASE AND SALE OF LIVESTOCK HELD FOR RESALE

| MONTHLY PURCHASES | | | MONTHLY SALES | | | |
|---|---|---|---|---|---|---|
| DATE PURCHASED | NUMBER | COST | DATE PURCHASED | DATE SOLD | NUMBER | COST |

**COWS**
_____ _____ $_____
_____ _____ $_____
_____ _____ $_____
_____ _____ $_____
TOTAL $_____

ENTER ON LINE 2 B
PAGE 2

**CALVES**
_____ _____ $_____
_____ _____ $_____
_____ _____ $_____
_____ _____ $_____
TOTAL $_____

ENTER ON LINE 2 B
PAGE 2

**STEERS**
_____ _____ $_____
_____ _____ $_____
_____ _____ $_____
_____ _____ $_____
TOTAL $ Ø    $ Ø

ENTER ON LINE 2 B
PAGE 2

### SALE OF BREEDING HERD

COST OR OTHER BASIS    $_____

DEPRECIATION    $_____

ADJUSTED BASIS    $_____

ENTER ON LINE
2 C, PAGE 2

Revised 1/1/2015

CHAPTER 12 CASE                                              PAGE 5 OF 5

MONTHLY PROFIT AND LOSS REPORT        MONTH OF: June 1-30, 2023

NAME OF DEBTOR: 2B Farms, a Texas General Partnership
CASE NO.: 23-50096

3. CASH RECONCILIATION:

BANK BALANCE AT BEGINNING OF MONTH (ALL ACCOUNTS)           $ 8809.73

INCOME (OR LOSS) DURING MONTH (X PG.2)                      $ 94522.78

ADD LOANS, TRANSFERS, AND CASH COLLATERAL                   $ _____
                                    (S,T,& U PG.1)
SUBTRACT LOAN REPAYMENTS, TRANSFERS, AND                    $ ⟨27283.14⟩
CASH COLLATERAL PRINCIPAL (Y,Z, AND AA, PG. 2)

CASH AND BANK ACCOUNT BALANCE AT END OF MONTH               $ 76,049.37
(TOTAL ENDING BALANCE OF ALL ACCOUNTS)

4. EXPENSES CHARGED BUT NOT PAID DURING THE LAST MONTH OF PLAN YEAR

EXPENSE (ITEMIZE)                                           AMOUNT

[blank itemization lines]

TOTAL EXPENSES CHARGED                                      $ _____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING
STATEMENT AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE,
INFORMATION AND BELIEF.

7/20/2023                           Tony (Bo) Robins
DATE                                DEBTOR/OFFICER OF DEBTOR

Revised 1/1/2015





**West Texas State Bank**
*The Friendly West Texas Bank*
PO Box 1396 Snyder, TX 79550
325-573-5441
www.wtsb.com

ACCOUNT STATEMENT   Member FDIC

```
                                        12 - 30            PAGE  1
2B FARMS CHAPTER 12 DEBTOR IN POSSESSION    ACCOUNT  :   0001
CASE #23-50096-RLJ12
9397 CR 3114                                  STATEMENT PERIOD
SNYDER  TX 79549-1379                     06/07/2023 TO 06/30/2023


------------------------- C H E C K I N G   S U M M A R Y -------------------
           COMMERCIAL CKG                 -  :    0001
   CHECKING BALANCE LAST STATEMENT.......                      .00
                       1    DEPOSITS............          63,407.00
                       3    OTHER CREDITS.......          20,943.39
                       4    CHECKS..............           4,605.59
                       7    OTHER DEBITS........           3,695.43
   CHECKING BALANCE THIS STATEMENT........                76,049.37
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ---------------

                                    |  TOTAL FOR   |     TOTAL     |
                                    | THIS PERIOD  | YEAR-TO-DATE  |
                                    ----------------------------------
   |TOTAL OVERDRAFT FEES      |         $0.00|          $0.00|
   |TOTAL RETURNED ITEM FEES  |         $0.00|          $0.00|


--------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------

DATE.....AMOUNT....DESCRIPTION
06/07    1,000.00 ONLINE XFR FRM CHK --     XXXXXX805 TERRY (BO) M ROBINSON
06/14   15,000.00 INTERNET TRANSFER FROM CHK 9805 TO CHK 0001 5009353
06/27    4,943.39 ONLINE XFR FRM CHK --     XXXXXX805 TERRY (BO) M ROBINSON
06/29   63,407.00 DEPOSIT

--------------- O T H E R   D E B I T   T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
06/15      19.64 WHIT-CO CHECKS    CHECK PRNT               0955580983
06/15   2,817.35 IRS               USATAXPYMT               6010040257
06/21     431.26 CK #  1003 Big Country Elec   CHECK PMTS   4683052052
06/27      41.19 POS:06/26 16:32    STRIPES 5208         LUBBOCK    TX
06/28      18.45 POS:06/27 15:19    ALLSUPS  102180      SNYDER     TX
06/28     335.00 POS-06/27 22:07    IN  BILL S WESTSIDE 66 325-2079602 TX
06/30      32.54 POS-06/29 21:10    CIRCLE K    09096    LUBBOCK    TX

------------------------------- C H E C K S --------------------------------
  DATE.........CHECK NO.......AMOUNT    DATE.........CHECK NO.......AMOUNT
```

