CHAPTER 12 CASE                                                            PAGE 1 OF 5
MONTHLY PROFIT AND LOSS REPORT                MONTH OF: __June 1-30__, 2023
NAME OF DEBTOR: __Bo & Becky Robinson__
CASE NO.: __23-50097__

## MONTHLY RECEIPTS AND DISBURSEMENTS

1. CASH RECEIVED DURING MONTH

| RECEIPT ITEM | QUANTITY SOLD (BALES,BUSHELS,LBS,HEAD) | CROP YEAR | AMOUNT |
|---|---|---|---|
| A. CROPS SOLD | | | |
| 1. COTTON | | | $ |
| 2. WHEAT | | | $ |
| 3. GRAINS | | | $ |
| 4. CORN | | | $ |
| 5. SUGAR BEETS | | | $ |
| 6. OTHER | | | $ |
| B. PASTURE RENTAL | | | $ |
| C. AGRICULTURAL PROGRAM PAYMENTS | | | $ |
| D. CCC LOANS | | | $ |
| E. SALES OF LIVESTOCK BOUGHT FOR RESALE | | | $ |
| F. SALES OF BREEDING HERD | | | $ |
| G. MACHINE WORK | | | $ |
| H. CROP INSURANCE PROCEEDS | | | $ |
| I. DISTRIBUTIONS FROM CO-OP (1) Patronage Dividends | | | $ |
| (2) Stock Retirement | | | $ |
| J. OTHER FARM INCOME | | | $ |
| K. WAGES EARNED FROM OUTSIDE WORK | | | $ |
| L. REIMBURSEMENT OF EXPENSE | | | $ |
| M. RENTS AND ROYALTIES | | | $ |
| N. INTEREST AND DIVIDENDS | | | $ |
| O. SOCIAL SECURITY BENEFITS | | | $ 738.50 |
| P. BUSINESS INCOME (SCHEDULE C and E) | | | $ |
| Q. OTHER RECEIPTS  Kinder Morgan | | | $ 2038.19 |
| R. TOTAL RECEIPTS (SUM OF A THRU Q) | | | $ 2776.69 |
| S. TRANSFERS | | | $ |
| T. NEW LOAN RECEIVED THIS MONTH | | | $ |
| U. CASH COLLATERAL RECEIPTS/REFUND OF CASH COLLATERAL | | | $ |

Revised 1/1/2015

CHAPTER 12 CASE                                                                                          PAGE 2 OF 5

MONTHLY PROFIT AND LOSS REPORT                    MONTH OF: June 1-30, 2023
NAME OF DEBTOR: Bo & Becky Robinson
CASE NO.: 23-50097

2. EXPENSES PAID

   A. TOTAL FROM PAGE 3 FOR HOUSEHOLD/LIVING EXPENSE                 $ 1762.48

   FARM OPERATING EXPENSES PAID (ITEMIZE)

| | |
|---|---|
| B. COST OF LIVESTOCK SOLD FROM PAGE 4 | $ |
| C. COST OF BREEDING HERD SOLD FROM PAGE 4 | $ |
| D. CHEMICALS | $ |
| E. CUSTOM HIRE (MACHINE WORK) | $ |
| F. FEED PURCHASED | $ |
| G. FERTILIZER AND LIME | $ |
| H. GASOLINE, FUEL, OIL | $ |
| I. INSURANCE | $ 408.96 |
| J. INTEREST | $ |
| K. LABOR | $ |
| L. RENT OF FARM, PASTURE | $ |
| M. REPAIRS, MAINTENANCE | $ |
| N. SEEDS, PLANTS PURCHASED | $ |
| O. STORAGE, WAREHOUSING, FREIGHT, TRUCKING | $ |
| P. TAXES | $ |
| Q. UTILITIES | $ |
| R. OTHER EXPENSES (LIST) | $ 11.20 |
|    1. bank fee                           $ 11.20 | |
|    2.                                $ | |
| S. TOTAL FARM EXPENSES (SUM OF B THRU R) | $ 420.16 |
| T. PLAN PAYMENTS MADE TO CHAPTER 12 TRUSTEE | $ |
| U. OTHER PAYMENTS MADE TO SECURED CREDITORS | $ |
| V. OTHER BUSINESS EXPENSES (SCHEDULE C AND E) | $ |
| W. TOTAL EXPENSES PAID DURING MONTH (SUM of A+S+T+U+V) | $ 2245.40 |
| X. PROFIT (OR LOSS) FOR MONTH (LINE R, PAGE 1 LESS LINE W, PAGE 2) | $ 531.29 |
| Y. TRANSFERS | $ |
| Z. LOANS REPAID | $ |
| AA. CASH COLLATERAL PRINCIPAL REPAYMENT | $ |

