UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 24055651
500 S. Taylor, Suite 1200
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: Tom.Riney@uwlaw.com
Email: Heath.Hendricks@uwlaw.com

and

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson (*Pro Hac Vice Pending*)
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: MJohnson@rqn.com

*ATTORNEYS FOR RABO AGRIFINANCE LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 2B Farms, a Texas General Partnership | § | CASE NO. 23-50096-rlj12 |
| | § | |
| *Debtor.* | § | |

**ENTRY OF APPEARANCE OF LOCAL COUNSEL FOR RABO AGRIFINANCE, LLC**

TO THE HONORABLE COURT:

THOMAS C. RINEY and W. HEATH HENDRICKS of the UNDERWOOD LAW FIRM, P.C., enter their appearance as local counsel of record for RABO AGRIFINANCE, LLC in this action.

Thomas C. Riney and W. Heath Hendricks request that they receive all future communications from the Court and other parties.

Thomas C. Riney
State Bar No. 16935100
tom.riney@uwlaw.com
W. Heath Hendricks
State Bar No. 24055651
heath.hendricks@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 S. Taylor, Suite 1200
Amarillo, Texas 79101
(806-376-5613; Fax (806) 379-0316

MICHAEL R. JOHNSON of the firm RAY QUINNEY & NEBEKER P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah 84111 will serve as attorney in charge for RABO AGRIFINANCE, LLC and will submit an application for admission pro hac vice.

Respectfully submitted,

 /s/ W. Heath Hendricks
Thomas C. Riney
State Bar No. 16935100
tom.riney@uwlaw.com
W. Heath Hendricks
State Bar No. 24055651
heath.hendricks@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 S. Taylor, Suite 1200
Amarillo, Texas 79101
Phone:(806) 376-5613
Fax: (806) 379-0316

and

Michael Johnson – *PHV Pending*
mjohnson@rqn.com
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Phone: (801) 532-1500
Fax: (801) 532-7543

*ATTORNEYS FOR RABO AGRIFINANCE, LLC*

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, through the Court's CM/ECF system, on July 28, 2023:

                                              */s/ W. Heath Hendricks*
                                                W. Heath Hendricks