David L. LeBas, SBN 12098600
dlebas@namanhowell.com
NAMAN HOWELL SMITH & LEE PLLC
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
Ph. (512) 479-0300
Fax (512) 474-1901

*ATTORNEYS FOR AGTEXAS FARM CREDIT SERVICES*
*AGTEXAS, PCA AND*
*THORLAKSON DIAMOND T FEEDERS, LP*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 12 Case |
| | § | |
| 2B FARMS, a TEXAS GENERAL PARTNERSHIP, et al. | § | CASE NO. 23-50096-rlj12 |
| | § | |
| | § | Jointly Administered |
| *Debtor.* | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

*ATTORNEYS FOR AGTEXAS FARM CREDIT SERVICES AGTEXAS, PCA AND THORLAKSON DIAMOND T FEEDERS, LP* hereby request that all notices given or required to be given in this case, and all papers served or required to be served on creditors or parties-in-interest in this case, be given to and served upon its attorney of record, David L. LeBas, Naman Howell Smith & Lee, 8310 N. Capital of Texas Highway, Ste. 490, Austin, Texas 78731. This request includes all notices, copies, and pleadings referred to in the applicable provisions of the United States Code, or in the Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other

documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

> Respectfully submitted,
>
> David L. LeBas, SBN 12098600
> dlebas@namanhowell.com
> NAMAN HOWELL SMITH & LEE, PLLC
> 8310 N. Capital of Texas Highway, Ste. 490
> Austin, Texas 78731
> (512) 479-0300
> FAX (512) 474-1901
>
> By: */s/ David L. LeBas*
>     **DAVID L. LEBAS**
>
> **ATTORNEYS FOR AGTEXAS FARM CREDIT SERVICES AGTEXAS, PCA AND THORLAKSON DIAMOND T FEEDERS, LP**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or U.S. Mail on August 10, 2023, upon all parties entitled to such notice as provided by the ECF filing system.

> */s/ David L. LeBas*
> **DAVID L. LEBAS**