Timothy T. Pridmore; SBN: 00788224
Todd J. Johnston; SBN: 24050837
MCWHORTER, COBB & JOHNSON, LLP
1722 Broadway (79401)
P. O. Box 2547
Lubbock, Texas 79408
806/762-0214; 806/762-8014 (fax)
*Attorneys for Debtors, 2B Farms, a Texas General Partnership,
and Terry M. Robinson and Rebecca A. Robinson*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| In re: <br><br> 2B Farms, a Texas General Partnership, <br>     Debtor. | Case No. 23-50096-rlj12 |
| In re: <br><br> Terry M. Robinson and <br> Rebecca A. Robinson, <br>     Debtors. | Case No. 23-50097-rlj12 <br> (Jointly Administered Under <br> Case No. 23-50096-rlj12) |

**DEBTORS' OBJECTIONS TO PROOFS OF CLAIM FILED BY HTLF BANK**

COME NOW 2B Farms, a Texas General Partnership, and Terry M. Robinson and Rebecca A. Robinson, the debtors in the above-styled and -numbered jointly administered bankruptcy proceedings (collectively, "**Debtors**"), and, pursuant to 11 U.S.C. §502(b)(1), Federal Rule of Bankruptcy Procedure 3007, and LBR 3007-1, hereby object to certain proofs of claim ("**Objection**") submitted by HTLF Bank, successor by merger to First Bank & Trust ("**HTLF**" or "**Claimant**").

1.    Claimant filed its proofs of claim concerning 2B Farms, a Texas General Partnership, on July 12, 2023, which are attached hereto as Exhibits A-C (without supporting documents). These are identified as Claim Numbers 6, 7 and 9 on the Court's Claims Register

in bankruptcy case # 23-50096-rlj12.

    2.    Claimant filed nearly identical proofs of claim concerning Terry M. Robinson and Rebecca A. Robinson, on July 12, 2023, which are attached hereto as Exhibits D-F (without supporting documents). These are identified as Claim Numbers 6, 7 and 8 on the Court's Claims Register in bankruptcy case # 23-50097-rlj12.

    3.    Section 502(b)(1) of the Bankruptcy Code calls for disallowance of claims that are unenforceable under any applicable law. On May 15, 2023, HTLF (formerly "First Bank") filed its *First Amended Verified Petition for Enforcement of Security Agreements, Money Damages, Application for Appointment of a Receiver, Application for Temporary Restraining Order, and Temporary Injunction, and Application for Writ of Sequestration* against Defendants 2B Farms, a Texas General Partnership, and Terry M. Robinson and Rebecca A. Robinson, in the 72nd District Court of Lubbock County, Texas; Cause No. DC-2023-CV-0565. The Debtors/Defendants answered and countersued HTLF in that proceeding for breach of its duties with respect to certain cattle buy/sell transactions involving McClain Farms, Inc./McClain Feedyard, Inc., as well as its negligence/gross negligence as to its actions related thereto, which were severely detrimental to 2B Farms, as well as a breach of the loan agreements HTLF and 2B Farms had entered. In their answer and countersuit, the Debtors/Defendants deny owing HTLF any amount after applying the $1,590,730.89 in cattle proceeds, which were delivered to the bank in May 2003, immediately prior to the Debtors' Petition Date. A portion of these funds are currently held in escrow at HTLF pursuant to an agreement between the bank, the Debtors, and Kent Ries, Chapter 7 Trustee for the McClain bankruptcy cases. Attached hereto as Exhibit G is the answer and countersuit filed by the Debtors, which is incorporated into this Objection as if fully set forth herein.

4. On May 22, 2023, HTLF filed its *Plaintiff's Original Petition* against Debtors/Defendants 2B Farms, a Texas General Partnership, Terry M. Robinson and his non-debtor daughter, Angela Robinson, in the 72nd District Court of Lubbock County, Texas; Cause No. DC-2023-CV-0541. This case along with case # DC-2023-CV-0565 referenced-above are collectively referred to as the "**State Court Lawsuits**".

