

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 15, 2023**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| 2B FARMS, a Texas General Partnership, | § | Case No. 23-50096-rlj12 |
| | § | |
| Debtor. | § | |
| _____ | § | _____ |
| | § | |
| TERRY M. ROBINSON and | § | Case No. 23-50097-rlj12 |
| REBECCA A. ROBINSON, | § | (Jointly administered under Case No. |
| | § | 23-50096-rlj12) |
| Debtors. | § | |

## ORDER

The chapter 12 debtors filed their application asking the Court to approve their employment of Partain Spear, LLC as accountant for the bankruptcy estates. The Court has reviewed the application and, particularly, the affidavit of Rod Partain, CPA, submitted in support of the application. The Court needs further disclosure that identifies the general partnership in which Partain is a general partner and the nature of the "dealings" had with Bryan McClain and McClain Farms, Inc. It is, therefore,

ORDERED that the chapter 12 debtors submit a revised affidavit in support of the application within 10 days of entry of this order; it is further

ORDERED that, in the event further disclosure does not resolve the application, hearing is set on the application on September 20, 2023, at 1:30 PM, in Room 314, 1205 Texas Avenue, Lubbock, Texas.

### End of Order ###