Timothy T. Pridmore; SBN: 00788224
Todd J. Johnston; SBN: 24050837
MCWHORTER, COBB & JOHNSON, LLP
1722 Broadway (79401)
P. O. Box 2547
Lubbock, Texas 79408
806/762-0214; 806/762-8014 (fax)
*Attorneys for Debtors, 2B Farms, a Texas General Partnership,*
*and Terry M. Robinson and Rebecca A. Robinson*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| In re:<br><br>2B Farms, a Texas General Partnership,<br>        Debtor. | Case No. 23-50096-rlj12 |
| In re:<br><br>Terry M. Robinson and<br>Rebecca A. Robinson,<br>        Debtors. | Case No. 23-50097-rlj12<br>(Jointly Administered Under<br>Case No. 23-50096-rlj12) |

**NOTICE OF WITHDRAWAL OF DEBTORS' AMENDED MOTION TO EMPLOY PARTAIN SPEAR, LLC AS ACCOUNTANT FOR THE BANKRUPTCY ESTATES**

**TO THE HONORABLE ROBERT L. JONES**, United States Bankruptcy Judge:

NOW COME, 2B Farms, a Texas General Partnership, and Terry M. Robinson and Rebecca A. Robinson, the debtors in the above-styled and -numbered jointly administered bankruptcy proceedings ("**Debtors**"), and file this *Notice of Withdrawal of Debtors' Amended Motion to Employ Partain Spear, LLC as Accountant for the Bankruptcy Estates* [Dkt. # 29] ("**Notice**"). The Debtors no longer seek to go forward with the employment of the proposed accountant for the bankruptcy estates.

Dated: August 21, 2023

                                          Respectfully submitted,

                                          **McWHORTER, COBB AND JOHNSON, L.L.P.**
                                          1722 Broadway (79401)
                                          P. O. Box 2547
                                          Lubbock, Texas 79408
                                          (806) 762-0214 - Telephone
                                          (806) 762-8014 - Facsimile
                                          Email: tjohnston@mcjllp.com

By:/s/ Todd J. Johnston
Todd J. Johnston
SBN: 24050837

*ATTORNEYS FOR DEBTORS 2B FARMS, a TEXAS GENERAL PARTNERSHIP, AND TERRY M. ROBINSON AND REBECCA A. ROBINSON*

### CERTIFICATE OF SERVICE

I, Todd J. Johnston, do hereby certify that a true and correct copy of the foregoing Notice was served by either court enabled electronic service or regular first-class U. S. Mail upon the following listed parties on this 21th day of August, 2023:

1. All parties in interest registered with the U. S. Bankruptcy Court to receive electronic notices in this case.

/s/ Todd J. Johnston
Todd J. Johnston