| Fill in this information to identify the case: |
|---|
| Debtor name   **2B Farms, a Texas General Partnership** |
| United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known)   **23-50096** |

☑ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☑ Amended *Schedule*   **A/B**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 30, 2023**      X **/s/ Terry M. Robinson**
                                         Signature of individual signing on behalf of debtor

                                         **Terry M. Robinson**
                                         Printed name

                                         **General Partner**
                                         Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 2B Farms, a Texas General Partnership |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 23-50096 |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor                    Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Bank & Trust<br>4500 College Ave.<br>Snyder, TX 79549<br>(acct. # xxxx8270) | Checking Acct | 8270 | $0.00 |
| 3.2. | West Texas State Bank<br>5009 College Ave.<br>Snyer, TX 79549<br>(Acct. # xxx9805) | Checking | 9805 | $8,716.20 |
| 3.3. | West Texas State Bank<br>5009 College Ave.<br>Snyer, TX 79549<br>(Acct. # xxx0001) | Checking Acct. | 0001 | $0.00 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**                                                                                                              $8,716.20
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 1

Debtor **2B Farms, a Texas General Partnership**  Case number *(If known)* **23-50096**
Name

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11. Accounts receivable**

| | 11a. 90 days old or less: | 15,202,637.72 | − | 7,601,318.86 | = .... | $7,601,318.86 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

(A)

| | 11a. 90 days old or less: | 63,407.00 | − | 0.00 | = .... | $63,407.00 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3.**                                                                                                                      $7,664,725.86
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops–either planted or harvested** | | | |
| **29. Farm animals** *Examples: Livestock, poultry, farm-raised fish*<br>approx. 603 head cattle<br>  - 165 bred heifers<br>  - 231 cows w/ calves (approx. 190)<br>  - 17 bulls | Unknown | Appraisal | $802,800.00 |

| Debtor | 2B Farms, a Texas General Partnership | Case number (If known) 23-50096 |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| | Debtor purchased 6,646 head of cattle from McClain Feed Yard, Inc. pursuant to wire transfers on Invoices dated April 4, April 5 and April 6, 2023, which cattle were undelivered. Debtor had previously purchased an additonal $2,232,807.85 worth of cattle that it thought were held in Kentucky. Given recent developments, Debtor is now uncertain if cattle ever existed as the matter appears to be part of a fraudulent scheme perpetrated by seller. | | Unknown | | Unknown |
| 30. | Farm machinery and equipment *(Other than titled motor vehicles)* See attached addendum # 1 for list of equipment. | | Unknown | Appraisal | $763,550.00 |
| | 2016 Great Plains 3S 4000 Drill (Serial # WHYY2959) | | Unknown | Comparable sale | $25,000.00 |
| | 2014 John Deere 8370R Tractor (VIN xxxx3471) | | Unknown | Comparable sale | $120,000.00 |
| 31. | Farm and fishing supplies, chemicals, and feed Roundup Herbicide | | Unknown | | $10,000.00 |
| | Hay and silage | | Unknown | | $2,500.00 |
| 32. | Other farming and fishing-related property not already listed in Part 6 | | | | |
| 33. | **Total of Part 6.** Add lines 28 through 32. Copy the total to line 85. | | | | $1,723,850.00 |

34. **Is the debtor a member of an agricultural cooperative?**
   ■ No
   ☐ Yes.  Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   ■ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.

Debtor   **2B Farms, a Texas General Partnership**                     Case number *(If known)* **23-50096**
         Name

☐ Yes Fill in the information below.

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. 2021 Chevrolet Tahoe - approx. mileage: 42570 | $0.00 | Comparable sale | $50,000.00 |
| 47.2. 2016 Ford F-250 Super Duty - approx. mileage 145,258 | $0.00 | Comparable sale | $20,266.00 |
| 47.3. 2008 Ford F-250 - approx. mileage 97,949 (rebuilt salvage vehicle) | $0.00 | Comparable sale | $1,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                                     $71,766.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

| Debtor | 2B Farms, a Texas General Partnership | Case number (If known) 23-50096 |
|---|---|---|
| | Name | |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Counterclaims against in pending in the case of First Bank & Trust vs. 2B Farms, a Texas General Partnership, Terry Robinson and Rebecca Robinson; DC-2023-CV-0565; in the 72nd District Court of Lubbock County, Texas** | Unknown |
| | Nature of claim        civil | |
| | Amount requested                          $0.00 | |
| | **Agister's lien claim against First Bank & Trust for the care and feeding of the following catter:**<br>**25 cow/calf pairs sold on May 24, 2023 for $83,500**<br>**20 cow/calf pairs sold on May 31, 2023 for $60,000** | $6,750.00 |
| | Nature of claim        Agister's Lien | |
| | Amount requested                     $6,750.00 | |
| | **Agister's lien claim against First Bank & Trust for the care and feeding of the following catter:**<br>**170 hd steers sold on May 16, 2023 for $278,396.05** | $40,458.60 |
| | Nature of claim        Agister's Lien | |
| | Amount requested                    $40,458.60 | |
| | **Claims against 7M Cattle Feeders, Inc., McClain Farms, Inc., McClain Feed Yard, Inc., the Estate of Bryan McClain, deceased, Rabo AgriFinance, LLC, and/or Mechanic's Bank for fraudulent cattle sales/dishonored checks and all other damages related thereto.** | Unknown |
| | Nature of claim        Tort and breach of contract claims | |
| | Amount requested                          $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 5

| Debtor | 2B Farms, a Texas General Partnership | Case number *(If known)* 23-50096 |
|---|---|---|
| | Name | |

