Todd J. Johnston
Timothy T. Pridmore
McWhorter, Cobb & Johnston, LLP
1722 Broadway
Lubbock TX 79401

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| IN RE: | * | |
| 2B Farms, a Texas General Partnership, et al | * | |
| | * | CASE NUMBER 23-50096-rlj12 |
| Debtors | * | |
| | * | DATED: 08/30/2023 |
| | * | |

## DEBTORS' JOINT CHAPTER 12 PLAN OF REORGANIZATION AND MOTION FOR VALUATION

Attached hereto are the following Exhibits which are incorporated herein by reference:

| | |
|---|---|
| Exhibit "A" | PLAN DEFINITIONS |
| Exhibit "B" | DEBTORS METHOD OF PLAN EXECUTION |
| Exhibit "C" | DEBTOR'S TREATMENT OF EXECUTORY CONTRACTS |
| Exhibit "D" | DEBTOR'S STATEMENT OF BASIS FOR VALUATION OF ASSETS |
| Exhibit "E" | DEBTOR'S LIQUIDATION ANALYSIS |
| Exhibit "F" | STATEMENT OF ANTICIPATED TAX CONSEQUENCES OF THE PLAN |
| Exhibit "G" | DEBTOR'S CASHFLOW PROJECTIONS |

### 1(A).  PAYMENTS TO THE TRUSTEE BY THE DEBTOR

The Debtor shall pay to the Chapter 12 Trustee, the following amounts on or before the following dates:

| Year | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| 2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year | January | February | March | April | May | June |
| 2025 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year | January | February | March | April | May | June |
| 2026 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year | January | February | March | April | May | June |
| 2027 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year | January | February | March | April | May | June |
| 2028 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year | January | February | March | April | May | June |
| 2029 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

1(B).  Pursuant to 11 U.S.C. Section 1225(a)(4), debtors must pay the greater of all disposable income or $55,544.83, whichever is greater, such disposable income to be received in the 5 year period beginning 01/15/2024, to be applied to make payments under the plan.  Minimum disposable income is projected in Exhibit G of the Plan.

## 2.  STANDING CHAPTER 12 TRUSTEE'S FEE:

The Trustee shall  be paid in full pursuant to 11 U.S.C. Sec. 503(b), 1226(b)(2), and 28 U.S.C.
Section 586(e)(1)(B).

## 3.  DEBTOR ATTORNEY:

Debtor's attorney is named below and will be paid by the Trustee as follows:

| Attorney | Total Fee | Amount Paid | Unpaid Balance | # Pmts | C D* | Payment Amount | Trustee Fee | 1st Date |
|---|---|---|---|---|---|---|---|---|
| McWhorter, Cobb & Johnson, LLP | 200,000.00 | 29,723.65 | 170,276.35 | 11 | 1 | 15479.67 | 1719.96 | 01/15/2024 |
| | | | 0.00 | | | 0.00 | 0.00 | |
| | | | 0.00 | | | 0.00 | 0.00 | |

## 4.  APPRAISER OR CONSULTANT FEES:

Appraisers or Consultants employed by the Debtor, are listed below, and will be paid by the Trustee as follows:

| Appraiser/ Consultant | Total Fee | Amount Paid | Unpaid Balance | # Pmts | C D* | Payment Amount | Trustee Fee | 1st Date |
|---|---|---|---|---|---|---|---|---|
| NOTICE FEES | | | 0.00 | | | 0.00 | 0.00 | |
| | | | 0.00 | | | 0.00 | 0.00 | |
| | | | 0.00 | | | 0.00 | 0.00 | |
| | | | 0.00 | | | 0.00 | 0.00 | |
| | | | 0.00 | | | 0.00 | 0.00 | |

## 5.  PRIORITY CLAIMS:

The following claims shall be paid by the Trustee, in full, at the rate stated in the following amounts, on the
following date(s)

| Creditor Name | Claim Amount | # Pmts | C D* | Payment Amount | Trustee Fee | 1st Date |
|---|---|---|---|---|---|---|
| Internal Revenue Service | 361500.51 | 5 | 1 | 72300.10 | 8033.34 | 08/26/2024 |
| Internal Revenue Service | 45.11 | 1 | 1 | 45.11 | 5.01 | 01/15/2024 |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |

    To the extent a priority claim not provided for above is allowed by the Court, (or deemed allowed  per
11 USC 502(a) by virtue of having been filed and not objected to) or is for a greater amount than that above
provided, the Trustee will pay such claim or additional amount, in full, during the term of the Plan, unless
otherwise provided by modification hereof.

## 6.  SECURED CLAIMS:

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value:  The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the  dates shown; or Debtor(s) will surrender the collateral for the values shown:

