CHAPTER 12 CASE PAGE 1 OF 5
MONTHLY PROFIT AND LOSS REPORT MONTH OF: _Sept_____, 2023
NAME OF DEBTOR: _Terry and Rebecca Robinson_
CASE NO.: _23-50097 - 1/j 12_

## MONTHLY RECEIPTS AND DISBURSEMENTS

1. CASH RECEIVED DURING MONTH

| RECEIPT ITEM | QUANTITY SOLD (BALES,BUSHELS,LBS,HEAD) | CROP YEAR | AMOUNT |
|---|---|---|---|
| A. CROPS SOLD | | | |
|    1. COTTON | | | $ |
|    2. WHEAT | | | $ |
|    3. GRAINS | | | $ |
|    4. CORN | | | $ |
|    5. SUGAR BEETS | | | $ |
|    6. OTHER | | | $ |
| B. PASTURE RENTAL | | | $ |
| C. AGRICULTURAL PROGRAM PAYMENTS | | | $ |
| D. CCC LOANS | | | $ |
| E. SALES OF LIVESTOCK BOUGHT FOR RESALE | | | $ |
| F. SALES OF BREEDING HERD | | | $ |
| G. MACHINE WORK | | | $ |
| H. CROP INSURANCE PROCEEDS | | | $ |
| I. DISTRIBUTIONS FROM CO-OP (1) Patronage Dividends | | | $ |
|    (2) Stock Retirement | | | $ |
| J. OTHER FARM INCOME | | | $ |
| K. WAGES EARNED FROM OUTSIDE WORK | | | $ |
| L. REIMBURSEMENT OF EXPENSE | | | $ |
| M. RENTS AND ROYALTIES | | | $1793.26 |
| N. INTEREST AND DIVIDENDS | | | $ |
| O. SOCIAL SECURITY BENEFITS | | | $1477.00 |
| P. BUSINESS INCOME (SCHEDULE C and E) | | | $ |
| Q. OTHER RECEIPTS | | | $ |
| R. TOTAL RECEIPTS  (SUM OF A THRU Q) | | | $3270.26 |
| S. TRANSFERS | | | $2552.38 |
| T. NEW LOAN RECEIVED THIS MONTH | | | $ |
| U. CASH COLLATERAL RECEIPTS/REFUND OF CASH COLLATERAL | | | $ |

Revised 1/1/2015

**CHAPTER 12 CASE**                                              PAGE 2 OF 5

MONTHLY PROFIT AND LOSS REPORT      MONTH OF: Sept, 2023
NAME OF DEBTOR: Terry and Rebecca Robinson
CASE NO.: 23-50097-rlj12

2. EXPENSES PAID

| | | |
|---|---|---|
| A. TOTAL FROM PAGE 3 FOR HOUSEHOLD/LIVING EXPENSE | | $2959.85 |
| FARM OPERATING EXPENSES PAID (ITEMIZE) | | |
| B. COST OF LIVESTOCK SOLD FROM PAGE 4 | $ | |
| C. COST OF BREEDING HERD SOLD FROM PAGE 4 | $ | |
| D. CHEMICALS | $ | |
| E. CUSTOM HIRE (MACHINE WORK) | $ | |
| F. FEED PURCHASED | $ | |
| G. FERTILIZER AND LIME | $ | |
| H. GASOLINE, FUEL, OIL | $285.51 | |
| I. INSURANCE | $ | |
| J. INTEREST | $ | |
| K. LABOR | $ | |
| L. RENT OF FARM, PASTURE | $ | |
| M. REPAIRS, MAINTENANCE | $ | |
| N. SEEDS, PLANTS PURCHASED | $ | |
| O. STORAGE, WAREHOUSING, FREIGHT, TRUCKING | $ | |
| P. TAXES | $ | |
| Q. UTILITIES | $ | |
| R. OTHER EXPENSES (LIST) | $ | |
| 1. _____ $ | | |
| 2. _____ $ | | |
| S. TOTAL FARM EXPENSES (SUM OF B THRU R) | | $285.51 |
| T. PLAN PAYMENTS MADE TO CHAPTER 12 TRUSTEE | $ | |
| U. OTHER PAYMENTS MADE TO SECURED CREDITORS | $ | |
| V. OTHER BUSINESS EXPENSES (SCHEDULE C AND E) | $ | |
| W. TOTAL EXPENSES PAID DURING MONTH (SUM of A+S+T+U+V) | | $3245.36 |
| X. PROFIT (OR LOSS) FOR MONTH (LINE R, PAGE 1 LESS LINE W, PAGE 2) | | $ |
| Y. TRANSFERS | | $2552.38 |
| Z. LOANS REPAID | $ | |
| AA. CASH COLLATERAL PRINCIPAL REPAYMENT | $ | |

