Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Bonial & Associates, P.C.
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 23-50096-RLJ12** |
| **2B A TEXAS GENERAL PARTNERSHIP** | § | |
| **DEBTOR(S)** | § | **CHAPTER 12** |
| | § | |
| | § | |

**RESPONSE OPPOSED TO OBJECTION TO CLAIM # 3 OF KUBOTA CREDIT CORPORATION**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Kubota Credit Corporation (hereinafter "KCC") generally denies each and every allegation contained in the Debtor's objection to claim filed on October 4, 2023 at doc. no. 85 (the "Objection") except for those expressly admitted herein. KCC is not responding to statements that it has identified as legal conclusions or non-factual. However, if it is deemed that responses are required to the statements KCC has identified as legal conclusions or non-factual, KCC denies them. The numbered paragraphs in this section of the answer correspond with the paragraphs and titles in the Objection.

1.     Admit.

2.     Admit.

3.     Creditor lacks knowledge or information sufficient to form a belief about the truth of the allegation.

4.     Admit.

5.     Deny. KCC filed a secured proof claim for the total amount owed on a KUBOTA SVL97-2HFC (the "Collateral"). Returning the Collateral and failing to make the first payment does not extinguish the debt owed to KCC. A secured claim remains on the Collateral until KCC has liquidated the Collateral and applied sale proceeds to the loan.

6.    Deny. KCC has a motion for relief pending in the above referenced case (see doc. no. 96) which is set for hearing on November 15, 2023. Once stay relief is granted, KCC should be allowed to liquidate the Collateral, and within (60) days file an amended claim reflecting only an unsecured deficiency balance if one exists.

WHEREFORE, PREMISES CONSIDERED, KCC prays that the Objection be overruled, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Chandra D. Pryor
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Attorneys and Counselors
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for Kubota Credit Corporation

2380-N-9005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 30th day of October 2023:

Debtor                     *Via U.S. Mail*
2B a Texas General Partnership
9397 CR 3114
Snyder, Texas 79549

Debtor's Attorney
Todd Jeffrey Johnston
Attorney at Law
1722 Broadway
Lubbock, Texas 79401

Chapter 12 Trustee
M. Brad Kloiber
P.O. Box 709
Littlefield, TX 79339

US Trustee
Office of the U.S.Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75202

David L. LeBas
Naman, Howell, Smith & Lee, PLLC
8310 Capitol of Texas Highway, Suite 490
Austin, TX 78731

Michael Steven Uryasz
Greak, Uryasz & Bruening, P.C.
8008 Slide Road Ste. 30
Lubbock, TX 79424

Charles Dunham Biles
Biles Wilson, PLLC
457 Laurence Dr Suite 195
75032
Heath, TX 75201

John H. Lovell
Lovell Isern & Farabough, LLP
112 SW 8th Avenue
Suite 1000
Amarillo, TX 79101-2314

Hudson M. Jobe
Quilling, Selander, Lownds, et al
2001 Bryan Street, Suite 1800
Dallas, TX 75201

Kent David Ries
Kent Ries, Attorney at Law
PO Box 3100
Amarillo, TX 79116-3100

Michael R. Johnson
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111

Thomas C. Riney
Underwood Law Firm, PC
500 S. Taylor Suite 1200
Amarillo, TX 79101


23-50096-RLJ12

/s/ Chandra D. Pryor
Hilary B. Bonial
Chandra D. Pryor