Timothy T. Pridmore; SBN: 00788224
Todd J. Johnston; SBN: 24050837
MCWHORTER, COBB & JOHNSON, LLP
1722 Broadway (79401)
P. O. Box 2547
Lubbock, Texas 79408
806/762-0214; 806/762-8014 (fax)
*Attorneys for Debtors, 2B Farms, a Texas General Partnership,
and Terry M. Robinson and Rebecca A. Robinson*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| In re:<br><br>2B Farms, a Texas General Partnership,<br>    Debtor. | Case No. 23-50096-rlj12 |
|---|---|
| In re:<br><br>Terry M. Robinson and<br>Rebecca A. Robinson,<br>    Debtors. | Case No. 23-50097-rlj12<br>(Jointly Administered Under<br>Case No. 23-50096-rlj12) |

**DEBTORS' AMENDED MOTION FOR AUTHORITY TO SELL CERTAIN PROPERTY OF
THE ESTATE (CATTLE) PURSUANT TO 11 U.S.C. § 363**

**TO THE HONORABLE ROBERT L. JONES**, United States Bankruptcy Judge:

    **NOW COME**, 2B Farms, a Texas General Partnership, and Terry M. Robinson and Rebecca A. Robinson, the debtors in the above-styled and -numbered jointly administered bankruptcy proceedings (collectively, "**Debtors**"), and file this *Amended Motion for Authority to Sell Certain Property of the Estate (Cattle) Pursuant to 11 U.S.C. § 363* ("**Motion**"), and in support of this Motion would respectfully show the Court as follows:

    1.    On June 1, 2023 (the "**Petition Date**"), the Debtors filed their respective voluntary petitions for relief under chapter 12 of title 11 of the United States Code (the "**Bankruptcy Code**"). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to operate their farming and ranching affairs as debtors-in-possession.

2. The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. § 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

3. Since the Petition Date, the Debtors have continued to operate their business and are working to reorganize their bankruptcy estates ("**Estates**"). As part of their reorganization efforts, the Debtors have identified certain cattle they have raised, which are ready to be sold to market.

4. At this time, the Debtors seek to sell the following cattle:

- 33 Bred Heifers
- 20 Open Heifers
- 10-15 Cull Cows
- 4-6 Bulls

(collectively, the "**Cattle**"). The Debtors propose selling the 33 Bred Heifers and 20 Open Heifers through private sales to ranchers in and around Snyder, Texas. In accordance with this proposal, eleven (11) Bred Heifers will be sold to Kinney Riley ("**Riley**") for the total sum of $24,000.00 (see offer attached as Exhibit "A"), twenty-two (22) Bred Heifers will be sold to Brandon Williamson ("**Williamson**") for the total sum of $52,800.00 (see offer attached as Exhibit "B"), and twenty (20) Open Heifers will be sold to Murphy Bro's ("**Murphy**") for the total sum of $36,000.00 (see offer attached as Exhibit "C"), for a combined total sum of $112,800.00. The remaining Cattle, including the 10-15 Cull Cows and 4-6 Bulls, will be sold through the Big Spring Livestock Auction ("**Big Spring Auction**"). The cows/bulls will be sold on the earliest available auction date through the Big Spring Auction once the Court enters its Order approving this sale.

5. HTLF Bank, successor to First Bank & Trust ("**HTLF Bank**" or "**Bank**"), asserts a lien against the Cattle and their proceeds pursuant to its loan agreements with the Debtors. The Debtors dispute HTLF Bank's claim and lien and have asserted counterclaims/offsets against the Bank, which matters are currently pending before the Bankruptcy Court.

6. The Big Spring Auction is a well-known and well-respected cattle auction and should bring the highest market value available for the 10-15 Cull Cows and 4-6 Bulls. By this Motion, the Debtors seek to sell all the Cattle free and clear of all liens, claims, encumbrances, and interests under Section 363 of the

Bankruptcy Code, with all valid liens, claims, encumbrances, and interests, if any, attaching to the proceeds of the sale. The proceeds of the Cattle, after paying all expenses related to their sale, will be deposited in the client trust account of Debtors' bankruptcy counsel, McWhorter, Cobb & Johnson, LLP, where they will be kept pending further Order of the Court.

7. The Debtors hereby give notice of their intent to sell the Cattle described herein in the manner set forth above. The Debtors believe the sales, as proposed herein, are in the best interest of all creditors of the Estates and should be approved. As HTLF Bank claims a first and prior lien on the Cattle, the Debtors will immediately place the proceeds, after paying expenses related to their sale, in the client trust account of Debtors' bankruptcy counsel pending further Order of the Court.

**WHEREFORE PREMISES CONSIDERED**, Debtors 2B Farms, a Texas General Partnership, and Terry M. Robinson and Rebecca A. Robinson pray for an Order of this Court approving the sale of the Cattle upon the terms and conditions provided herein, and for such other relief, at law or in equity, to which the Debtors may show themselves justly entitled.

Dated: November 1, 2023

Respectfully submitted,

**MCWHORTER, COBB & JOHNSON, L.L.P.**
1722 Broadway
P.O. Box 2547
Lubbock, Texas 79408
(806) 762-0214 - Telephone
(806) 762-8014 – Facsimile

Timothy T. Pridmore
SBN: 00788224
*tpridmore@mcjllp.com*
Todd J. Johnston
SBN: 24050837
*tjohnston@mcjllp.com*

By: /s/ Todd J. Johnston
Todd J. Johnston
***ATTORNEYS FOR DEBTORS 2B FARMS,
a TEXAS GENERAL PARTNERSHIP, AND
TERRY M. ROBINSON AND
REBECCA A. ROBINSON***

## NOTICE OF OPPORTUNITY FOR OBJECTION

IT IS POSSIBLE THAT HEARING WILL NOT BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ROOM 306, FEDERAL BUILDING, 1205 TEXAS AVENUE, LUBBOCK, TEXAS 79401 ON THE **25th DAY OF NOVEMBER, 2023**, WHICH IS TWENTY-FOUR (24) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

## **CERTIFICATE OF SERVICE**

    I, Todd J. Johnston, do hereby certify that a true and correct copy of the foregoing Motion was served by either court enabled electronic service or regular first-class U. S. Mail upon the following listed parties on this 1st day of November, 2023:

1. U. S. Trustee's Office
   1100 Commerce Street, Room 976
   Dallas, TX 75242

2. John H. Lovell
   Lovell, Lovell, Isern & Farabough, LLP
   112 SW 8th Ave., Suite 1000
   Amarillo, TX  79101-2343
   *Attorney for HTLF Bank*

3. All parties in interest registered with the
   U. S. Bankruptcy Court to receive electronic
   notices in this case.

4. All creditors and parties in interest
   listed on the attached mailing matrix.

                                                                                        /s/ Todd J. Johnston
                                                                                          Todd J. Johnston

Kinney Riley is wanting to purchase 11 bred heifers at $2200.00 each.
The total amount for purchase would be $24,000.00.
Thanks,
Bo Robinson

_____
Kinney Riley

_____
Bo Robinson

**EXHIBIT A**

Brandon Williamson is wanting to purchase 22 bred heifers at $2400.00 each. The total amount for purchase would be $52,800.00.
Thanks,
Bo Robinson

_____
Brandon Williamson

_____
Bo Robinson

EXHIBIT B

*Murphy Bros* is wanting to purchase *20* open heifers at $1800.00 each. The total amount for purchase would be $ *36,000.00*

Thanks,
Bo Robinson

_____

_____
Bo Robinson

**EXHIBIT C**