| | | |
|---|---|---|
| U.S. Trustee's Office<br>1100 Commerce Street, Room 976<br>Dallas, Texas  75242 | United States Bankruptcy Clerk<br>306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX  79401-4037 | Capital One<br>P.O. Box 60519<br>City of Industry, CA  91716-0519 |
| 2B Farms<br>Terry M. Robinson<br>Rebecca A. Robinson<br>9397 CR 3114<br>Snyder, TX  79549 | C. Dunham Biles<br>Steptoe & Johnson, PLLC<br>500 North Akard Street, Suite 3200<br>Dallas, TX  75201-6639 | First Financial Bank, N.A.<br>P.O. Box 701<br>Abilene, TX  79604-0701 |
| AGRISOMPO North America<br>120 SE 6th Ave.<br>Ste 2-210<br>Topeka, KS  66603-3519 | Discover Card<br>P.O. Box 71242<br>Charlotte, NC  28272-1242 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |
| Denny Family Trust<br>7501 98th Street<br>Lubbock, TX  79424-7897 | HTLF Bank, successor by merger to<br>First Bank & Trust<br>4500 College Ave.<br>Snyder, TX  79549-6013 | Rabo AgriFinance, LLC<br>c/o Michael R. Johnston<br>Ray Quinney & Nebeker, P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, UT  84111-1451 |
| GW Sorghum Seed Co., Inc.<br>600 S. Tyler St., Ste 12117<br>Amarillo, TX 79101 | John H. Lovell<br>Lovell, Lovell, Isern & Farabough, LLP<br>112 SW 8th Ave., Suite 1000<br>Amarillo, TX  79101-2343 | Texas Attorney General<br>P.O. Box 12548<br>Austin, TX  78711-2548 |
| John Deere Financial<br>P.O. Box 4450<br>Carol Stream, IL  60197-4450 | Stirling Farm<br>c/o James R. Stirling<br>2700 34th Street<br>Snyder, TX  79549-5202 | U.S. Attorney's Office<br>Room 700, 1205 Texas Avenue<br>Lubbock, TX  79401-4029 |
| Robinson Farms, LP, a Texas<br>Limited Partnership<br>9397 County Road 3114<br>Snyder, TX  795-49 | U. S. Attorney General<br>U.S. Department of Justice<br>10th & Pennsylvania Ave.<br>Washington, DC  20530-0001 | Vickey Speed<br>5512 Bent Tree Dr.<br>Dallas, TX  75248-2010 |
| Triple K<br>P.O. Box 338<br>Post, TX  79356-0338 | Vemeer Credit Corporation<br>P.O. Box 850272<br>Minneapolis, MN  55485-0272 | Terry M. Robinson<br>9397 CR 3114<br>Snyder, TX  79549-1379 |
| Ag Direct<br>P.O. Box 2409<br>Omaha, NE  68103-2409 | Rebecca A. Robinson<br>9397 CR 3114<br>Snyder, TX  79549-1379 | Michael B. Kloiber<br>Standing Chapter 12 Trustee<br>P.O. Box 709<br>Littlefield, TX  79339-0709 |

| | | |
|---|---|---|
| 2B Farms, a Texas Limited Partnership<br>9397 County Road 3114<br>Snyder, TX  79549-1379 | Hudson M. Jobe<br>Quilling, Selander, Lownds,<br>　Winslett & Moser, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas TX 75201 | Kent Ries<br>Law Office of Kent Ries<br>PO Box 3100<br>Amarillo, TX 79116 |
| Thomas C. Riney<br>W. Heath Hendricks<br>Underwood Law Firm P.C.<br>500 S. Taylor, Suite 1200<br>Amarillo, TX 79101 | Michael S. Uryasz<br>Greak, Uryasz & Bruening, P.C.<br>8008 Slide Road, Suite 30<br>Lubbock, TX 79424 | David L. LeBas<br>Naman Howell Smith & Lee<br>8310 N. Capital of TX Hwy,<br>　Ste 490<br>Austin, TX 78731 |

{00684613.DOCX - ver}