# West Texas State Bank
### The Friendly West Texas Bank
PO Box 1396 Snyder, TX 79550
325-573-5441
www.wtsb.com

ACCOUNT STATEMENT  Member FDIC 



```
                                                       PAGE   2
2B FARMS CHAPTER 12 DEBTOR IN POSSESSION    ACCOUNT         '0001
CASE #23-50096-RLJ12
9397 CR 3114                                  STATEMENT PERIOD
SNYDER   TX 79549-1379                     06/07/2023 TO 06/30/2023


DATE.........CHECK NO........AMOUNT   DATE.........CHECK NO........AMOUNT
06/22           1001          666.65  06/21           *1004       1,409.01
06/21           1002          630.00  06/27            1005       1,899.93

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------
DATE.......BALANCE        DATE.......BALANCE        DATE.......BALANCE
06/07      1,000.00       06/21     10,692.74       06/28     12,674.91
06/14     16,000.00       06/22     10,026.09       06/29     76,081.91
06/15     13,163.01       06/27     13,028.36       06/30     76,049.37
```

Please review our Privacy Notice under the Contact tab at www.wtsb.com. Contact us at 325-573-5441 if you would like to receive a paper copy of the notice.

Due to the inflation increase effective 07-01-20, REG CC now provides for $225 next day availability versus $200