Revised 1/1/2015

CHAPTER 12 CASE                                                                PAGE 3 OF 5

MONTHLY PROFIT AND LOSS REPORT          MONTH OF: June 1-30, 2023
NAME OF DEBTOR: Bo + Becky Robinson
CASE NO.: 23-50097

HOUSEHOLD AND LIVING EXPENSE

- A. HOME MORTGAGE                                                  $_____
- B. ROUTINE HOME MAINTENANCE                                        $_____
- C. RENT                                                            $_____
- D. TOTAL UTILITIES    (SUM OF 1 THRU 5)                            $ 632.17
    1. ELECTRIC          $ 218.84
    2. WATER             $_____
    3. TELEPHONE         $ 318.92
    4. GAS               $ 62.76
    5. OTHER             $ 94.41
- E. FOOD                                                            $ 383.18
- F. CLOTHING                                                        $ 103.88
- G. LAUNDRY AND CLEANING                                            $_____
- H. MEDICAL                                                         $ 14.63
- I. TOTAL INSURANCE NOT DEDUCTED FROM WAGES                         $_____
    (SUM OF 1 THRU 5)
    1. AUTO              $_____
    2. LIFE              $_____
    3. MEDICAL           $_____
    4. HOMEOWNERS        $_____
    5. OTHER             $_____
- J. TRANSPORTATION NOT INCLUDING AUTO PAYMENTS                      $_____
- K. RECREATION AND EATING OUT                                       $ 41.38
- L. DUES NOT DEDUCTED FROM WAGES                                    $_____
- M. TAXES NOT DEDUCTED FROM WAGES OR
     INCLUDED IN MORTAGE PAYMENTS.                                   $_____
- N. ALIMONY, MAINTENANCE OR SUPPORT PAYMENTS                        $_____
- O. RELIGIOUS OR OTHER CHARITABLE CONTRIBUTIONS                     $_____
- P. TOTAL OTHER EXPENSES (SUM OF 1 THRU 5)                          $ 650.00
    1. fees              $ 75.00
    2. supplies          $ 575.00
    3. _____            $_____
    4. _____            $_____
- Q. TOTAL INSTALLMENT PAYMENTS (SUM OF 1 THRU 5)                    $_____
    1. AUTO              $_____
    2. HOME IMPROVEMENT  $_____
    3. _____            $_____
    4. _____            $_____

TOTAL HOUSEHOLD AND LIVING EXPENSE                                   $ 1825.24

ENTER ON LINE
LINE 2 A, PAGE 2

Revised 1/1/2015

CHAPTER 12 CASE                  PAGE 4 OF 5

**MONTHLY PROFIT AND LOSS REPORT**     MONTH OF: _June_, _23_

NAME OF DEBTOR: _Bo & Becky_
CASE NO.:

### PURCHASE AND SALE OF LIVESTOCK HELD FOR RESALE

MONTHLY PURCHASES | MONTHLY SALES

| | DATE PURCHASED | NUMBER | COST | | DATE PURCHASED | DATE SOLD | NUMBER | COST |
|---|---|---|---|---|---|---|---|---|
| COWS | | | $ | | | | | $ |
| | | | $ | | | | | $ |
| | | | $ | | | | | $ |
| | | | $ | | | | | $ |
| TOTAL | | | $ | | | | | $ |

ENTER ON LINE 2 B
PAGE 2

| | DATE PURCHASED | NUMBER | COST | | DATE PURCHASED | DATE SOLD | NUMBER | COST |
|---|---|---|---|---|---|---|---|---|
| CALVES | | | $ | | | | | $ |
| | | | $ | | | | | $ |
| | | | $ | | | | | $ |
| | | | $ | | | | | $ |
| TOTAL | | | $ | | | | | $ |