5. On July 13, 2023, First Bank/HTLF filed its *Notices of Removal* as to the State Court Lawsuits, which adversary proceedings are now currently pending before this Court as Adversary Case Nos. 23-05002 and 23-05003, respectively.

6. The claim amounts HTLF is asserting against the Debtors/Defendants in the Adversary Case Nos. 23-05002 and 23-05003 are reflected in the proofs of claim it has filed in the Debtors' respective bankruptcy proceedings. The Debtors contend that the allowance or disallowance of the amounts sought by HTLF in its proofs of claim should be adjudicated through the pending adversary proceedings.

7. Claimant is unable to prove liability and/or damages with respect to the claims it has asserted and is itself liable for damages to the Debtors. The subject Debtors further deny that they ae indebted to Claimant for any amounts after applying the $1,590,730.89 in cattle proceeds previously paid over to HTLF on the sale of its cattle collateral in May 2023.

8. The proofs of claims should not be allowed in whole or in part.

9. The Debtors reserve the right to assert further counterclaims against Claimant.

WHEREFORE, PREMISES CONSIDERED, 2B Farms, a Texas General Partnership, and Terry M. Robinson and Rebecca A. Robinson pray that the Court not allow Claimant's claims against them, and grant such other and further relief as the Court may deem necessary and proper.

Dated: August 11, 2023

Respectfully submitted

**MCWHORTER, COBB & JOHNSON, L.L.P.**
1722 Broadway
P.O. Box 2547
Lubbock, Texas 79408
(806) 762-0214 - Telephone
(806) 762-8014 – Facsimile

Timothy T. Pridmore
SBN: 00788224
*tpridmore@mcjllp.com*
Todd J. Johnston
SBN: 24050837
*tjohnston@mcjllp.com*

By: /s/ Todd J. Johnston
     Todd J. Johnston

*ATTORNEYS FOR DEBTORS 2B FARMS, a TEXAS GENERAL PARTNERSHIP, AND TERRY M. ROBINSON AND REBECCA A. ROBINSON*

### NOTICE OF HEARING AND OPPORTUNITY FOR OBJECTION

**NO HEARING WILL BE CONDUCTED ON THIS OBJECTION TO CLAIM UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT UNITED STATES BANKRUPTCY COURT AT ROOM 306, FEDERAL BUILDING, 1205 TEXAS AVENUE, LUBBOCK, TEXAS 79401 BEFORE CLOSE OF BUSINESS ON SEPTEMBER 10, 2023, WHICH IS AT LEAST 30 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.**

**IN THE EVENT ANY RESPONSE TO THIS OBJECTION IS FILED, A HEARING HAS BEEN SCHEDULED BY THE BANKRUPTCY COURT ON THIS MOTION FOR SEPTEMBER 20, 2023, AT 1:30 P.M. IN THE U.S. BANKRUPTCY COURTROOM LOCATED AT ROOM 314, FEDERAL BUILDING, 1205 TEXAS AVENUE, LUBBOCK, TEXAS 79401.**

**IF NO HEARING ON SUCH OBJECTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.**

## CERTIFICATE OF SERVICE

I, Todd J. Johnston, do hereby certify that a true and correct copy of the foregoing *Objection* was served by either court enabled electronic service or regular first-class U. S. Mail upon the following listed parties on this 11th day of August 2023:

1. U. S. Trustee's Office
   1100 Commerce Street, Room 976
   Dallas, Texas 75242

2. John H. Lovell
   Lovell, Lovell, Isern & Farabough, LLP
   112 SW 8th Ave., Suite 1000
   Amarillo, TX   79101-2343
   *Counsel for HTLF*

3. All parties in interest registered with the
   U. S. Bankruptcy Court to receive electronic
   notices in this case.

/s/ Todd J. Johnston
Todd J. Johnston