78. **Total of Part 11.**   $47,208.60
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **2B Farms, a Texas General Partnership**  Case number *(If known)* **23-50096**
       Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,716.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,664,725.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $1,723,850.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $71,766.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $47,208.60 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,516,266.66  + 91b. | $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92    $9,516,266.66

Addendum #1

## EQUIPMENT LIST

| Year | Make/Model | VIN |
|---|---|---|
| 1997 | John Deere 8400 MFWD Tractor | xxxxxx3244 |
| 1993 | John Deere 4560 2WD Tractor | xxxxxx1732 |
| 1982 | John Deere 4440 2WD Tractor | xxxxxx863R |
| 1978 | John Deere 4440 2WD Tractor | xxxxxx962R |
| 1997 | New Holland 8970 MFWD Tractor | xxxxxx6574 |
| 2010 | John Deere 4730 Self Propelled Sprayer W/Green Star GPS 2630 Screen | xxxxxx9059 xxxxxx7062 |
| 2015 | Kubota SVL 90-2 Skid Steer | xxxxxx6491 |
| 2001 | Caterpillar 928G Rubber Tire Loader | xxxxxx2173 |
| 2016 | Caterpillar 938M Rubber Tire Loader | xxxxxx2508 |
| 2012 | Caterpillar 120M Road Grader | xxxxxx0249 |
| 2012 | Kenworth Day Cab Truck Single Rear Axle | xxxxxx1072 |
|  | EZ Steer GPS Screen Light Bar | xxxxxx0098 xxxxxx5850 |
|  | Trimble GPS CFX Screen & Receiver Mod. 94510-00 | xxxxxx0624 |
| 2010 | John Deere 2410 Chisel Plow 27 Shanks | xxxxxx2070 |
|  | Big Ox 9 Shank V Ripper Plow | xxxxxx2659 |
| 1999 | John Deere 610 Chisel Plow, 15 Shank, 3 Point | xxxxxx7999 |
|  | Great Plains 6330UC-12 Chisel Plow 30 FT | xxxxxx0157 |
|  | Summers Mfg. Coil Packer Mod 106 30 Ft. | xxxxxx0273 |
|  | John Deere 158 Front Loader w/Forks & Bucket | xxxxxx5266 |
|  | KBH 1610 Tank Tow Fertilizer Trailer 5th Wheel Chassis With 1610 Gal. Tank | xxxxxx3722 |
|  | Wilson 12 Ft. Box Scraper | xxxxxx4316 |
|  | John Deere 1418 Shredder 4 row | xxxxxx1695 |
|  | AG Krane Hay King Lift |  |
|  | Shop Made 500 Gal. Diesel Trailer W/12v Pump |  |

| 1973 | Lufkin Float Flatbed Trailer W/3 – 1,600 Gal. Poly Tanks | xxxxxx3988 |
|---|---|---|
|  | Big Tex HD Utility Trailer 20 Ft. | xxxxxx6050 |
|  | E Z Trail Mod. 3400 Gravity Grain Cart on 1074 Chassis 4 Wheel W/Hyd. |  |
| 2004 | Gooseneck Brand Big Haul Livestock Trailer, 1 Axle, 42 Ft. | xxxxxx8973 |
| 2007 | Big Bend 24 Ft. Livestock Trailer 2 Axle | xxxxxx0247 |
| 2007 | C & C Horse Trailer 3 Horse W/Living Quarters | xxxxxx3602 |
| 2014 | John Deere 469 Round Baler Mega Wide Plus 4,191 Bales | xxxxxx0109 |
| 2008 | Massey Ferguson 1372 Swather, Heston Series W/Swivel Hitch | xxxxxx6459 |
|  | Supreme Feed Mixer Model 700, Type C-3A | xxxxxx0101 |
|  | Trioliet Feed Mixer Mod. Solo Mix 2-2800 | xxxxxx6520 |
|  | 3 – Shop Made Cattle Self Feeders |  |
|  | Diesel Storage Tank 6,700 Gal. With Pump |  |
|  | Propane Tank 500 Gal. |  |
|  | 1,500 Bushel Grain Bin |  |
| 2003 | Lindsay Grow Smart Center Pivot Irrigation System – 8 Tower | xxxxxx1204 |