| Creditor Name | HTLF Bank** (see pg. 12, para. 9) | John Deere | John Deere | First Financial Bank |
|---|---|---|---|---|
| Collateral Description | 2B equip. and cattle held on petition date Disputed claim subject to offset. | 2014 JD 8370R Tractor | 2016 Great Plains 3: 4000 Drill | 2020 Ford F-350 Crew Cab |
| Creditor's Claim Amount | 8,136,179.59 | 90,028.33 | 22,177.50 | 71,510.44 |
| * Equity Value: Secured | 1,566,350.00 | 90,028.33 | 22,177.50 | 71,510.44 |
| Deficiency: Unsecured Claim | 6,569,829.59 | 0.00 | 0.00 | 0.00 |
| Amortization Term | | 5 | 5 | 5 |
| Interest Rate | | 6.00% | 6.00% | 6.00% |
| Interest Start Date | | 06/1/2023 | 06/1/2023 | 06/1/2023 |
| Date First Pmt by Trustee | | 01/15/2024 | 01/15/2024 | 01/15/2024 |
| # Payments by Trustee | | 5 | 5 | 5 |
| Payment Code | | 1 | 1 | 1 |
| Equal Amort Code = Y | | N | N | N |
| Days to First Pmt | | 228 | 228 | 228 |
| Adj. Int. days First Pay | | 137 | 137 | 137 |
| Adj Int. Amt. First Pay | | 2027.49 | 499.45 | 1610.45 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | | $21,372.40 | $5,264.86 | $16,976.32 |
| Interest Adjustment | | ($2,027.49) | ($499.45) | ($1,610.45) |
| Trustee Fee | | $2,149.43 | $529.49 | $0.00 |
| Total Pmt + T. Fee | | $21,494.34 | $5,294.90 | $15,365.87 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | | $21,372.40 | $5,264.86 | $16,976.32 |
| Trustee Fee | | $2,374.71 | $584.98 | $0.00 |
| Total Pmt + T. Fee | | $23,747.11 | $5,849.84 | $16,976.32 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor after completion of plan | | 0 | 0 | 0 |
| Payment Amount by Debtor | | $0.00 | $0.00 | $0.00 |
| Date First Pmt by Debtor | | | | |
| Surrender Date | | | | |
| Remarks | | | | |

*  If collateral is subject to senior lien(s), only the value (equity)  in excess of same is shown.

## 6.  SECURED CLAIMS: (Continued)

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value:  The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the  dates shown; or Debtor(s) will surrender the collateral for the values shown:

| | Farm Credit Service | Vermeer Credit Corp | Scurry County Tax Office | |
|---|---|---|---|---|
| **Creditor Name** | | | | |
| **Collateral Description** | 2210 Field Cultivator | Hay Rake | | |
| Creditor's Claim Amount | 25,068.55 | 4,513.00 | 10,895.68 | |
| * Equity Value: Secured | 25,068.55 | 4,513.00 | 10,895.68 | |
| Deficiency: Unsecured Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Term | 5 | 5 | 5 | |
| Interest Rate | 6.00% | 6.00% | 12.00% | |
| Interest Start Date | 06/1/2023 | 06/1/2023 | 06/1/2023 | |
| Date First Pmt by Trustee | 01/15/2024 | 01/15/2024 | 01/15/2024 | |
| # Payments by Trustee | 5 | 5 | 5 | |
| Payment Code | 1 | 1 | 1 | |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 228 | 228 | 228 | 0 |
| Adj. Int. days First Pay | 137 | 137 | 137 | 0 |
| Adj Int. Amt. First Pay | 564.56 | 101.64 | 490.75 | 0.00 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $5,951.18 | $1,071.37 | $3,022.57 | $0.00 |
| Interest Adjustment | ($564.56) | ($101.64) | ($490.75) | $0.00 |
| Trustee Fee | $598.51 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $5,985.13 | $969.73 | $2,531.82 | $0.00 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $5,951.18 | $1,071.37 | $3,022.57 | $0.00 |
| Trustee Fee | $661.24 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $6,612.42 | $1,071.37 | $3,022.57 | $0.00 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor after completion of plan | 0 | 0 | 0 | 0 |
| Payment Amount by Debtor | $0.00 | $0.00 | $0.00 | $0.00 |
| Date First Pmt by Debtor | | | | |
| Surrender Date | | | | |
| Remarks | | | | |

*  If collateral is subject to senior lien(s), only the value (equity)  in excess of same is shown.

### 6.  SECURED CLAIMS: (Continued)

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value:  The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the  dates shown; or Debtor(s) will surrender the collateral for the values shown:

Creditor Name

Collateral Description

| | | | | |
|---|---|---|---|---|
| Creditor's Claim Amount | | | | |
| * Equity Value: Secured | | | | |
| Deficiency: Unsecured Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Term | | | | |
| Interest Rate | | | | |
| Interest Start Date | | | | |
| Date First Pmt by Trustee | | | | |
| # Payments by Trustee | | | | |
| Payment Code | | | | |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 0 | 0 | 0 | 0 |
| Adj. Int. days First Pay | 0 | 0 | 0 | 0 |
| Adj Int. Amt. First Pay | 0.00 | 0.00 | 0.00 | 0.00 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Interest Adjustment | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor | 0 | 0 | 0 | 0 |
| after completion of plan | | | | |
| Payment Amount by Debtor | $0.00 | $0.00 | $0.00 | $0.00 |
| Date First Pmt by Debtor | | | | |
| Surrender Date | | | | |
| Remarks | | | | |

*  If collateral is subject to senior lien(s), only the value (equity)  in excess of same is shown.

6.  SECURED CLAIMS: (Continued)

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value:  The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the  dates shown; or Debtor(s) will surrender the collateral for the values shown:

Creditor Name

Collateral Description

| | | | | |
|---|---|---|---|---|
| Creditor's Claim Amount | | | | |
| * Equity Value: Secured | | | | |
| Deficiency: Unsecured Claim | | 0.00 | 0.00 | 0.00 |
| Amortization Term | | | | |
| Interest Rate | | | | |
| Interest Start Date | | | | |
| Date First Pmt by Trustee | | | | |
| # Payments by Trustee | | | | |
| Payment Code | | | | |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 0 | 0 | 0 | 0 |
| Adj. Int. days First Pay | 0 | 0 | 0 | 0 |
| Adj Int. Amt. First Pay | 0.00 | 0.00 | 0.00 | 0.00 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Interest Adjustment | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor | 0 | 0 | 0 | 0 |
| after completion of plan | | | | |
| Payment Amount by Debtor | $0.00 | $0.00 | $0.00 | $0.00 |
| Date First Pmt by Debtor | | | | |
| Surrender Date | | | | |
| Remarks | | | | |

*  If collateral is subject to senior lien(s), only the value (equity)  in excess of same is shown.