Revised 1/1/2015

CHAPTER 12 CASE                                                          PAGE 3 OF 5

MONTHLY PROFIT AND LOSS REPORT           MONTH OF: Sept ,2023
NAME OF DEBTOR: Terry and Rebecca Robinson
CASE NO.: 23-50097-rji2

HOUSEHOLD AND LIVING EXPENSE

- A. HOME MORTGAGE                                $_____
- B. ROUTINE HOME MAINTENANCE                     $_____
- C. RENT                                         $_____
- D. TOTAL UTLITIES    (SUM OF 1 THRU 5)          $698.08
    1. ELECTRIC        $421.40
    2. WATER           $_____
    3. TELEPHONE       $276.68
    4. GAS             $_____
    5. OTHER           $_____
- E. FOOD                                         $270.80
- F. CLOTHING                                     $203.35
- G. LAUNDRY AND CLEANING                         $_____
- H. MEDICAL                                      $711.21
- I. TOTAL INSURANCE NOT DEDUCTED FROM WAGES      $896.11
    (SUM OF 1 THRU 5)
    1. AUTO            $_____
    2. LIFE            $_____
    3. MEDICAL         $896.11
    4. HOMEOWNERS      $_____
    5. OTHER           $_____
- J. TRANSPORTATION NOT INCLUDING AUTO PAYMENTS   $_____
- K. RECREATION AND EATING OUT                    $33.26
- L. DUES NOT DEDUCTED FROM WAGES                 $_____
- M. TAXES NOT DEDUCTED FROM WAGES OR
    INCLUDED IN MORTAGE PAYMENTS.                 $_____
- N. ALIMONY, MAINTENANCE OR SUPPORT PAYMENTS     $_____
- O. RELIGIOUS OR OTHER CHARITABLE CONTRIBUTIONS  $_____
- P. TOTAL OTHER EXPENSES ( SUM OF 1 THRU 5)      $_____
    1. Supplies           $13.72
    2. Subscriptions      $319.70
    3. Bank fees          $35.00
    4. _____         $_____
- Q. TOTAL INSTALLMENT PAYMENTS (SUM OF 1 THRU 5) $_____
    1. AUTO               $_____
    2. HOME IMPROVEMENT   $_____
    3. _____         $_____
    4. _____         $_____

TOTAL HOUSEHOLD AND LIVING EXPENSE               $ 2959.85
                                                 ================
                                                 ENTER ON LINE
                                                 LINE 2 A, PAGE 2

Revised 1/1/2015

CHAPTER 12 CASE                                          PAGE 4 OF 5

**MONTHLY PROFIT AND LOSS REPORT**          MONTH OF:  Sept.          , 2023

NAME OF DEBTOR: Terry and Rebecca Robinson
CASE NO.: 23-50097-11;12

PURCHASE AND SALE OF LIVESTOCK HELD FOR RESALE

MONTHLY PURCHASES | MONTHLY SALES

| | DATE PURCHASED | NUMBER | COST | DATE PURCHASED | DATE SOLD | NUMBER | COST |
|---|---|---|---|---|---|---|---|
| COWS | | | $ | | | | $ |
| | | | $ | | | | $ |
| | | | $ | | | | $ |
| | | | $ | | | | $ |
| TOTAL | | | $ | | | | $ |

ENTER ON LINE 2 B
PAGE 2

| | DATE PURCHASED | NUMBER | COST | DATE PURCHASED | DATE SOLD | NUMBER | COST |
|---|---|---|---|---|---|---|---|
| CALVES | | | $ | | | | $ |
| | | | $ | | | | $ |
| | | | $ | | | | $ |
| | | | $ | | | | $ |
| TOTAL | | | $ | | | | $ |