Acct #: )001, Credit, 06/29/2023, $63407.00



Acct # 001, Ck # 1001, 06/22/2023, $666.65

Acct #: 001, Ck # 1002, 06/21/2023, $630.00

Acct 0001, Ck # 1004, 06/21/2023, $1409.01

Acct #: )001, Ck # 1005, 06/27/2023, $1899.93



**West Texas State Bank**
*The Friendly West Texas Bank*
PO Box 1396  Snyder, TX 79550
325-573-5441
www.wtsb.com

*Acct closed*
*Old 2B Farms*

ACCOUNT STATEMENT   Member FDIC 

```
                                              23 - 30              PAGE  1
    BO ROBINSON                                             ACCOUNT   /9805
    BECKY ROBINSON
    9397 COUNTY ROAD 3114                                STATEMENT PERIOD
    SNYDER  TX  79549-1379                            05/31/2023 TO 06/30/2023
```

```
------------------------- C H E C K I N G   S U M M A R Y -------------------------
          FREEDOM CHKG                        -           9805
       CHECKING BALANCE LAST STATEMENT.......               8,809.73
                          1  DEPOSITS..............         31,135.78
                             OTHER CREDITS........               .00
                         11  CHECKS...............         18,599.37
                         11  OTHER DEBITS.........         21,346.14
       CHECKING BALANCE THIS STATEMENT.......                     .00
---------------------------- F E E   S U M M A R Y ----------------------------
                                  TOTAL FEES IMPOSED             .00
---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ----------------

                                      |  TOTAL FOR  |     TOTAL    |
                                      | THIS PERIOD | YEAR-TO-DATE |
       |TOTAL OVERDRAFT FEES      |        $0.00|         $0.00|

       |TOTAL RETURNED ITEM FEES  |        $0.00|         $0.00|


--------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S ---------------

   DATE.....AMOUNT....DESCRIPTION
   06/05   31,135.78 DEPOSIT

--------------- O T H E R   D E B I T   T R A N S A C T I O N S ---------------

   DATE.....AMOUNT....DESCRIPTION
   06/01       93.53 WHIT-CO CHECKS      CHECK PRNT                      0954937708
   06/07      100.00 ONLINE XFR TO   CHK --      XXXXXX905 TERRY (BO) M ROBINSON
   06/07    1,000.00 ONLINE XFR TO   CHK --      XXXXXX001 TERRY M & BECKY ROBINSO
   06/07       19.47 POS-06/07 03:55     ALLSUPS   102180      SNYDER         TX
   06/09       25.00 POS-06/08 22:15     IN  BILL S WESTSIDE 66 HERMLEIGH     TX
   06/14       29.56 POS-06/13 12:31     ROSAS CAFE    TORTILLA  LUBBOCK      TX
   06/14       51.25 POS-06/13 20:27     YESWAY 1156              LUBBOCK     TX
   06/14   15,000.00 INTERNET TRANSFER FROM CHK 9805 TO CHK 0001 5009353
   06/22       73.95 POS-06/21 20:40     CONOCO - QUICK TRACK 6 LUBBOCK       TX
   06/23        9.99 POS:06/23 02:05     APPLE COM BILL           CUPERTINO   CA
   06/27    4,943.39 ONLINE XFR TO   CHK --      XXXXXX001 TERRY M & BECKY ROBINSO
```

**West Texas State Bank**
*The Friendly West Texas Bank*
PO Box 1396  Snyder, TX 79550
325-573-5441
www.wtsb.com

ACCOUNT STATEMENT 



BO ROBINSON
BECKY ROBINSON
9397 COUNTY ROAD 3114
SNYDER   TX 79549-1379

PAGE   2
ACCOUNT           '9805

STATEMENT PERIOD
05/31/2023 TO 06/30/2023

---------- C H E C K S ----------

| DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 06/02 | 1007 | 4,071.00 | 06/06 | 1014 | 288.51 |
| 06/02 | 1008 | 742.66 | 06/16 | 1015 | 10,000.00 |
| 06/05 | 1009 | 96.05 | 06/05 | 1016 | 1,400.00 |
| 06/06 | 1010 | 189.00 | 06/05 | 1017 | 1,206.54 |
| 06/07 | *1012 | 94.41 | 06/13 | 1018 | 150.00 |
| 06/06 | 1013 | 361.20 | | | |

---------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06/01 | 8,716.20 | 06/07 | 30,283.14 | 06/16 | 5,027.33 |
| 06/02 | 3,902.54 | 06/09 | 30,258.14 | 06/22 | 4,953.38 |
| 06/05 | 32,335.73 | 06/13 | 30,108.14 | 06/23 | 4,943.39 |
| 06/06 | 31,497.02 | 06/14 | 15,027.33 | 06/27 | .00 |

Please review our Privacy Notice under the Contact tab at
www.wtsb.com.  Contact us at 325-573-5441 if you would
like to receive a paper copy of the notice.

Due to the inflation increase effective 07-01-20, REG CC
now provides for $225 next day availability versus $200

Snyder - Account # 302179805 - Statement Date: 06/30/2023
Page 3 of 3



| Acct # | Credit, 06/05/2023, $31135.78 | Acct # | Ck # 1007, 06/02/2023, $4071.00 |
| Acct # | Ck # 1008, 06/02/2023, $742.66 | Acct # | Ck # 1009, 06/05/2023, $96.05 |
| Acct # | Ck # 1010, 06/06/2023, $189.00 | Acct # | Ck # 1012, 06/07/2023, $94.41 |
| Acct # | Ck # 1013, 06/06/2023, $361.20 | Acct # | Ck # 1014, 06/06/2023, $288.51 |
| Acct # | Ck # 1015, 06/16/2023, $10000.00 | Acct # | Ck # 1016, 06/05/2023, $1400.00 |
| Acct # | Ck # 1017, 06/05/2023, $1206.54 | Acct # | Ck # 1018, 06/13/2023, $150.00 |