ENTER ON LINE 2 B
PAGE 2

| | DATE PURCHASED | NUMBER | COST | | DATE PURCHASED | DATE SOLD | NUMBER | COST |
|---|---|---|---|---|---|---|---|---|
| STEERS | | | | | | | | |
| | | | $ | | | | | $ |
| | | | $ | | | | | $ |
| | | | $ | | | | | $ |
| | | | $ | | | | | $ |
| TOTAL | | | $ | | | | | $ |

ENTER ON LINE 2 B
PAGE 2

### SALE OF BREEDING HERD

COST OR OTHER BASIS     $ _____

DEPRECIATION     $ _____

ADJUSTED BASIS     $ 0    0
ENTER ON LINE
2 C, PAGE 2

Revised 1/1/2015

CHAPTER 12 CASE                                          PAGE 5 OF 5

MONTHLY PROFIT AND LOSS REPORT    MONTH OF: June 1-30, 2023

NAME OF DEBTOR: Bo & Becky Robinson
CASE NO.: 23-50097

3. CASH RECONCILIATION:

BANK BALANCE AT BEGINNING OF MONTH (ALL ACCOUNTS)     $ 8099.27

INCOME (OR LOSS) DURING MONTH (X PG.2)                $ 2776.69

ADD LOANS, TRANSFERS, AND CASH COLLATERAL             $ _____
                                          (S,T,& U PG.1)
SUBTRACT LOAN REPAYMENTS, TRANSFERS, AND              $ (2245.40)
CASH COLLATERAL PRINCIPAL (Y,Z, AND AA, PG. 2)

CASH AND BANK ACCOUNT BALANCE AT END OF MONTH         $ 8630.56
(TOTAL ENDING BALANCE OF ALL ACCOUNTS)

4. EXPENSES CHARGED BUT NOT PAID DURING THE LAST MONTH OF PLAN YEAR

EXPENSE (ITEMIZE)                                     AMOUNT

TOTAL EXPENSES CHARGED                                $ _____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

7/20/2023                         Jay (Bo) Robinson
DATE                              DEBTOR/OFFICER OF DEBTOR

Revised 1/1/2015

# West Texas State Bank
*The Friendly West Texas Bank*

PO Box 1396  Snyder, TX 79550
325-573-5441
www.wtsb.com

ACCOUNT STATEMENT  Member FDIC



```
                                          12  -  30           PAGE   1
BO & BECKY ROBINSON CHAPTER 12                          ACCOUNT       8905
DEBTOR IN POSSESSION CASE 2350097RLJ12
9397 COUNTY ROAD 3114                                 STATEMENT PERIOD
SNYDER  TX 79549-1379                              06/07/2023 TO 06/30/2023
```

------------------- C H E C K I N G   S U M M A R Y -----------------------
```
         FREEDOM CHKG                   -         8905
    CHECKING BALANCE LAST STATEMENT.......            .00
                     1    DEPOSITS..............   1,500.00
                     2    OTHER CREDITS.........   2,100.00
                     1    CHECKS................      75.00
                    10    OTHER DEBITS..........   1,160.61
    CHECKING BALANCE THIS STATEMENT.......          2,364.39
```
------------------------------ F E E   S U M M A R Y ----------------------
```
                                TOTAL FEES IMPOSED           .00
```
------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ----------------

|                          | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--------------------------|----------------------:|-------------------:|
| TOTAL OVERDRAFT FEES     | $0.00                 | $0.00              |
| TOTAL RETURNED ITEM FEES | $0.00                 | $0.00              |

--------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

```
DATE.....AMOUNT....DESCRIPTION
06/07     100.00 ONLINE XFR FRM CHK --     XXXXXX805 TERRY (BO) M ROBINSON
06/16   1,500.00 DEPOSIT
06/16   2,000.00 INTERNET TRANSFER FROM CHK 0305 TO CHK 8905 8252088
```