6. SECURED CLAIMS: (Continued)

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value: The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the dates shown; or Debtor(s) will surrender the collateral for the values shown:

Creditor Name

Collateral Description

| | | | | |
|---|---|---|---|---|
| Creditor's Claim Amount | | | | |
| * Equity Value: Secured | | | | |
| Deficiency: Unsecured Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Term | | | | |
| Interest Rate | | | | |
| Interest Start Date | | | | |
| Date First Pmt by Trustee | | | | |
| # Payments by Trustee | | | | |
| Payment Code | | | | |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 0 | 0 | 0 | 0 |
| Adj. Int. days First Pay | 0 | 0 | 0 | 0 |
| Adj Int. Amt. First Pay | 0.00 | 0.00 | 0.00 | 0.00 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Interest Adjustment | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor | 0 | 0 | 0 | 0 |
| after completion of plan | | | | |
| Payment Amount by Debtor | $0.00 | $0.00 | $0.00 | $0.00 |
| Date First Pmt by Debtor | | | | |

Surrender Date
Remarks

* If collateral is subject to senior lien(s), only the value (equity) in excess of same is shown.

## 6.  SECURED CLAIMS: (Continued)

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value:  The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the  dates shown; or Debtor(s) will surrender the collateral for the values shown:

Creditor Name

Collateral Description

| | | | | |
|---|---|---|---|---|
| Creditor's Claim Amount | | | | |
| * Equity Value: Secured | | | | |
| Deficiency: Unsecured Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Term | | | | |
| Interest Rate | | | | |
| Interest Start Date | | | | |
| Date First Pmt by Trustee | | | | |
| # Payments by Trustee | | | | |
| Payment Code | | | | |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 0 | 0 | 0 | 0 |
| Adj. Int. days First Pay | 0 | 0 | 0 | 0 |
| Adj Int. Amt. First Pay | 0.00 | 0.00 | 0.00 | 0.00 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Interest Adjustment | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor | 0 | 0 | 0 | 0 |
| after completion of plan | | | | |
| Payment Amount by Debtor | $0.00 | $0.00 | $0.00 | $0.00 |
| Date First Pmt by Debtor | | | | |

Surrender Date
Remarks

*  If collateral is subject to senior lien(s), only the value (equity)  in excess of same is shown.

## 7. CASH COLLATERAL PAYMENTS:

In accordance with the Cash Collateral Order(s) entered or to be entered in this case, the Trustee shall make the following distributions out of the following described "Cash Collateral Payments", on the stated dates:

Principal:          -    Creditor:
Interest Rate:        0.00%  Amort:      0
Start Interest Date:    0 1st Pmt Date:    0

| Collateral Amount | Interest Amount | Principal Creditor | P & I Creditor | Cash Collateral Balance | Trustee Fee | Refund To Debtor |
|---|---|---|---|---|---|---|
| Year One | | | | | | |
| - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Two | | | | | | |
| - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Three | | | | | | |
| - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Four | | | | | | |
| - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Five | | | | | | |
| - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Principal:                Creditor:
Interest Rate:             Amort:
Start Interest Date:        1st Pmt Date:

| Collateral Amount | Interest Amount | Principal Creditor | P & I Creditor | Cash Collateral Balance | Trustee Fee | Refund To Debtor |
|---|---|---|---|---|---|---|
| Year One | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Two | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Three | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Four | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Five | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## 8.  UNSECURED CLAIMS:

A. <u>Unsecured Claims Classified For Special Treatment:</u>  The Trustee shall pay the following unsecured claims the following amount(s) including interest at the following rate(s), at the following times pursuant to 11 U.S.C. Section1222(11).

| Creditor Name | Reason | Claim Amount | Interest Rate | # Pmts | C D* | Amount Disb. | Trustee Fee | 1st Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | |

B. <u>General Unsecured Deficiency Creditors:</u>  The following claims shall be paid by the Trustee, pro-rata, out of any "Projected Disposable Income" received in paragraph 1(B) of this Plan.

| Deficiency | Creditor | Claim Amount | Percentage |
|---|---|---|---|
| HTLF Bank** | 0 | unknown | 0.0000% |
| John Deere | 0 | 0.00 | 0.0000% |
| John Deere | 0 | 0.00 | 0.0000% |
| First Financial Bank | 0 | 0.00 | 0.0000% |
| Farm Credit Services | 0 | 0.00 | 0.0000% |
| Vermeer Credit Corp | 0 | 0.00 | 0.0000% |
| Scurry County Tax    Office | | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |

C. <u>General Unsecured Creditors:</u>  The following claims shall be paid by the Trustee, pro-rata with the claims in paragraph 8(B), out of any "Projected Disposable Income" received in paragraph 1(B) of this Plan.

| Creditor# | Creditor Name | Claim Amount | Percentage |
|---|---|---|---|
| 1 | AgriSompo North America | 35514.82 | 63.8871% |
| 2 | Internal Revenue Service | 4037.57 | 7.2631% |
| 3 | Internal Revenue Service | 603.06 | 1.0848% |
| 4 | Discover Bank | 1412.81 | 2.5415% |
| 5 | John Deere Financial | 14021.68 | 25.2234% |
| 6 | | | 0.0000% |
| 7 | | | 0.0000% |
| 8 | | | 0.0000% |
| 9 | | | 0.0000% |
| 12 | | | 0.0000% |
| 13 | | | 0.0000% |
| 14 | | | 0.0000% |
| 16 | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| Total | | $55,589.94 | 100.0000% |