ENTER ON LINE 2 B
PAGE 2

| | DATE PURCHASED | NUMBER | COST | DATE PURCHASED | DATE SOLD | NUMBER | COST |
|---|---|---|---|---|---|---|---|
| STEERS | | | $ | | | | $ |
| | | | $ | | | | $ |
| | | | $ | | | | $ |
| | | | $ | | | | $ |
| TOTAL | | | $ | | | | $ |

ENTER ON LINE 2 B
PAGE 2

SALE OF BREEDING HERD

COST OR OTHER BASIS    $ 0

DEPRECIATION           $

ADJUSTED BASIS         $ 0

ENTER ON LINE
2 C, PAGE 2

Revised 1/1/2015

CHAPTER 12 CASE    PAGE 5 OF 5

**MONTHLY PROFIT AND LOSS REPORT**    MONTH OF: Sept, 2023

NAME OF DEBTOR: Terry & Rebecca Robinson
CASE NO.: 23-50097-swe12

3. **CASH RECONCILIATION:**

| | |
|---|---|
| BANK BALANCE AT BEGINNING OF MONTH (ALL ACCOUNTS) | $5525.52 |
| INCOME (OR LOSS) DURING MONTH (X PG.2) | $3270.26 |
| ADD LOANS, TRANSFERS, AND CASH COLLATERAL (S,T,& U PG.1) | $3245.86 |
| SUBTRACT LOAN REPAYMENTS, TRANSFERS, AND CASH COLLATERAL PRINCIPAL (Y,Z, AND AA, PG. 2) | $138.50 |
| CASH AND BANK ACCOUNT BALANCE AT END OF MONTH (TOTAL ENDING BALANCE OF ALL ACCOUNTS) | $4811.92 |

4. **EXPENSES CHARGED BUT NOT PAID DURING THE LAST MONTH OF PLAN YEAR**

EXPENSE (ITEMIZE)    AMOUNT

TOTAL EXPENSES CHARGED

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

10/17/2023
DATE

_Terry Robinson_
DEBTOR/OFFICER OF DEBTOR

Revised 3/1/2015

# West Texas State Bank
*The Friendly West Texas Bank*

PO Box 1396 Snyder, TX 79550
325-573-5441
www.wtsb.com

BO & BECKY ROBINSON CHAPTER 12
DEBTOR IN POSSESSION CASE 2350097RLJ12
9397 COUNTY ROAD 3114
SNYDER  TX 79549-1379

39 — 30

PAGE 1
ACCOUNT STATEMENT

Member FDIC

STATEMENT PERIOD
08/31/2023 TO 09/29/2023

## CHECKING SUMMARY — ████8905

| | |
|---|---:|
| FREEDOM CHKG | |
| CHECKING BALANCE LAST STATEMENT | 3,591.67 |
| 2  DEPOSITS | 1,477.00 |
| 2  OTHER CREDITS | 2,844.64 |
| 2  CHECKS | 152.76 |
| 35 OTHER DEBITS | 3,066.36 |
| CHECKING BALANCE THIS STATEMENT | 4,694.19 |

## FEE SUMMARY

TOTAL FEES IMPOSED    .00

### SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---:|---:|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

## ACCOUNT CREDIT TRANSACTIONS

| DATE | AMOUNT | DESCRIPTION | | |
|---|---:|---|---|---|
| 09/12 | 738.50 | DEPOSIT | | |
| 09/15 | 1,793.26 | KINDER MORGAN | AP PAYMENT | ██████ |
| 09/28 | 738.50 | DEPOSIT | | |
| 09/28 | 1,051.38 | ONLINE XFR FRM CHK -- | XXXXXX305 REBECCA (BECKY) ROBINSO | |

## OTHER DEBIT TRANSACTIONS

| DATE | AMOUNT | DESCRIPTION | | |
|---|---:|---|---|---|
| 09/05 | 5.70 | POS:09/04 08:29 | WALMART.COM | BENTONVILLE AR |
| 09/05 | 28.60 | POS-09/01 22:15 | VALLEY VET SUPPLY | 800-468-0059 KS |
| 09/05 | 33.26 | POS-09/01 13:59 | HOMETOWN TIX | HTTPSWWW.HOMEOH |
| 09/05 | 37.94 | POS-09/01 11:52 | SP MARYLAND CHINA CO | HTTPSWWW.MARYMD |
| 09/05 | 54.12 | POS-09/01 14:35 | BOOTBARN.COM | 888-440-2668 CA |
| 09/05 | 54.12 | POS-09/01 14:35 | BOOTBARN.COM | 888-440-2668 CA |
| 09/05 | 78.63 | POS:09/04 09:17 | WALMART.COM | BENTONVILLE AR |
| 09/05 | 80.31 | POS-09/01 13:21 | SHOPSTREETSIDE 1666 | WWW.UNITEDSUPTX |
| 09/06 | 28.81 | POS-09/05 12:47 | AMZN MKTP US TL4IP82U2 | AMZN.COM BILLWA |