--------------- O T H E R   D E B I T   T R A N S A C T I O N S --------------

```
DATE.....AMOUNT....DESCRIPTION
06/21     218.84 CK #  1001 Big Country Elec   CHECK PMTS         4683052056
06/22      94.41 CK #  1002 Allied Waste Svc   CHECK PYMT         0020900420
06/26      11.99 POS-06/26 04:56      AMZN MKTP US W813F89R3 AMZN.COM BILLWA
06/26      41.38 POS-06/24 12:17      PIZZA HUT 12141            SNYDER    TX
06/26      77.56 POS-06/24 15:41      UNITED SUPERMARKET 549 SNYDER        TX
06/26     133.27 POS:06/25 18:31      WALMART.COM                BENTONVILLE AR
06/26     318.92 VZ WIRELESS VE       VZW WEBPAY                 0023910509
06/27     160.36 POS-06/26 11:21      AMZN MKTP US FN7AT6D93 AMZN.COM BILLWA
06/30      33.53 POS-06/29 11:53      BOOTBARN.COM               888-440-2668 CA
06/30      70.35 POS-06/29 11:52      BOOTBARN.COM               888-440-2668 CA
```

**West Texas State Bank**
*The Friendly West Texas Bank*
PO Box 1396 Snyder, TX 79550
325-573-5441
www.wtsb.com

ACCOUNT STATEMENT  Member FDIC



BO & BECKY ROBINSON CHAPTER 12
DEBTOR IN POSSESSION CASE 2350097RLJ12
9397 COUNTY ROAD 3114
SNYDER   TX 79549-1379

PAGE   2
ACCOUNT           38905

STATEMENT PERIOD
06/07/2023 TO 06/30/2023

DATE.....AMOUNT....DESCRIPTION

------------------------------ C H E C K S ------------------------------

| DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 06/30 | 1006 | 75.00 | | | |

--------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06/07 | 100.00 | 06/22 | 3,286.75 | 06/30 | 2,364.39 |
| 06/16 | 3,600.00 | 06/26 | 2,703.63 | | |
| 06/21 | 3,381.16 | 06/27 | 2,543.27 | | |

Please review our Privacy Notice under the Contact tab at
www.wtsb.com.  Contact us at 325-573-5441 if you would
like to receive a paper copy of the notice.

Due to the inflation increase effective 07-01-20, REG CC
now provides for $225 next day availability versus $200

**DEPOSIT**
**WEST TEXAS STATE BANK**

Transfer FRST
(Linda Morgan)

Cash: 1500.00

Date: 6-15-23
Name: Bo & Becky Ch. 12 DIP
Address: 9307 CR 3114
Snyder, TX North

**WEST TEXAS STATE BANK**

JUN 16 2023    3021 8905    Net Deposit $ 1500.00

TELLER #1  1500 10000

Acct # 18905, Credit, 06/16/2023, $1500.00

---

BO & BECKY ROBINSON
CHAPTER 12 DEBTOR IN POSSESSION
CASE# 23-50097-RLJ12
9307 CR 3114
SNYDER, TX 79549

1006

Date 6-22 20 23

Pay to the order of: Duwain Smak   $75.00

Twenty-five no/100   DOLLARS

West Texas State Bank

For: 1145 Payroll taxes   Becky Robinson

⑆ 111322664 ⑆ 1006  ⑈ 3021 8905 ⑆

Acct # 88905, Ck # 1006, 06/30/2023, $75.00

**First Bank & Trust TEXAS**
a division of HTLF Bank
700 Locust Street, Suite 600 | Dubuque, IA 52001

**ADDRESS SERVICE REQUESTED**

REBECCA ANN ROBINSON
9397 COUNTY ROAD 3114
SNYDER TX 79549-1379

**Statement Ending 06/15/2023**
Page 1 of 4

**Managing Your Accounts**

| | First Bank & Trust a division of HTLF Bank |
|---|---|
| Customer Care Center: | 877.280.1864 |
| Website: | FirstBankTexas.com |

## Change in Terms
Effective Immediately
Deposits at Automatic Teller Machines

For deposits (cash and checks) made at ATMs owned or operated by the Bank, the first $225 of your deposit will be available immediately. The portion of your deposit over $225 will be available on the first business day after the day of your deposit, unless it is subject to one of the exceptions mentioned above. **ATM Deposits made after 7:00 PM Mountain Time will be processed on the next business day.** ATMs owned or operated by the Bank will be labeled as such.