9.  OTHER PLAN PROVISIONS:

** HTLF Bank, successor to First Bank & Trust, and Debtors 2B Farms, Terry Robinson and Rebecca Robinson have asserted claims and counterclaims against each other in Adversary No. 23-05002-rlj and Adversary No. 23-05002-rlj, which matters are currently pending before the Bankruptcy Court.  HTLF Bank filed its proofs of claim concerning Debtor 2B Farms on July 12, 2023.  These are identified as Claim Numbers 6, 7 and 9 on the Court's Claims Register in bankruptcy case # 23-50096-rlj12.  HTLF Bank also filed nearly identical proofs of claim concerning Terry M. Robinson and Rebecca A. Robinson, on July 12, 2023.  These are identified as Claim Numbers 6, 7 and 8 on the Court's Claims Register in bankruptcy case # 23-50097-rlj12.  Debtors have objected to all of these proofs of claim and will seek to consolidate their adjudication into the pending adversary proceedings.

In addition, Kent Ries, Chapter 7 Trustee for the McClain Debtors, Rabo AgriFinance, LLC, Thorlakson Diamond T Feeders, LP, and AgTexas Farm Credit Services/Ag Texas PCA have each filed proofs of claim in the Debtors' respective bankruptcy proceedings asserting unknown and/or unliquidated claim amounts.  The Debtors object and dispute the claims of these parties and reserve the right to contest any or all of these parties' claims.  To the extent that the Bankruptcy Court finds, or an agreement is reached between a particular claimant and the Debtors that a claimant has an allowed claim against the Debtors that is approved by the Bankruptcy Court, the Debtors will then seek to modify this Joint Chapter 12 Plan of Reorganization to provide for the treatment of the allowed claim under this Plan in accordance with the provisions of the Bankruptcy Code.

All unsecured creditor claims identified on Page 11, Paragraph C will be paid in full in equal annual installments of $11,108.97 to be divided and paid pro-rata by the Trustee to these creditors to the extent of their claims over the five (5) year plan period at 0.00% interest, unless they are paid sooner through the Debtors' available disposable income.

10.  PARTICIPATION IN FEDERAL FARM PROGRAMS

If the debtor is a party to prepetition, executory contracts with the Commodity Credit Corporation (CCC) or any other agency of the United States Department of Agriculture (USDA) evidencing debtor's participation in Federal Farm Programs, the confirmation of the debtor's plan shall constitute Court approval of and authorization for debtor's assumption of such contract(s).

Confirmation of the debtor's plan shall also constitute Court permission and authorization for the debtor to enroll and participate in Federal Farm Programs administered by the USDA or any agency therof.

Nothing contained in this Order shall impair the policies, procedures, regulations and contract provisions established by the USDA or any of its agencies with regard to the Federal Farm Program benefits including, but not limited to, determining eligibility for program participation and for program benefits and collecting postpetition claims of the United States Government by offset.

All postpetition crops are free and clear of any prepetition liens or security interests unless such prepetition liens or security interests are retained in the confirmed plan. Prepetition liens and security interests which are not retained in the confirmed plan shall be released by the holder(s) of such liens or security interests on request (oral or written) by the debtor.

Debtor may place any of the debtor's postpetition crops in the Federal Price Support Loan Program without further order of this Court and upon compliance with requirements of the Program.  All Federal Farm Program benefits that the FSA has determined to be payable to debtor may be disbursed by FSA in the ordinary course of business in accordance with the program regulations and without further order of this Court.

11. 'PENALTY' UNSECURED CLAIMS: Any unsecured claims for non-pecuniary penalty, expressly including IRS penalty to date of petition on unsecured and/or priority claims shall be paid pro-rata any funds remaining after all other unsecured claims have been paid in full.

12. GRACE PERIOD: The Trustee may, for "good cause" allow the Debtor a grace period of up to forty-five (45) days for any quarterly, semi-annual or annual payment due to the Trustee under the Plan, provided Debtor also pays all applicable accrued interest and Trustee's fee resulting from such late payment.

13. DISCHARGE: Pursuant to Section 1228 of the bankruptcy Code, as amended, the Debtor shall receive a discharge after completion of all payments under the plan.

14. MODIFICATION: Pursuant to Section 1229 of the Bankruptcy Code, as amended, the Debtor shall have the right to modify the plan after confirmation.

15. LIEN RETENTION: Pursuant to Section 1225(a)(5) of the Bankruptcy Code, as amended, secured creditors shall retain their liens.

## MOTION FOR VALUATION

Debtor hereby moves the Court, pursuant to Bankruptcy Rule 3012, to value the collateral described in paragraph 6 above, for purposes of 11 USC 506(a) and for purposes of determination of the amounts to be distributed to holders of secured claims who do not accept this Plan, at the LESSER OF the value set forth in paragraph 6 above, or any value claimed on the proof of claim. Any objection to valuation should be filed at least (5) days prior to confirmation, or be deemed waived.

Respectfully submitted,

/s/ Terry M. Robinson
2B Farms, a Texas General Partnership, et al.


/s/ Terry M. Robinson
Terry M. Robinson

/s/ Rebecca A. Robinson
Rebecca A. Robinson

/s/ Todd J. Johnston
Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
SBN: 24050837
806 762-0214
Attorney Fax
Fax: 806 762-8014
tjohnston@mcjllp.com

V08.05

**EXHIBIT "A"**
**PLAN DEFINITIONS**

ADMINISTRATIVE EXPENSE:  Claims and expenses which are entitled to priority pursuant to
§ 503(b) of the Bankruptcy Code.