# West Texas State Bank
*The Friendly West Texas Bank*
PO Box 1396 Snyder, TX 79550
325-573-5441
www.wtsb.com

BO & BECKY ROBINSON CHAPTER 12
DEBTOR IN POSSESSION CASE 2350097RLJ12
9397 COUNTY ROAD 3114
SNYDER TX 79549-1379

PAGE 2
ACCOUNT STATEMENT

Member FDIC

STATEMENT PERIOD
08/31/2023 TO 09/29/2023

```
DATE.....AMOUNT....DESCRIPTION
09/06      216.39 AETNA H & L       INS PYMT                            0022661823
09/06      217.12 AETNA H & L       INS PYMT                            0022661822
09/08       12.00 POS-09/07 23:36   MCW299-QUAKER        LUBBOCK       TX
09/08       94.06 POS:09/07 16:57   DOCS  184            LUBBOCK       TX
09/11      133.86 POS:09/09 18:01   WALMART.COM          BENTONVILLE   AR
09/12        6.92 POS:09/12 11:34   WALMART.COM          BENTONVILLE   AR
09/12       24.30 InstaMed          SILVERSCRI                          0026095771
09/12       77.10 InstaMed          SILVERSCRI                          0025900454
09/13       21.15 POS-09/12 20:31   AMZN MKTP US TR2JL8752 AMZN.COM BILLWA
09/14       16.77 POS-09/14 08:47   NETFLIX COM          LOS GATOS     CA
09/14       54.33 POS-09/13 13:35   AMAZON.COM TR9N85IJ0 AMZN.COM BILLWA
09/15      156.75 POS-09/15 03:41   CVS PHARMACY 06969   SNYDER        TX
09/18       51.67 POS-09/15 17:56   WWW COSTCO COM       800-955-2292  WA
09/19       77.71 POS-09/18 12:56   SHOPSTREETSIDE 1666  WWW.UNITEDSUPTX
09/19      421.40 CK #  1017 Big Country Elec   CHECK PMTS            4686277901
09/20       62.74 POS-09/19 09:59   WRANGLER             888-7848571   NC
09/20      276.68 VERIZON WIRELESS  PAYMENTS                           0028210495
09/21         .99 POS:09/21 05:37   APPLE COM BILL       CUPERTINO     CA
09/21      361.20 CK #  1021 CMS MEDICARE       PAYMENT                6019884864
09/25        9.99 POS-09/23 22:10   APPLE.COM BILL       866-712-7753 CA
09/25       63.56 POS-09/22 13:38   ALLSUPS 102180 3200 L SNYDER       TX
09/25       79.60 POS-09/24 13:09   SHOPSTREETSIDE 1666  WWW.UNITEDSUPTX
09/25       86.49 POS-09/23 19:44   STORMY SHIELDS       STORMYBROOKEDTX
09/26       34.44 POS-09/26 13:00   AMAZON.COM T195Z6ZO1 SEATTLE       WA
09/26       54.46 POS-09/26 11:00   NWS DRUG EMPORIUM 002 LUBBOCK      TX
09/28       53.19 POS-09/28 04:57   AMZN MKTP US T15G971K1 AMZN.COM BILLWA
```

------------------------------- C H E C K S -------------------------------

```
DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
09/13           1018         128.76   09/13           1019          24.00
```

----------------- D A I L Y   B A L A N C E   I N F O R M A T I O N -----------------

```
DATE.......BALANCE      DATE.......BALANCE      DATE.......BALANCE
09/05      3,218.99     09/13      2,973.02     09/20      3,648.23
09/06      2,756.67     09/14      2,901.92     09/21      3,286.04
09/08      2,650.61     09/15      4,538.43     09/25      3,046.40
09/11      2,516.75     09/18      4,486.76     09/26      2,957.50
09/12      3,146.93     09/19      3,987.65     09/28      4,694.19
```