**Bold** indicates change.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| FREE CHECKING W/ ESTATEMENT | XXXXXX8122 | $2,118.03 |

## FREE CHECKING W/ ESTATEMENT-XXXXXX8122

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/22/2023 | Beginning Balance | $2,238.90 |
| | 1 Credit(s) This Period | $2,038.19 |
| | 4 Debit(s) This Period | $2,159.06 |
| 06/15/2023 | Ending Balance | $2,118.03 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 06/14/2023 | KINDER MORGAN AP PAYMENT REBECCA ANN ROBINSON CO2A-100084077  | $2,038.19 |

1 item(s) totaling $2,038.19

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 05/22/2023 | IB TFR TO 000100624642 FUNDS TRANSFER VIA MOBILE # | $11.20 |

# FREE CHECKING W/ ESTATEMENT-XXXXXX8122 (continued)

## Other Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 06/05/2023 | AETNA H & L INS PYMT<br>REBECCA ROBINSON<br>AHL2149893 | $192.57 |
| 06/05/2023 | AETNA H & L INS PYMT<br>TERRY ROBINSON<br>AHL2159424 | $216.39 |

3 item(s) totaling $420.16

## Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 1001 | 05/22/2023 | $1,738.90 |

* Indicates skipped check number

1 item(s) totaling $1,738.90

## Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 05/21/2023 | $2,238.90 | 06/05/2023 | $79.84 |
| 05/22/2023 | $488.80 | 06/14/2023 | $2,118.03 |

## Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# West Texas State Bank

*The Friendly West Texas Bank*
PO Box 1396  Snyder, TX 79550
325-573-5441
www.wtsb.com

ACCOUNT STATEMENT   Member FDIC



BECKY ROBINSON                          17  -  15              PAGE  1
9397 CR 3114                                          ACCOUNT           0305
SNYDER    TX  79549-1379
                                                      STATEMENT PERIOD
                                                      05/15/2023 TO 06/15/2023

```
------------------------ C H E C K I N G   S U M M A R Y ------------------------
         FREEDOM CHKG                       - 0305
         CHECKING BALANCE LAST STATEMENT.......        100.00
                       2   DEPOSITS.............      4,238.90
                           OTHER CREDITS........           .00
                       1   CHECKS...............         77.96
                      14   OTHER DEBITS.........      1,209.56
         CHECKING BALANCE THIS STATEMENT.......        3,051.38
-------------------------- F E E   S U M M A R Y --------------------------------
                           TOTAL FEES IMPOSED              .00
---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES --------------------

                                     | TOTAL FOR   |    TOTAL     |
                                     | THIS PERIOD | YEAR-TO-DATE |
         |TOTAL OVERDRAFT FEES        |      $0.00 |       $0.00 |
         |TOTAL RETURNED ITEM FEES   |      $0.00 |       $0.00 |

--------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -----------

DATE.....AMOUNT....DESCRIPTION
05/16    2,500.00 DEPOSIT
05/19    1,738.90 DEPOSIT

---------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
05/17       22.36 POS:05/17 11:29    AMAZON.COM 4M6E67OC3    SEATTLE     WA
05/22      163.23 POS-05/19 13:30    AMZN MKTP US W111M2GW3 AMZN.COM BILLWA
05/23       57.91 POS:05/23 03:35    AMAZON.COM 483HA4QK3    SEATTLE     WA
05/24      150.21 POS:05/24 12:15    DOCS  184               LUBBOCK     TX
05/24      240.82 POS-05/23 10:06    UNITED SUPERMARKET 549 SNYDER       TX
06/02       14.63 POS:06/02 11:31    CVS PHARMACY   06969    SNYDER      TX
06/05       70.13 POS-06/03 11:57    AMZN MKTP US KF1LU9NI3 AMZN.COM BILLWA
06/05      123.30 POS-06/02 11:23    UNITED SUPERMARKET 549 SNYDER       TX
06/07       60.41 POS-06/06 15:05    UNITED SUPERMARKET 549 SNYDER       TX
06/07       64.93 POS-06/06 20:22    SQ  KWIKER LIQUOR BEER SNYDER       TX
06/09       52.70 IWEB                8442925409                    0018313456
```