CODE or BANKRUPTCY CODE:  Shall mean Title 11 of the United States Code including
provisions of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 and
such portions of Title 18 and 28 as applicable.

CONFIRMATION:  Formal approval of the proposed Plan of Reorganization of the Debtors as
entered by the Bankruptcy Court by an Order confirming the Plan at or after a hearing
held pursuant to § 1224 of the Code.

EFFECTIVE DATE:  Unless specifically otherwise provided herein, effective date shall mean
the date on which debtor(s) Chapter 12 Plan is confirmed.

PAYMENT CODE or CD:  Used herein shall be a numeric indicator of the term of
installments to be made herein as follows:  "1" indicates annual, "2" indicates semi-annual,
"4" indicates quarterly, and "12" indicates monthly.

PLAN:  The Plan of Reorganization in it's present form or as it may be amended or
supplemented by the Debtors or the Court.

RULE or BANKRUPTCY RULE:  Shall mean a rule under the Federal Rules of Bankruptcy
Procedure including rules promulgated under 28 U.S.C. Section 2075.

SECURED CLAIM:  Any claim secured by property of the Debtors pursuant to a duly
perfected security interest.

TAX CLAIM:  Any claim entitled to priority treatment pursuant to § 507(a)(8) of the Code.

UNSECURED CREDITORS:  All creditors of Debtors holding claims for unsecured debts,
liabilities, demands or claims of any nature including deficiency claims.

EXHIBIT "B"
## DEBTORS' METHOD OF PLAN EXECUTION

After the entry of an Order of Confirmation herein, the operation of the farming and ranching operation shall be and become subject to the general responsibility of Terry M. Robinson and Rebecca A. Robinson, general partners of 2B Farms, the Debtors, who shall have the responsibility for the management, control, and operation of the Debtors' farm operations.

A summary of projected annual income and expense is as follows:

**Income**

| | |
|---|---|
| Cattle Sales | 556,200.00 |
| Wheat | 96,000.00 |
| Sorghum | 25,000.00 |
| Other | 45,000.00 |
| Total Income | $ 722,200.00 |

**Expenses**

| | |
|---|---|
| Living Expense | 93,600.00 |
| Farm Operating Expenses | 290,116.47 |
| Total Expenses | $ 383,716.47 |
| **Net before Plan payments** | $ 338,483.53 |
| Estimated Plan Payments (2024) | $ 225,469.76 |
| Estimated Plan Payments (2025) | $ 180,419.67 |
| Estimated Plan Payments (2026) | $ 165,419.67 |

Nothing herein shall prohibit the Debtors from selling, transferring or assigning any of their property, assets or rights in the ordinary course of business, subject to the approval of the Chapter 12 Trustee and subject to whatever liens or security interests of creditors which shall exist in such property, and the Debtors shall have the right to decide upon the adequacy of consideration for any such sale, subject to the approval of the Chapter 12 Trustee.

Debtors will exercise reasonable and proper diligence and good faith in determining the reasonableness and necessity of expenditures the continuation, preservation and operation of

Debtors' farm operation.

Upon confirmation, all property of the estates shall vest in the respective Debtors, subject to whatever liens or security interests have been approved by the Court, created or reaffirmed herein.

Upon confirmation, the secured claims shall be evidenced by appropriate promissory notes, appropriate security agreements and financing statements.

Debtors shall dedicate all of their projected disposable income during the operation of the Plan to make payments under the Plan.

The Debtors shall have the right at any time to prepay all or any part of the aforesaid principal payments, and/or the interest without penalty, premium or prior notice provided that such payment applies to all of a class of claimants pro-rata.

The Debtors shall have a grace period of forty-five (45) days from and after the due date within which to make any payment provided for hereunder and utilization thereof shall not constitute a default under the Plan.

Debtors' completion of all payments under the Plan, other than payments to holders of allowed claims provided for under Sec. 1222(b)(5) or 1222(b)(10) of the United States Bankruptcy Code shall serve as a discharge of all provided for in this Plan to the extent provided for in Sec. 1228 of the Code.

Until the case is closed, the Court shall retain jurisdiction to ensure that the purpose and intent of this Plan is carried out.  The Court shall retain jurisdiction to hear and determine all claims against the Debtors and to enforce all causes of action which may exist on behalf of Debtors.  Nothing herein contained shall prevent the reorganized Debtors from taking such action as may be necessary in the enforcement of any cause of action which may exist on behalf of the Debtors.

## EXHIBIT "C"
## DEBTOR'S TREATMENT OF EXECUTORY CONTRACTS

Debtors assume all executory contracts, including:

Any government programs

Grazing lease arrangements with Denny Family Trust, Robinson Farms, LP,
Stirling Farm, Triple K and Vickey Speed.

**EXHIBIT D**

## DEBTORS' STATEMENT OF BASIS FOR VALUATION OF ASSETS

DEBTORS NAME   :   2B Farms, a Texas General Partnership, et al.   DATE   :   08/30/23
0