**West Texas State Bank**
*The Friendly West Texas Bank*
PO Box 1396 Snyder, TX 79550
325-573-5441
www.wtsb.com

BO & BECKY ROBINSON CHAPTER 12
DEBTOR IN POSSESSION CASE 2350097RLJ12
9397 COUNTY ROAD 3114
SNYDER TX 79549-1379

PAGE 3
ACCOUNT STATEMENT



STATEMENT PERIOD
08/31/2023 TO 09/29/2023

Please review our Privacy Notice under the Contact tab at www.wtsb.com. Contact us at 325-573-5441 if you would like to receive a paper copy of the notice.

Due to the inflation increase effective 07-01-20, REG CC now provides for $225 next day availability versus $200



**West Texas State Bank**
*The Friendly West Texas Bank*
PO Box 1396  Snyder, TX 79550
325-573-5441
www.wtsb.com

BECKY ROBINSON
9397 CR 3114
SNYDER  TX 79549-1379

```
                                       0  -  15             PAGE   1
                                                          ACCOUNT STATEMENT

                                                            STATEMENT PERIOD
                                                          08/15/2023 TO 09/15/2023


------------------------- C H E C K I N G   S U M M A R Y -------------------------
            FREEDOM CHKG                    -       0305
     CHECKING BALANCE LAST STATEMENT.......            1,051.38
                         DEPOSITS............                .00
                         OTHER CREDITS........               .00
                         CHECKS...............               .00
                         OTHER DEBITS.........               .00
     CHECKING BALANCE THIS STATEMENT.......            1,051.38
--------------------------------- F E E   S U M M A R Y ---------------------------
                              TOTAL FEES IMPOSED            .00
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES --------------------

         |                        |  TOTAL FOR  |     TOTAL    |
         |                        | THIS PERIOD | YEAR-TO-DATE |

         |TOTAL OVERDRAFT FEES    |     $0.00   |     $0.00    |

         |TOTAL RETURNED ITEM FEES|     $0.00   |     $0.00    |
```

Please review our Privacy Notice under the Contact tab at
www.wtsb.com.  Contact us at 325-573-5441 if you would
like to receive a paper copy of the notice.

Due to the inflation increase effective 07-01-20, REG CC
now provides for $225 next day availability versus $200

| CHECKS OUTSTANDING | |
|---|---|
| NO. | AMOUNT |
| | |

THIS IS PROVIDED TO HELP YOU BALANCE
YOUR BANK STATEMENT.

BANK BALANCE
SHOWN ON THIS STATEMENT $ _____

ADD + (IF ANY)
DEPOSITS NOT SHOWN _____
ON THIS STATEMENT

TOTAL _____

SUBTRACT (IF ANY)
CHECKS OUTSTANDING _____

BALANCE $ _____
SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

TOTAL

THIS IS PROVIDED TO HELP YOU BALANCE
YOUR CHECKBOOK.

CHECKBOOK BALANCE
ACTIVITY CHARGE $ _____

SUBTRACT – (IF ANY)
AT STATEMENT DATE _____

SUB-TOTAL _____

SUBTRACT – (IF ANY)
OTHER BANK CHARGES _____

BALANCE $ _____
SHOULD AGREE WITH YOUR STATEMENT BALANCE

### Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers, Call or Write us at the telephone number or address listed in this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.
We will determine whether an error occurred within 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made, if you are a new customer.
We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

**PLEASE EXAMINE AT ONCE**, if no error is reported within ten days, the account will be considered correct. **PLEASE NOTIFY BANK IN WRITING OF CHANGE OF ADDRESS.**

| | | | | |
|---|---|---|---|---|
| AA = AUTOMATIC ADVANCE | CK = CHECK | CL = LATE CHARGE CREDIT | CM = CREDIT MEMO | DM = DEBIT MEMO |
| DP = DEPOSIT | IC = INTEREST CREDIT | LC = LATE CHARGE | OD = OVERDRAFT | PC = PRINCIPAL CREDIT |
| PD = PRINCIPAL DEBIT | RT = RETURNED ITEM | SC = SERVICE CHARGE | WD = WITHDRAWAL | WH = WITHHOLDING |

### TERMS GOVERNING ACCOUNTS

Deposit in or presentment to the Bank of any item for a customer's account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment.