 **West Texas State Bank**
*The Friendly West Texas Bank*
PO Box 1396  Snyder, TX 79550
325-573-5441
www.wtsb.com

ACCOUNT STATEMENT    Member FDIC

BECKY ROBINSON
9397 CR 3114
SNYDER   TX 79549-1379

PAGE   2
ACCOUNT           ;0305

STATEMENT PERIOD
05/15/2023 TO 06/15/2023

```
DATE.....AMOUNT....DESCRIPTION
06/12      62.76 POS-06/09 20:29   PHILLIPS 66 - STRIPES   LUBBOCK       TX
06/14      71.17 POS:06/14 12:02   WALMART.COM             BENTONVILLE   AR
06/15      55.00 POS-06/14 23:48   1818 PEDI SPA           SNYDER        TX
--------------------------------- C H E C K S ------------------------------------
DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
06/13           1002          77.96
--------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------
DATE.......BALANCE       DATE.......BALANCE       DATE.......BALANCE
05/16      2,600.00      05/24      3,704.37      06/12      3,255.51
05/17      2,577.64      06/02      3,689.74      06/13      3,177.55
05/19      4,316.54      06/05      3,496.31      06/14      3,106.38
05/22      4,153.31      06/07      3,370.97      06/15      3,051.38
05/23      4,095.40      06/09      3,318.27
```

Please review our Privacy Notice under the Contact tab at
www.wtsb.com.  Contact us at 325-573-5441 if you would
like to receive a paper copy of the notice.

Due to the inflation increase effective 07-01-20, REG CC
now provides for $225 next day availability versus $200

Snyder – Account #    0305 - Statement Date: 06/15/2023
Page 3 of 3



Acct #:    Credit, 05/16/2023, $2500.00

Acct #:    Credit, 05/19/2023, $1738.90

Acct #:    k # 1002, 06/13/2023, $77.96



# PROSPERITY BANK®

2570 1 AB 0.537
REBECCA MEBANE ROBINSON
SPECIAL ACCOUNT
9397 COUNTY ROAD 3114
SNYDER TX 79549-1379

Statement Date  7/11/2023
Account No  ****8208
Page 1 of 1

## STATEMENT SUMMARY
TX Personal Checking Account No ****8208

| Date | | | | |
|---|---|---|---|---|
| 06/12/2023 | Beginning Balance | | | $3,920.73 |
| | 1 Deposits/Other Credits | | + | $738.50 |
| | 0 Checks/Other Debits | | - | $0.00 |
| 07/11/2023 | Ending Balance | 30 Days in Statement Period | | $4,659.23 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 06/28/2023 | ACH Deposit SSA TREAS 310 XXSOC SEC XXXXXXXX9A SSA 310 | $738.50 |

## TOTAL OVERDRAFT FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Return Item Fees | $0.00 | $0.00 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance |
|---|---|---|---|
| 06-12 | $3,920.73 | 06-28 | $4,659.23 |



MEMBER FDIC

NYSE Symbol "PB"

# PROSPERITY BANK

| | |
|---|---|
| Statement Date | 6/11/2023 |
| Account No | ****8208 |
| | Page 1 of 2 |

7934 1 AV 0.471
REBECCA MEBANE ROBINSON
SPECIAL ACCOUNT
9397 COUNTY ROAD 3114
SNYDER TX 79549-1379

## STATEMENT SUMMARY — TX Personal Checking Account No ****8208

| Date | | Description | | | Amount |
|---|---|---|---|---|---|
| 05/12/2023 | | Beginning Balance | | | $6,097.23 |
| | 1 | Deposits/Other Credits | | + | $738.50 |
| | 2 | Checks/Other Debits | | - | $2,915.00 |
| 06/11/2023 | | Ending Balance | 31 | Days in Statement Period | $3,920.73 |
| | | Total Enclosures | | | 2 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 05/24/2023 | ACH Deposit SSA TREAS 310 XXSOC SEC XXXXXXXX9A SSA 310 | $738.50 |

## CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|
| 3505 | 05-17 | $2,500.00 | 3506 | 05-26 | $415.00 |

## TOTAL OVERDRAFT FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Return Item Fees | $0.00 | $0.00 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance |
|---|---|---|---|
| 05-12 | $6,097.23 | 05-24 | $4,335.73 |
| 05-17 | $3,597.23 | 05-26 | $3,920.73 |



MEMBER FDIC

NYSE Symbol "PB"

REBECCA MEBANE ROBINSON      Account No      ****8208

Page 2 of 2

| Date | Check # | Amount |
|---|---|---|
| 5/17/2023 | 3505 | $2,500.00 |
| 5/26/2023 | 3506 | $415.00 |

0000