ASSET DESCRIPTION:  43.00 acres farmland (200 acres homestead not included)
equipment

| LAND TYPE | ACRES | EST. VALUE | TOTAL VALUE AMOUNT |
|-----------|-------|-----------|--------------------|
| VEHICLES | n/a | $143,276.44 | $143,276.44 |
| CATTLE | n/a | $802,800.00 | $802,800.00 |
| PASTURE | 43 | $2,115.86 | $90,981.98 |
| EQUIPMENT | n/a | $905,332.33 | $905,332.33 |
| OTHER | n/a | $1,670,758.12 | $1,670,758.12 |
| TOTALS | 43 | | $3,613,148.87 |

| LIEN HOLDERS | | LIEN AMOUNT | SECURED AMOUNT | UNSECURED AMOUNT |
|--------------|---|-------------|----------------|------------------|
| John Deere - 2014 JD 8370R | (1) | $90,028.33 | $90,028.33 | $0.00 |
| John Deere - 2016 Great Plains 3S | (2) | 22,177.50 | $22,177.50 | $0.00 |
| First Financial Bank - 2020 Ford  F350 | (3) | 71,510.44 | $71,510.44 | $0.00 |
| Farm Credit Services - 2210 Field Cult | (4) | 25,068.55 | $25,068.55 | $0.00 |
| Vermeer Credit Corp – Hay Rake | (5) | 4,513.00 | $4,513.00 | $0.00 |
| HTLF/FBT* | (6) | unknown | unknown | unknown |
| TOTALS | | $213,297.82 | $213,297.82 | $0.00 |

NOTES TO ANALYSIS
-----------------------------

EXHIBIT "E"

## DEBTORS' LIQUIDATION ANALYSIS

08/30/23

| Allowed Exemption Code | | (1= $50,000  2= $100,000) | | |
|---|---|---|---|---|
| Asset Description | Asset Value | Total Liens | Equity Value Exempt | Non-Exempt |
| **Real Property** | | | | |
| Residence (homestead) | $423,171.19 | $0.00 | $423,171.19 | $0.00 |
| Farm Land 43 acres | $90,981.81 | $0.00 | $0.00 | $90,981.81 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| Total Real Property | $514,153.00 | $0.00 | $423,171.19 | $90,981.81 |
| | | | | |
| **Personal Property** | | | | |
| 2020 Ford F-350 | $71,510.44 | $71,510.44 | $71,510.44 | $0.00 |
| 2210 Field Cultivator | $25,068.55 | $25,068.55 | $0.00 | $0.00 |
| Hay Rake | $4,513.00 | $4,513.00 | $0.00 | $0.00 |
| Household Goods | $5,475.00 | | $5,475.00 | $0.00 |
| Artwork | $100.00 | | $100.00 | $0.00 |
| Firearms | $500.00 | | $0.00 | $500.00 |
| Firearms (exempt) | $700.00 | | $700.00 | $0.00 |
| Clothes | $1,200.00 | | $1,200.00 | $0.00 |
| Jewelry | $1,000.00 | | $1,000.00 | $0.00 |
| Cash | $300.00 | | | $300.00 |
| Money on Deposit | $10,082.97 | | | $10,082.97 |
| Stock & Patron Equities | $446,295.95 | | | $446,295.95 |
| IRA Retirement | $206,750.03 | | $206,750.03 | $0.00 |
| Robinson Family, LP | $1,154,430.00 | | | $1,154,430.00 |
| Robinson Fresh Water Stati | $20,054.00 | | | $20,054.00 |
| Mineral Interests | $30,879.00 | | $30,879.00 | $30,879.00 |
| Canyon Wind | $4,917.00 | | | $4,917.00 |
| Seed | $12,000.00 | | $12,000.00 | $0.00 |
| Money on Deposit - 2B | $8,716.20 | | | $8,716.20 |
| Cattle - 2B*** | $802,800.00 | | | $802,800.00 |
| Equipment - 2B*** | $763,550.00 | | | $763,550.00 |
| 2016 Great Plains Drill - 2B | $22,177.50 | $22,177.50 | | $0.00 |
| 2014 JD 8370R Tractor - 2E | $90,023.28 | $90,023.28 | | $0.00 |
| Herbicide - 2B | $10,000.00 | | | $10,000.00 |
| Hay and Silage - 2B | $2,500.00 | | | $2,500.00 |
| 2021 Chevrolet Tahoe - 2B | $50,000.00 | $50,000.00 | | $0.00 |
| 2015 Ford F-250 - 2B | $20,266.00 | | | $20,266.00 |
| 2008 Ford F-250 - 2B | $1,500.00 | | | $1,500.00 |
| Crop Insurance Check | $63,407.00 | | | $63,407.00 |
| 2022 PBJV Invest. Venture | $37,000.00 | | | $37,000.00 |
| Totals | $3,867,715.92 | $263,292.77 | $329,614.47 | $3,377,198.12  *** |
| Variance for Allowed Exemptions | | | $229,614.47 | |
| Allowed Exemption Amount | | | $100,000.00 | |

*** HTLF claims a lien on all of the Debtors' cattle and equipment, which the Debtors dispute. The Debtors' value this collateral in a combined total amount of $1,566,350.  The combined total amount of all of the Debtors' non-exempt assets shown above does not reflect HTLF's disputed lien claim, which, if applied, would total $1,810,848.12.

EXHIBIT "F"
### DEBTORS' ANTICIPATED TAX CONSEQUENCES OF PLAN

Debtors' plan does not contemplate the sale or abandonment of any capital assets at this time, thus there would be no capital gains taxes resulting from the plan.   Should Debtors sell assets during the term of the Plan, the Debtors would possibly be subject to capital gains taxes attributable to such sales.

Debtors anticipate normal tax filings for the plan years.