All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code – Bank Deposits & Collection (of Texas), as from time to time amended, or as varied by agreements permitted by that statute, including those hereinafter set out.

Receipt from others of items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless and until it shall have issued a receipt therefor.

The account shall at all times be subject to service and maintenance charges according to the practice of the Bank prevailing at the time.

When the Bank deems such action proper, the Bank may require that the account be closed.

The provisions hereof shall control, in event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing in its statement Terms Governing Accounts, incorporating the change. The new Terms Governing Accounts will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.



**Statement Ending 09/17/2023**

Page 1 of 4

700 Locust Street, Suite 600 | Dubuque, IA 52001

**ADDRESS SERVICE REQUESTED**

REBECCA ANN ROBINSON
9397 COUNTY ROAD 3114
SNYDER TX 79549-1379

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | | First Bank & Trust a division of HTLF Bank |
| 👤 | Customer Care Center: | 877.280.1864 |
| 💻 | Website: | FirstBankTexas.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| FREE CHECKING W/ ESTATEMENT | XXXXXX8122 | $0.00 |

## FREE CHECKING W/ ESTATEMENT-XXXXXX8122

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/16/2023 | Beginning Balance | $4.99 |
| | 2 Credit(s) This Period | $1,790.01 |
| | 3 Debit(s) This Period | $1,795.00 |
| 09/17/2023 | Ending Balance | $0.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 09/12/2023 | DEPOSIT | $128.76 |

1 item(s) totaling $128.76

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 08/17/2023 | KINDER MORGAN AP PAYMENT REBECCA ANN ROBINSON CO2A-100084077 | $1,661.25  |

1 item(s) totaling $1,661.25

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/11/2023 | DDA PUR SAMS CLUB SAMS CLUB RENEWAL ABILENE TX #8082 | $110.00 |
| 09/11/2023 | OVERDRAFT FEE NONSUFFICIENT FUNDS | $35.00 |

2 item(s) totaling $145.00

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 1004 | 08/21/2023 | $1,650.00 |

* Indicates skipped check number

1 item(s) totaling $1,650.00

877.280.1864 | FirstBankTexas.com        HTLF BANK IS AN 🏠 EQUAL HOUSING LENDER | MEMBER FDIC



**First Bank & Trust**
TEXAS
a division of HTLF Bank
700 Locust Street, Suite 600 | Dubuque, IA 52001

**ADDRESS SERVICE REQUESTED**

REBECCA ANN ROBINSON
9397 COUNTY ROAD 3114
SNYDER TX 79549-1379

**Statement Ending 09/17/2023**

Page 1 of 4

### Managing Your Accounts



| | First Bank & Trust |
| --- | --- |
| | a division of HTLF Bank |
| Customer Care Center: | 877.280.1864 |
| Website: | FirstBankTexas.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
| --- | --- | --- |
| FREE CHECKING W/ ESTATEMENT | XXXXXX8122 | $0.00 |

## FREE CHECKING W/ ESTATEMENT-XXXXXX8122

**Account Summary**

| Date | Description | Amount |
| --- | --- | --- |
| 08/16/2023 | Beginning Balance | $4.99 |
| | 2 Credit(s) This Period | $1,790.01 |
| | 3 Debit(s) This Period | $1,795.00 |
| 09/17/2023 | Ending Balance | $0.00 |

**Deposits**

| Date | Description | Amount |
| --- | --- | --- |
| 09/12/2023 | DEPOSIT | $128.76 |

1 item(s) totaling $128.76

**Other Credits**

| Date | Description | Amount |
| --- | --- | --- |
| 08/17/2023 | KINDER MORGAN AP PAYMENT REBECCA ANN ROBINSON CO2A-100084077 | $1,661.25 |

1 item(s) totaling $1,661.25

**Other Debits**

| Date | Description | Amount |
| --- | --- | --- |
| 09/11/2023 | DDA PUR SAMS CLUB SAMS CLUB RENEWAL ABILENE TX #8082 | $110.00 |
| 09/11/2023 | OVERDRAFT FEE NONSUFFICIENT FUNDS | $35.00 |

2 item(s) totaling $145.00

**Checks Cleared**

| Check Nbr | Date | Amount |
| --- | --- | --- |
| 1004 | 08/21/2023 | $1,650.00 |