## Exhibit "G" - 2024 Cash Flow Projections

| | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Cattle | $250,000.00 | | $275,000.00 | | | | | | $31,200.00 | | | | $556,200.00 |
| wheat grazing | | | | | $96,000.00 | | | | | | | | $96,000.00 |
| Sorghum | | | | | | | | | $25,000.00 | | | | $25,000.00 |
| Sudan Hay | | | | | | | | | | | | | $0.00 |
| Social Security Benefits | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $21,000.00 |
| Mineral Interest | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Insurance Proceeds | | | | | | | | | | | | | $0.00 |
| Gov't Farm Support Programs | | | | | | | | | | | | | $0.00 |
| **Total** | $253,750.00 | $3,750.00 | $278,750.00 | $3,750.00 | $99,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $59,950.00 | $3,750.00 | $3,750.00 | $3,750.00 | $722,200.00 |
| **Expenses** | | | | | | | | | | | | | |
| Fuel | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Feed | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Herbicides | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Fertalizer | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $30,000.00 |
| Electricity/Utilities | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $3,999.96 |
| Repairs | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Crop Insurance | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $9,166.63 |
| Seed | | | | | | | $35,000.00 | | | | | | $35,000.00 |
| Labor | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $28,800.00 |
| Living Expenses | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $93,600.00 |
| Grazing Lease Payments | $84,150.00 | | | | | | | | | | | | $84,150.00 |
| **Total** | $106,266.65 | $22,116.65 | $22,116.65 | $22,116.65 | $22,116.65 | $22,116.65 | $57,116.65 | $22,116.65 | $22,116.65 | $22,116.65 | $22,116.65 | $22,116.65 | $383,716.47 |
| **Net Before Plan Pmts** | $147,483.35 | -$18,366.65 | $256,633.35 | -$18,366.65 | $77,633.35 | -$18,366.65 | -$53,366.65 | -$18,366.65 | $37,833.35 | -$18,366.65 | -$18,366.65 | -$18,366.65 | $338,483.53 |
| **Plan Payments** | | | | | | | | | | | | | |
| McWhorter, Cobb & Johnson | $15,000.00 | | $15,000.00 | | $15,000.00 | | $15,000.00 | | $15,000.00 | | $15,000.00 | | $90,000.00 |
| IRS (priority claim) | $50.12 | | | | | | | $72,300.10 | | | | | $72,350.22 |
| Scurry County Tax Office | $3,022.57 | | | | | | | | | | | | $3,022.57 |
| John Deere (2014 JD Tractor) | $21,372.40 | | | | | | | | | | | | $21,372.40 |
| John Deere (2016 Great Plains Drill) | $5,294.90 | | | | | | | | | | | | $5,294.90 |
| First Financial Bank | $15,365.87 | | | | | | | | | | | | $15,365.87 |
| Farm Credit Services | $5,985.13 | | | | | | | | | | | | $5,985.13 |
| Vermeer Credit Corp | $969.73 | | | | | | | | | | | | $969.73 |
| Unsecured Creditors | $11,108.97 | | | | | | | | | | | | $11,108.97 |
| **Total Plan Payments** | $78,169.69 | $0.00 | $15,000.00 | $0.00 | $15,000.00 | $0.00 | $15,000.00 | $72,300.10 | $15,000.00 | $0.00 | $15,000.00 | $0.00 | $225,469.79 |
| **Net After Plan Payments** | $69,313.66 | -$18,366.65 | $241,633.35 | -$18,366.65 | $62,633.35 | -$18,366.65 | -$68,366.65 | -$90,666.75 | $22,833.35 | -$18,366.65 | -$33,366.65 | -$18,366.65 | $113,013.74 |
| **Ending Cash** | $69,313.66 | $50,947.01 | $292,580.36 | $274,213.71 | $336,847.06 | $318,480.41 | $250,113.76 | $159,447.01 | $182,280.36 | $163,913.71 | $130,547.06 | $112,180.41 | $113,013.74 |

## Exhibit "G" - 2025 Cash Flow Projections

| | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Cattle | $200,000.00 | | $275,000.00 | | | | | | | $40,000.00 | | | $515,000.00 |
| wheat grazing | | | | | | $100,000.00 | | | | | | | $100,000.00 |
| Sorghum | | | | | | | | | | | | | $0.00 |
| Sudan Hay | | | | | | | | | | $30,000.00 | | | $30,000.00 |
| Social Security Benefits | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $21,000.00 |
| Mineral Interest | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Insurance Proceeds | | | | | | | | | | | | | $0.00 |
| Gov't Farm Support Programs | | | | | | | | | | | | | $0.00 |
| **Total** | $203,750.00 | $3,750.00 | $278,750.00 | $3,750.00 | $3,750.00 | $103,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $73,750.00 | $3,750.00 | $3,750.00 | $690,000.00 |
| **Expenses** | | | | | | | | | | | | | |
| Fuel | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Feed | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $15,000.00 |
| Herbicides | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Fertilizer | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $30,000.00 |
| Electricity/Utilities | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $3,999.96 |
| Repairs | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Crop Insurance | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $9,166.63 |
| Seed | | | | $15,000.00 | | | $21,000.00 | | | | | | $36,000.00 |
| Labor | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $28,800.00 |
| Living Expenses | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $93,600.00 |
| Grazing Lease Payments | $84,150.00 | | | | | | | | | | | | $84,150.00 |
| **Total** | $105,516.65 | $21,366.65 | $21,366.65 | $36,366.65 | $21,366.65 | $21,366.65 | $42,366.65 | $21,366.65 | $21,366.65 | $21,366.65 | $21,366.65 | $21,366.65 | $375,716.47 |
| **Net Before Plan Pmts** | $98,233.35 | -$17,616.65 | $257,383.35 | -$32,616.65 | -$17,616.65 | $82,383.35 | -$38,616.65 | -$17,616.65 | -$17,616.65 | $52,383.35 | -$17,616.65 | -$17,616.65 | $314,283.53 |
| **Plan Payments** | | | | | | | | | | | | | |
| McWhorter, Cobb & Johnson | $15,000.00 | | | | $15,000.00 | | | | $15,000.00 | | | | $45,000.00 |
| IRS (priority claim) | | | | | | | | $72,300.10 | | | | | $72,300.10 |
| Scurry County Tax Office | $3,022.57 | | | | | | | | | | | | $3,022.57 |
| John Deere (2014 JD Tractor) | $21,372.40 | | | | | | | | | | | | $21,372.40 |
| John Deere (2016 Great Plains Drill) | $5,294.90 | | | | | | | | | | | | $5,294.90 |
| First Financial Bank | $15,365.87 | | | | | | | | | | | | $15,365.87 |
| Farm Credit Services | $5,985.13 | | | | | | | | | | | | $5,985.13 |
| Vermeer Credit Corp | $969.73 | | | | | | | | | | | | $969.73 |
| Unsecured Creditors | $11,108.97 | | | | | | | | | | | | $11,108.97 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| **Total Plan Payments** | $78,119.57 | $0.00 | $0.00 | $0.00 | $15,000.00 | $0.00 | $0.00 | $72,300.10 | $15,000.00 | $0.00 | $0.00 | $0.00 | $180,419.67 |
| **Net After Plan Payments** | $20,113.78 | -$17,616.65 | $257,383.35 | -$32,616.65 | -$32,616.65 | $82,383.35 | -$38,616.65 | -$89,916.75 | -$32,616.65 | $52,383.35 | -$17,616.65 | -$17,616.65 | $133,863.86 |
| **Ending Cash** | $20,113.78 | $2,497.13 | $259,880.48 | $227,263.83 | $194,647.18 | $277,030.53 | $238,413.88 | $148,497.13 | $115,880.48 | $168,263.83 | $150,647.18 | $133,030.53 | $133,863.86 |