* Indicates skipped check number

1 item(s) totaling $1,650.00

877.280.1864 | FirstBankTexas.com      HTLF BANK IS AN EQUAL HOUSING LENDER | MEMBER FDIC

Statement Ending 09/17/2023

Page 3 of 4

## FREE CHECKING W/ ESTATEMENT-XXXXXX8122 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/15/2023 | $4.99 | 08/21/2023 | $16.24 | 09/12/2023 | $0.00 |
| 08/17/2023 | $1,666.24 | 09/11/2023 | -$126.76 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $105.00 |

Statement Ending 09/17/2023 — Page 3 of 4

## FREE CHECKING W/ ESTATEMENT-XXXXXX8122 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/15/2023 | $4.99 | 08/21/2023 | $16.24 | 09/12/2023 | $0.00 |
| 08/17/2023 | $1,666.24 | 09/11/2023 | -$128.76 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $105.00 |



# PROSPERITY BANK®

| | |
|---|---|
| Statement Date | 9/11/2023 |
| Account No | ****8208 |
| | Page 1 of 1 |

REBECCA MEBANE ROBINSON
SPECIAL ACCOUNT
9397 COUNTY ROAD 3114
SNYDER TX 79549-1318

2379

## STATEMENT SUMMARY — TX Personal Checking Account No ****8208

| Date | Description | | Amount |
|---|---|---|---|
| 08/14/2023 | Beginning Balance | | $127.73 |
| | 1  Deposits/Other Credits | + | $738.50 |
| | 1  Checks/Other Debits | - | $10.00 |
| 09/11/2023 | Ending Balance   29  Days in Statement Period | | $856.23 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 08/23/2023 | ACH Deposit SSA TREAS 310 XXSOC SEC XXXXXXXX9A SSA 310 | $738.50 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 09/11/2023 | Service Charge | $10.00 |

## TOTAL OVERDRAFT FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Return Item Fees | $0.00 | $0.00 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08-14 | $127.73 | 08-23 | $866.23 | 09-11 | $856.23 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Maintenance Fee | | $10.00 |
| Total Charges | 09/11/2023 | $10.00 |
| Bal Used for Maint Fee | | $127.73 |



MEMBER FDIC                              NYSE Symbol "PB"

| THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT. | CHECKS OUTSTANDING | | THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK. |
|---|---|---|---|
| | NO. | AMOUNT | |
| BANK BALANCE SHOWN ON THIS STATEMENT $ _____ | | | CHECKBOOK BALANCE ACTIVITY CHARGE $ _____ |
| ADD + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT _____ | | | SUBTRACT – (IF ANY) AT STATEMENT DATE _____ |
| TOTAL _____ | | | SUB-TOTAL _____ |
| SUBTRACT (IF ANY) CHECKS OUTSTANDING _____ | | | SUBTRACT – (IF ANY) OTHER BANK CHARGES _____ |
| | TOTAL | | |
| BALANCE $ _____ SHOULD AGREE WITH YOUR CHECKBOOK BALANCE | | | BALANCE $ _____ SHOULD AGREE WITH YOUR STATEMENT BALANCE |

**Error Resolution Notice**

In Case of Errors or Questions About Your Electronic Transfers, Call or Write us at the telephone number or address listed in this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.
   We will determine whether an error occurred within 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made, if you are a new customer.
   We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

**PLEASE EXAMINE AT ONCE**, if no error is reported within ten days, the account will be considered correct. **PLEASE NOTIFY BANK IN WRITING OF CHANGE OF ADDRESS.**

| AA = AUTOMATIC ADVANCE | CK = CHECK | CL = LATE CHARGE CREDIT | CM = CREDIT MEMO | DM = DEBIT MEMO |
| DP = DEPOSIT | IC = INTEREST CREDIT | LC = LATE CHARGE | OD = OVERDRAFT | PC = PRINCIPAL CREDIT |
| PD = PRINCIPAL DEBIT | RT = RETURNED ITEM | SC = SERVICE CHARGE | WD = WITHDRAWAL | WH = WITHHOLDING |

**TERMS GOVERNING ACCOUNTS**

   Deposit in or presentment to the Bank of any item for a customer's account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment.
   All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code – Bank Deposits & Collection (of Texas), as from time to time amended, or as varied by agreements permitted by that statute, including those hereinafter set out.
   Receipt from others of items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless and until it shall have issued a receipt therefor.
   The account shall at all times be subject to service and maintenance charges according to the practice of the Bank prevailing at the time.
   When the Bank deems such action proper, the Bank may require that the account be closed.
   The provisions hereof shall control, in event of conflict with any deposit slip or passbook.
   The Bank reserves the right to change the provisions hereof by printing in its statement Terms Governing Accounts, incorporating the change. The new Terms Governing Accounts will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.