## Exhibit "G" - 2026 Cash Flow Projections

| | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Cattle | $200,000.00 | | $275,000.00 | | | | | | | $40,000.00 | | | $515,000.00 |
| wheat grazing | | | | | | $100,000.00 | | | | | | | $100,000.00 |
| Sorghum | | | | | | | | | | | | | $0.00 |
| Sudan Hay | | | | | | | | | | $30,000.00 | | | $30,000.00 |
| Social Security Benefits | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $21,000.00 |
| Mineral Interest | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Insurance Proceeds | | | | | | | | | | | | | $0.00 |
| Gov't Farm Support Programs | | | | | | | | | | | | | $0.00 |
| **Total** | $203,750.00 | $3,750.00 | $278,750.00 | $3,750.00 | $3,750.00 | $103,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $73,750.00 | $3,750.00 | $3,750.00 | $690,000.00 |
| **Expenses** | | | | | | | | | | | | | |
| Fuel | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Feed | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $15,000.00 |
| Herbicides | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Fertilizer | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $30,000.00 |
| Electricity/Utilities | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $3,999.96 |
| Repairs | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Crop Insurance | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $9,166.63 |
| Seed | | | | $15,000.00 | | | $21,000.00 | | | | | | $36,000.00 |
| Labor | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $28,800.00 |
| Living Expenses | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $93,600.00 |
| Grazing Lease Payments | $84,150.00 | | | | | | | | | | | | $84,150.00 |
| **Total** | $105,516.65 | $21,366.65 | $21,366.65 | $36,366.65 | $21,366.65 | $21,366.65 | $42,366.65 | $21,366.65 | $21,366.65 | $21,366.65 | $21,366.65 | $21,366.65 | $375,716.47 |
| **Net Before Plan Pmts** | $98,233.35 | -$17,616.65 | $257,383.35 | -$32,616.65 | -$17,616.65 | $82,383.35 | -$38,616.65 | -$17,616.65 | -$17,616.65 | $52,383.35 | -$17,616.65 | -$17,616.65 | $314,283.53 |
| **Plan Payments** | | | | | | | | | | | | | |
| McWhorter, Cobb & Johnson | | $15,000.00 | | | | $15,000.00 | | | | | | | $30,000.00 |
| IRS (priority claim) | | | | | | | | $72,300.10 | | | | | $72,300.10 |
| Scurry County Tax Office | $3,022.57 | | | | | | | | | | | | $3,022.57 |
| John Deere (2014 JD Tractor) | $21,372.40 | | | | | | | | | | | | $21,372.40 |
| John Deere (2016 Great Plains Drill) | $5,294.90 | | | | | | | | | | | | $5,294.90 |
| First Financial Bank | $15,365.87 | | | | | | | | | | | | $15,365.87 |
| Farm Credit Services | $5,985.13 | | | | | | | | | | | | $5,985.13 |
| Vermeer Credit Corp | $969.73 | | | | | | | | | | | | $969.73 |
| Unsecured Creditors | $11,108.97 | | | | | | | | | | | | $11,108.97 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| **Total Plan Payments** | $63,119.57 | $15,000.00 | $0.00 | $0.00 | $0.00 | $15,000.00 | $0.00 | $72,300.10 | $0.00 | $0.00 | $0.00 | $0.00 | $165,419.67 |
| **Net After Plan Payments** | $35,113.78 | -$32,616.65 | $257,383.35 | -$32,616.65 | -$17,616.65 | $67,383.35 | -$38,616.65 | -$89,916.75 | -$17,616.65 | $52,383.35 | -$17,616.65 | -$17,616.65 | $148,863.86 |
| **Ending Cash** | $35,113.78 | $2,497.13 | $259,880.48 | $227,263.83 | $209,647.18 | $277,030.53 | $238,413.88 | $148,497.13 | $130,880.48 | $183,263.83 | $165,647.18 | $148,030.53 | $148,030.53 |