Item Images ... Pg. 4
for statement dated: September 29, 2023

**Deposit Slip 1 (left top):**
BO & BECKY ROBINSON
CHAPTER 12 DEBTOR IN POSSESSION
CASE# 23-50097-RLJ12
9397 CR 3114
SNYDER, TX. 79549
DATE: 9-12, 20 23
CASH: (ii) Becky 738.50
SUB TOTAL: 738.50
$ 738.50
West Texas State Bank
:111322664:

Acct # ███████ Credit, 9/12/2023, $738.50

**Deposit Slip 2 (right top):**
BO & BECKY ROBINSON
CHAPTER 12 DEBTOR IN POSSESSION
CASE# 23-50097-RLJ12
9397 CR 3114
SNYDER, TX. 79549
DATE: 9.28, 20 23
CASH: Robinson 738.50
SUB TOTAL: 738.50
SEP 28 2023
TELLER #6
738.50
West Texas State Bank
:111322664:

Acct # ███████ Credit, 9/28/2023, $738.50

**Check #1018 (left bottom):**
BO & BECKY ROBINSON
CHAPTER 12 DEBTOR IN POSSESSION
CASE# 23-50097-RLJ12
9397 CR 3114
SNYDER, TX. 79549
1018
Date 9-12 20 23
Pay to the order of: Becky Robinson   $ 128.76
One hundred twenty-eight & 76/100 DOLLARS
West Texas State Bank
For: Sam's club membership
Becky Robinson
:111322664: 1018

Acct # ███████ Check #1018, 9/13/2023, $128.76

**Check #1019 (right bottom):**
BO & BECKY ROBINSON
CHAPTER 12 DEBTOR IN POSSESSION
CASE# 23-50097-RLJ12
9397 CR 3114
SNYDER, TX. 79549
1019
Date 9-12 20 23
Pay to the order of: Bo & Becky special   $ 24.00
Twenty-four & 00/100 DOLLARS
West Texas State Bank
For: cash for sumlh
Becky Robinson
:111322664: 1019

Acct # ███████ Check #1019, 9/13/2023, $24.00

# PROSPERITY BANK®

|  |  |
|---|---|
| Statement Date | 10/11/2023 |
| Account No | ****8208 |
|  | Page 1 of 2 |

REBECCA MEBANE ROBINSON
SPECIAL ACCOUNT
9397 COUNTY ROAD 3114
SNYDER TX 79549-1318

2395

## STATEMENT SUMMARY — TX Personal Checking Account No ****8208

| Date | Description | | Amount |
|---|---|---|---|
| 09/12/2023 | Beginning Balance | | $856.23 |
|  | 1 Deposits/Other Credits | + | $738.50 |
|  | 3 Checks/Other Debits | − | $1,487.00 |
| 10/11/2023 | Ending Balance   30 Days in Statement Period | | $107.73 |
|  | Total Enclosures | | 2 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 09/27/2023 | ACH Deposit SSA TREAS 310 XXSOC SEC XXXXXXXX9A SSA 310 | $738.50 |

## CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|
| 3511 | 09-13 | $738.50 | 3512 | 09-29 | $738.50 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 10/11/2023 | Service Charge | $10.00 |

## TOTAL OVERDRAFT FEES

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Return Item Fees | $0.00 | $0.00 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09-12 | $856.23 | 09-27 | $856.23 | 10-11 | $107.73 |
| 09-13 | $117.73 | 09-29 | $117.73 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $10.00 |
| Total Charges   10/11/2023 | $10.00 |
| Bal Used for Maint Fee | $117.73 |

MEMBER FDIC    NYSE Symbol "PB"




REBECCA MEBANE ROBINSON

Account No    ****8208

Page 2 of 2



| 9/13/2023 | 3511 | $738.50 | 9/29/2023 | 3512 | $738.50 |