Todd J. Johnston
Timothy T. Pridmore
McWhorter, Cobb & Johnston, LLP
1722 Broadway
Lubbock TX 79401

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| 2B Farms, a Texas General Partnership, et al | * | |
| | * | CASE NUMBER 23-50096-rlj12 |
| Debtors | * | |
| | * | DATED:  11/10/2023 |

---

## DEBTORS' AMENDED JOINT CHAPTER 12 PLAN OF REORGANIZATION AND MOTION FOR VALUATION

Attached hereto are the following Exhibits which are incorporated herein by reference:

| | |
|---|---|
| Exhibit "A" | PLAN DEFINITIONS |
| Exhibit "B" | DEBTORS METHOD OF PLAN EXECUTION |
| Exhibit "C" | DEBTOR'S TREATMENT OF EXECUTORY CONTRACTS |
| Exhibit "D" | DEBTOR'S STATEMENT OF BASIS FOR VALUATION OF ASSETS |
| Exhibit "E" | DEBTOR'S LIQUIDATION ANALYSIS |
| Exhibit "F" | STATEMENT OF ANTICIPATED TAX CONSEQUENCES OF THE PLAN |
| Exhibit "G" | DEBTOR'S CASHFLOW PROJECTIONS |

## 1(A).  PAYMENTS TO THE TRUSTEE BY THE DEBTOR

The Debtor shall pay to the Chapter 12 Trustee, the following amounts on or before the following dates:

| Year | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| 2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year | January | February | March | April | May | June |
| 2025 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year | January | February | March | April | May | June |
| 2026 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year | January | February | March | April | May | June |
| 2027 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year | January | February | March | April | May | June |
| 2028 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year | January | February | March | April | May | June |
| 2029 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

1(B).  Pursuant to 11 U.S.C. Section 1225(a)(4), Debtors must pay a minimum of $55,544.83 to their unsecured creditors, such disposable income to be received in the 5 year period beginning 01/15/2024, to be applied to make payments under the Plan.  The maximum to unsecured creditors is set forth in Exhibit E of the Plan and is dependent on the outcome of the pending adversary proceeding with HTLF and potentially others.

## 2.  STANDING CHAPTER 12 TRUSTEE'S FEE:

The Trustee shall  be paid in full pursuant to 11 U.S.C. Sec. 503(b), 1226(b)(2), and 28 U.S.C.
Section 586(e)(1)(B).

## 3.  DEBTOR ATTORNEY:

Debtors' attorney is named below and will be paid by the Trustee as follows:

| Attorney | Total Fee | Amount Paid | Unpaid Balance | # Pmts | C D* | Payment Amount | Trustee Fee | 1st Date |
|---|---|---|---|---|---|---|---|---|
| McWhorter, Cobb & Johnson, LLP | 250,000.00 | 60,930.42 | 189,069.58 | 14 | 1 | 13504.97 | 1500.55 | 01/15/2024 |
| | | | 0.00 | | | | 0.00 | 0.00 |
| | | | 0.00 | | | | 0.00 | 0.00 |

## 4.  APPRAISER OR CONSULTANT FEES:

Appraisers or Consultants employed by the Debtors, are listed below, and will be paid by the Trustee as follows:

| Appraiser/ Consultant | Total Fee | Amount Paid | Unpaid Balance | # Pmts | C D* | Payment Amount | Trustee Fee | 1st Date |
|---|---|---|---|---|---|---|---|---|
| NOTICE FEES | | | 0.00 | | | 0.00 | 0.00 | |
| | | | 0.00 | | | 0.00 | 0.00 | |
| | | | 0.00 | | | 0.00 | 0.00 | |
| | | | 0.00 | | | 0.00 | 0.00 | |
| | | | 0.00 | | | 0.00 | 0.00 | |

## 5.  PRIORITY CLAIMS:

The following claims shall be paid by the Trustee, in full, at the rate stated in the following amounts, on the
following date(s)

| Creditor Name | Claim Amount | # Pmts | C D* | Payment Amount | Trustee Fee | 1st Date |
|---|---|---|---|---|---|---|
| Internal Revenue Service (see attached addendum) | 361500.51 | 20 | 1 | 18075.03 | 2008.33 | 03/31/2024 |
| Internal Revenue Service | 45.11 | 1 | 1 | 45.11 | 5.01 | 01/15/2024 |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |

    To the extent a priority claim not provided for above is allowed by the Court, (or deemed allowed  per
11 USC 502(a) by virtue of having been filed and not objected to) or is for a greater amount than that above
provided, the Trustee will pay such claim or additional amount, in full, during the term of the Plan, unless
otherwise provided by modification hereof.

## 6.  SECURED CLAIMS:

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value:  The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the  dates shown; or Debtor(s) will surrender the collateral for the values shown:

| Creditor Name | HTLF Bank**<br>(see attached addendum) | John Deere | John Deere | First Financial Bank |
|---|---|---|---|---|
| Collateral Description | 2B equip. and cattle<br>held on petition date<br>Disputed claim<br>subject to offsets. | 2014 JD 8370R<br>Tractor | 2016 Great Plains 3<br>4000 Drill | 2020 Ford F-350<br>Crew Cab |
| Creditor's Claim Amount | 8,136,179.59 | 90,028.33 | 22,177.50 | 71,510.44 |
| * Equity Value: Secured | 1,566,350.00 | 90,028.33 | 22,177.50 | 71,510.44 |
| Deficiency: Unsecured Claim | 6,569,829.59 | 0.00 | 0.00 | 0.00 |
| Amortization Term | 5 | 5 | 5 | 5 |
| Interest Rate | 0.00% | 6.00% | 6.00% | 6.00% |
| Interest Start Date | 06/1/2023 | 06/1/2023 | 06/1/2023 | 06/1/2023 |
| Date First Pmt by Trustee | 01/15/2024 | 01/15/2024 | 01/15/2024 | 01/15/2024 |
| # Payments by Trustee | 5 | 5 | 5 | 5 |
| Payment Code | 1 | 1 | 1 | 1 |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 228 | 228 | 228 | 228 |
| Adj. Int. days First Pay | | 137 | 137 | 137 |
| Adj Int. Amt. First Pay | | 2027.49 | 499.45 | 1610.45 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $90,000.00 | $21,372.40 | $5,264.86 | $16,976.32 |
| Interest Adjustment | $0.00 | ($2,027.49) | ($499.45) | ($1,610.45) |
| Trustee Fee | $9,999.99 | $2,149.43 | $529.49 | $0.00 |
| | --------------------- | --------------- | --------------- | --------------- |
| Total Pmt + T. Fee | $99,999.99 | $21,494.34 | $5,294.90 | $15,365.87 |
| | =============== | =============== | =============== | =============== |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $90,000.00 | $21,372.40 | $5,264.86 | $16,976.32 |
| Trustee Fee | $9,999.99 | $2,374.71 | $584.98 | $0.00 |
| | --------------------- | --------------- | --------------- | --------------- |
| Total Pmt + T. Fee | $99,999.99 | $23,747.11 | $5,849.84 | $16,976.32 |
| **Other Payments by Debtor** | =============== | =============== | =============== | =============== |
| # Payments by Debtor<br>after completion of plan | | 0 | 0 | 0 |
| Payment Amount by Debtor | $0.00 | $0.00 | $0.00 | $0.00 |
| Date First Pmt by Debtor | | | | |
| Surrender Date | | | | |
| Remarks | | | | |

*  If collateral is subject to senior lien(s), only the value (equity)  in excess of same is shown.

6. SECURED CLAIMS: (Continued)

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value: The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the dates shown; or Debtor(s) will surrender the collateral for the values shown:

| | Farm Credit Service | Vermeer Credit Corp | Scurry County Tax Office | |
|---|---|---|---|---|
| Creditor Name | | | | |
| Collateral Description | 2210 Field Cultivator | Hay Rake | | |
| | | | | |
| Creditor's Claim Amount | 29,068.55 | 4,513.00 | 10,895.68 | |
| * Equity Value: Secured | 29,068.55 | 4,513.00 | 10,895.68 | |
| Deficiency: Unsecured Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Term | 5 | 5 | 5 | |
| Interest Rate | 6.00% | 6.00% | 12.00% | |
| Interest Start Date | 06/1/2023 | 06/1/2023 | 06/1/2023 | |
| Date First Pmt by Trustee | 01/15/2024 | 01/15/2024 | 01/15/2024 | |
| # Payments by Trustee | 5 | 5 | 5 | |
| Payment Code | 1 | 1 | 1 | |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 228 | 228 | 228 | 0 |
| Adj. Int. days First Pay | 137 | 137 | 137 | 0 |
| Adj Int. Amt. First Pay | 654.64 | 101.64 | 490.75 | 0.00 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $6,900.77 | $1,071.37 | $3,022.57 | $0.00 |
| Interest Adjustment | ($654.64) | ($101.64) | ($490.75) | $0.00 |
| Trustee Fee | $694.01 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $6,940.14 | $969.73 | $2,531.82 | $0.00 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $6,900.77 | $1,071.37 | $3,022.57 | $0.00 |
| Trustee Fee | $766.75 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $7,667.52 | $1,071.37 | $3,022.57 | $0.00 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor after completion of plan | 0 | 0 | 0 | 0 |
| Payment Amount by Debtor | $0.00 | $0.00 | $0.00 | $0.00 |
| Date First Pmt by Debtor | | | | |
| Surrender Date | | | | |
| Remarks | | | | |

* If collateral is subject to senior lien(s), only the value (equity) in excess of same is shown.

6. SECURED CLAIMS: (Continued)

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value: The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the dates shown; or Debtor(s) will surrender the collateral for the values shown:

Creditor Name

Collateral Description

| | | | | |
|---|---|---|---|---|
| Creditor's Claim Amount | | | | |
| * Equity Value: Secured | | | | |
| Deficiency: Unsecured Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Term | | | | |
| Interest Rate | | | | |
| Interest Start Date | | | | |
| Date First Pmt by Trustee | | | | |
| # Payments by Trustee | | | | |
| Payment Code | | | | |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 0 | 0 | 0 | 0 |
| Adj. Int. days First Pay | 0 | 0 | 0 | 0 |
| Adj Int. Amt. First Pay | 0.00 | 0.00 | 0.00 | 0.00 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Interest Adjustment | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor | 0 | 0 | 0 | 0 |
| after completion of plan | | | | |
| Payment Amount by Debtor | $0.00 | $0.00 | $0.00 | $0.00 |
| Date First Pmt by Debtor | | | | |
| Surrender Date | | | | |
| Remarks | | | | |

* If collateral is subject to senior lien(s), only the value (equity) in excess of same is shown.

**6. SECURED CLAIMS: (Continued)**

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value:  The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the  dates shown; or Debtor(s) will surrender the collateral for the values shown:

Creditor Name

Collateral Description

| | | | | |
|---|---|---|---|---|
| Creditor's Claim Amount | | | | |
| * Equity Value: Secured | | | | |
| Deficiency: Unsecured Claim | | 0.00 | 0.00 | 0.00 |
| Amortization Term | | | | |
| Interest Rate | | | | |
| Interest Start Date | | | | |
| Date First Pmt by Trustee | | | | |
| # Payments by Trustee | | | | |
| Payment Code | | | | |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 0 | 0 | 0 | 0 |
| Adj. Int. days First Pay | 0 | 0 | 0 | 0 |
| Adj Int. Amt. First Pay | 0.00 | 0.00 | 0.00 | 0.00 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Interest Adjustment | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor | 0 | 0 | 0 | 0 |
| after completion of plan | | | | |
| Payment Amount by Debtor | $0.00 | $0.00 | $0.00 | $0.00 |
| Date First Pmt by Debtor | | | | |
| Surrender Date | | | | |
| Remarks | | | | |

*  If collateral is subject to senior lien(s), only the value (equity)  in excess of same is shown.

6.  SECURED CLAIMS: (Continued)

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value:  The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the  dates shown; or Debtor(s) will surrender the collateral for the values shown:

Creditor Name

Collateral Description

| | | | | |
|---|---|---|---|---|
| Creditor's Claim Amount | | | | |
| * Equity Value: Secured | | | | |
| Deficiency: Unsecured Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Term | | | | |
| Interest Rate | | | | |
| Interest Start Date | | | | |
| Date First Pmt by Trustee | | | | |
| # Payments by Trustee | | | | |
| Payment Code | | | | |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 0 | 0 | 0 | 0 |
| Adj. Int. days First Pay | 0 | 0 | 0 | 0 |
| Adj Int. Amt. First Pay | 0.00 | 0.00 | 0.00 | 0.00 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Interest Adjustment | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor | 0 | 0 | 0 | 0 |
| after completion of plan | | | | |
| Payment Amount by Debtor | $0.00 | $0.00 | $0.00 | $0.00 |
| Date First Pmt by Debtor | | | | |

Surrender Date
Remarks

* If collateral is subject to senior lien(s), only the value (equity)  in excess of same is shown.

## 6. SECURED CLAIMS: (Continued)

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value:  The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the  dates shown; or Debtor(s) will surrender the collateral for the values shown:

Creditor Name

Collateral Description

| | | | | |
|---|---|---|---|---|
| Creditor's Claim Amount | | | | |
| * Equity Value: Secured | | | | |
| Deficiency: Unsecured Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Term | | | | |
| Interest Rate | | | | |
| Interest Start Date | | | | |
| Date First Pmt by Trustee | | | | |
| # Payments by Trustee | | | | |
| Payment Code | | | | |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 0 | 0 | 0 | 0 |
| Adj. Int. days First Pay | 0 | 0 | 0 | 0 |
| Adj Int. Amt. First Pay | 0.00 | 0.00 | 0.00 | 0.00 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Interest Adjustment | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor | 0 | 0 | 0 | 0 |
| after completion of plan | | | | |
| Payment Amount by Debtor | $0.00 | $0.00 | $0.00 | $0.00 |
| Date First Pmt by Debtor | | | | |
| Surrender Date | | | | |
| Remarks | | | | |

\*  If collateral is subject to senior lien(s), only the value (equity)  in excess of same is shown.

## 7. CASH COLLATERAL PAYMENTS:

In accordance with the Cash Collateral Order(s) entered or to be entered in this case, the Trustee shall make the following distributions out of the following described "Cash Collateral Payments", on the stated dates:

| Principal: | - | Creditor: | |
| Interest Rate: | 0.00% | Amort: | 0 |
| Start Interest Date: | 0 | 1st Pmt Date: | 0 |

| Collateral Amount | Interest Amount | Principal Creditor | P & I Creditor | Cash Collateral Balance | Trustee Fee | Refund To Debtor |
|---|---|---|---|---|---|---|
| Year One | | | | | | |
| - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Two | | | | | | |
| - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Three | | | | | | |
| - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Four | | | | | | |
| - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Five | | | | | | |
| - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Principal: | | Creditor: | |
| Interest Rate: | | Amort: | |
| Start Interest Date: | | 1st Pmt Date: | |

| Collateral Amount | Interest Amount | Principal Creditor | P & I Creditor | Cash Collateral Balance | Trustee Fee | Refund To Debtor |
|---|---|---|---|---|---|---|
| Year One | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Two | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Three | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Four | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Five | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

8. UNSECURED CLAIMS:

A. <u>Unsecured Claims Classified For Special Treatment:</u> The Trustee shall pay the following unsecured claims the following amount(s) including interest at the following rate(s), at the following times pursuant to 11 U.S.C. Section1222(11).

| Creditor Name | Reason | Claim Amount | Interest Rate | # Pmts | C D* | Amount Disb. | Trustee Fee | 1st Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | |

B. <u>General Unsecured Deficiency Creditors:</u> The following claims shall be paid by the Trustee, pro-rata, out of any "Projected Disposable Income" received in paragraph 1(B) of this Plan.

| Deficiency | Creditor | Claim Amount | Percentage |
|---|---|---|---|
| HTLF Bank** | 0 | unknown | 0.0000% |
| John Deere | 0 | 0.00 | 0.0000% |
| John Deere | 0 | 0.00 | 0.0000% |
| First Financial Bank | 0 | 0.00 | 0.0000% |
| Farm Credit Services | 0 | 0.00 | 0.0000% |
| Vermeer Credit Corp | 0 | 0.00 | 0.0000% |
| Scurry County Tax    Office | | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |
| Def | 0 | 0.00 | 0.0000% |

C. <u>General Unsecured Creditors:</u>  The following claims shall be paid by the Trustee, pro-rata with the claims in paragraph 8(B), out of any "Projected Disposable Income" received in paragraph 1( of this Plan.

| Creditor# | Creditor Name | Claim Amount | edit | Percentage |
|---|---|---|---|---|
| 1 | AgriSompo North America | 35514.82 | 1 | 63.8871% |
| 2 | Internal Revenue Service | 4037.57 | 2 | 7.2631% |
| 3 | Internal Revenue Service | 603.06 | 3 | 1.0848% |
| 4 | Discover Bank | 1412.81 | 4 | 2.5415% |
| 5 | John Deere Financial | 14021.68 | 5 | 25.2234% |
| 6 | Kubota Credit Corporation | unknown | 6 | 0.0000% |
| 7 | HTLF Bank | unknown/disputed | 7 | 0.0000% |
| 8 | | | 8 | 0.0000% |
| 9 | | | 9 | 0.0000% |
| 12 | | | 12 | 0.0000% |
| 13 | | | 13 | 0.0000% |
| 14 | | | 14 | 0.0000% |
| 16 | | | 16 | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | | | | 0.0000% |
| | Total | $55,589.94 | | 100.0000% |

9. OTHER PLAN PROVISIONS:

See attached addendum

10. PARTICIPATION IN FEDERAL FARM PROGRAMS

If the debtor is a party to prepetition, executory contracts with the Commodity Credit Corporation (CCC) or any other agency of the United States Department of Agriculture (USDA) evidencing debtor's participation in Federal Farm Programs, the confirmation of the debtor's plan shall constitute Court approval of and authorization for debtor's assumption of such contract(s).

Confirmation of the debtor's plan shall also constitute Court permission and authorization for the debtor to enroll and participate in Federal Farm Programs administered by the USDA or any agency therof.

Nothing contained in this Order shall impair the policies, procedures, regulations and contract provisions established by the USDA or any of its agencies with regard to the Federal Farm Program benefits including, but not limited to, determining eligibility for program participation and for program benefits and collecting postpetition claims of the United States Government by offset.

All postpetition crops are free and clear of any prepetition liens or security interests unless such prepetition liens or security interests are retained in the confirmed plan. Prepetition liens and security interests which are not retained in the confirmed plan shall be released by the holder(s) of such liens or security interests on request (oral or written) by the debtor.

Debtor may place any of the debtor's postpetition crops in the Federal Price Support Loan Program without further order of this Court and upon compliance with requirements of the Program. All Federal Farm Program benefits that the FSA has determined to be payable to debtor may be disbursed by FSA in the ordinary course of business in accordance with the program regulations and without further order of this Court.

11. **'PENALTY' UNSECURED CLAIMS:** Any unsecured claims for non-pecuniary penalty, expressly including IRS penalty to date of petition on unsecured and/or priority claims shall be paid pro-rata any funds remaining after all other unsecured claims have been paid in full.

12. **GRACE PERIOD:** The Debtors shall have a grace period of forty-five (45) days from and after the due date within which to make any payment provided for hereunder and utilizaiton thereof shall not constitute a default under the Plan, provided Debtors also pays all applicable accrued interest and Trustee's fee resulting from such late payment.

13. **DISCHARGE:** Pursuant to Section 1228 of the bankruptcy Code, as amended, the Debtor shall receive a discharge after completion of all payments under the plan.

14. **MODIFICATION:** Pursuant to Section 1229 of the Bankruptcy Code, as amended, the Debtor shall have the right to modify the plan after confirmation.

15. **LIEN RETENTION:** Pursuant to Section 1225(a)(5) of the Bankruptcy Code, as amended, secured creditors shall retain their liens.

## MOTION FOR VALUATION

Debtors hereby move the Court, pursuant to Bankruptcy Rule 3012, to value the collateral described in paragraph 6 above and Exhibit E, for purposes of 11 USC 506(a) and for purposes of determination of th amounts to be distributed to holders of secured claims who do not accept this Plan, at the LESSER OF the set forth in paragraph 6 above, or any value claimed on the proof of claim. Any objection to valuation should be filed at least (5) days prior to confirmation, or be deemed waived.

Respectfully submitted,


/s/ Terry M. Robinson
2B Farms, a Texas General Partnership, et al.


/s/ Terry M. Robinson
Terry M. Robinson


/s/ Rebecca A. Robinson
Rebecca A. Robinson

/s/ Todd J. Johnston
Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
SBN: 24050837
806 762-0214
Attorney Fax
Fax: 806 762-8014
tjohnston@mcjllp.com

V08.05

**Plan Addendum**

## 9. Additional Plan Provisions

1)    **HTLF Bank Contested Claim**:        HTLF Bank, successor to First Bank & Trust, and
Debtors 2B Farms, Terry Robinson and Rebecca Robinson have asserted claims and counterclaims
against each other in Adversary Case No. 23-05002-rlj and Adversary Case No. 23-05003-rlj,
which matters are currently pending before the Bankruptcy Court under consolidated Adversary
Case No. 23-05002-rlj. HTLF Bank filed its proofs of claim concerning Debtor 2B Farms on July
12, 2023. These are identified as Claim Numbers 6, 7 and 9 on the Court's Claims Register in
bankruptcy case # 23-50096-rlj12. HTLF Bank also filed nearly identical proofs of claim
concerning Terry M. Robinson and Rebecca A. Robinson, on July 12, 2023. These are identified
as Claim Numbers 6, 7 and 8 on the Court's Claims Register in bankruptcy case # 23-50097-rlj12.
Debtors have objected to all of these proofs of claim and they have been consolidated for
adjudication into the pending consolidated adversary proceeding.

        HTLF Bank's claim, if any, is subject to certain offsets for both pre- and post-petition
payments made by the Debtors to HTLF Bank and the Debtors reserve their right to assert these
offsets against the claim of the bank. In May 2023 and prior to the Debtors' petition date, the
Debtors sold approximately 1128 head of cattle for a combined total amount of $1,590,730.89. Of
these 1128 head of cattle sold, the proceeds of 589 head, involving cattle sale transactions of
$326,872.58 (251 head) and 398,588.37 (338 head), totaling $725,460.95, are currently being
held in separate escrow accounts with HTLF Bank under an agreement with Kent D. Ries, the
Chapter 7 Bankruptcy Trustee for the McClain Entities ("Trustee") until such time as the
Bankruptcy Court can consider and direct the ultimate disposition of these cattle proceeds
pursuant to its Order.    HTLF Bank therefore received the balance, or <u>$865,269.94,</u>
immediately prior to the Debtors' petition date. In addition, the Debtors sold a loader pursuant
to the Court's Order during the pendency of their bankruptcy cases, which funds totaling
<u>$160,000.00</u> were also paid over to HTLF Bank, for a combined total of <u>$1,025,269.94</u> paid
to HTLF Bank both immediately prior to and during the pendency of these bankruptcy cases.
The Debtors contend that these payments totaling $1,025,269.94 extinguished, or have nearly
extinguished, all amounts owing by the Debtors to HTLF Bank, excluding the claims asserted
by HTLF Bank in the above-referenced adversary cases which the Debtors dispute.

        Notwithstanding the above, the Debtors will make payments of $90,000.00 per year
through the Plan to HTLF Bank pending adjudication of the claims set forth in the above-
referenced consolidated adversary proceeding. These payments by the Debtors to HTLF Bank are
in the nature of a compromise between the parties while the pending litigation is decided and are
not in any way an acknowledgement by the Debtors of any amounts owing to HTLF Bank, which
they dispute, or waiver of Debtors' rights, defenses, counterclaims or interests against same. In
that regard, Debtors also grant HTLF Bank continuing security interests in the cattle and equipment
the Debtors held as of the Petition Date, plus any proceeds and any substitute collateral. These
liens granted to HTLF Bank do not extend to property or its proceeds purchased through post-
petition financing through a 3rd party lender, which financing the Debtors may later secure upon
Court approval. The Debtors agree not to voluntarily encumber the Family Limited Partnership

property or their other assets, but reserve the right to make a request to the Court to encumber at least a portion of such property as part of a 3rd party financing motion they may. The Debtors will place general liability insurance to protect against any potential claims that might arise out of their continued operations.

To the extent that the Bankruptcy Court finds, or an agreement is reached between HTLF Bank and the Debtors that HTLF Bank has an allowed claim against the Debtors that is approved by the Bankruptcy Court, the Debtors will then seek to modify this Joint Chapter 12 Plan of Reorganization to provide for the treatment of the allowed claim under this Plan in accordance with the provisions of the Bankruptcy Code.

2)    **Additional Contested Claims**: In addition, Kent Ries, Chapter 7 Trustee for the McClain Debtors, Rabo AgriFinance, LLC, Mechanics Bank, Thorlakson Diamond T Feeders, LP and AgTexas Farm Credit Services/Ag Texas PCA have each filed proofs of claim in the Debtors' respective bankruptcy proceedings asserting unknown and/or unliquidated claim amounts. The Debtors object and dispute the claims of these parties and reserve the right to contest any or all of these parties' claims.   To the extent that the Bankruptcy Court finds, or an agreement is reached between a particular claimant and the Debtors that a claimant has an allowed claim against the Debtors that is approved by the Bankruptcy Court, the Debtors will then seek to modify this Joint Chapter 12 Plan of Reorganization to provide for the treatment of the allowed claim under this Plan in accordance with the provisions of the Bankruptcy Code.

3)    **Unsecured Creditor Claim Treatment**: All allowed general unsecured creditor claims identified on Page 11, Paragraph C of the Plan will be paid in full in one installment in year five (5) of the plan period at 0.00% interest on December 1, 2028.

4)    **Provisions Related to IRS Priority Claims:** The IRS will receive payments of $18,075.03/quarter at 8% interest.   Payments will be made on March 31st, June 3rd, September 30th and December 31st of each year of the Plan with the first payment due March 31, 2024.   The primary IRS claim in this case is subject to any amended 2022 (or prior year) federal income tax return filed by the Debtors. The Debtors reserve all rights to dispute the IRS claim and seek modification of this Plan as to the amount and treatment of the IRS claim upon such amended filings of a return(s) with the IRS.

The Debtors shall remain current with all of their post-confirmation federal tax obligations, including making deposits and payments and filing all returns, during the period the Debtors are required to make payments under this Plan. A failure to make post-confirmation tax deposits, payments, and filings in a timely fashion, as required by the Internal Revenue Code, shall be deemed a material default under the terms of the Plan. The Debtors shall be allowed a fifteen-day grace period with respect to the timeliness of these obligations before being deemed a default of the Plan. Said grace period shall not be applicable with respect to the Debtors being found liable for penalties and interest as determined by the Internal Revenue Code.

Failure on the part of Debtors to pay fully when due any payment required to be made in respect of the Plan. In the event of default, the Internal Revenue Service shall give written or telephonic notice to the Debtors and the Debtors shall have fifteen days from the notice date to

cure or otherwise establish there has been no default. In the event the default is not cured and due to the size and ongoing nature of the Internal Revenue Service's claim, the administrative collection powers and rights of the IRS shall be reinstated as they existed prior to the filing of the bankruptcy petition, including, but not limited to, the assessment of taxes, the filing of a notice of Federal (or state) tax lien and the powers of levy, seizure, and as provided under the Internal Revenue Code.

5)    **Specific Reservation of Claims and Causes of Action of the Debtors**:

The Debtors reserve all rights to assert and/or to continue to assert all claims and causes of action they may have as of the Petition Date, including post-plan confirmation standing before the Bankruptcy Court to prosecute or defend the following:

- HTLF Bank, successor to First Bank & Trust (see paragraph #1 above and Adversary No. 23-05002-rlj and Adversary No. 23-05002-rlj currently pending before this Court).

- All claims and causes of action of the Debtors against the bankruptcy estates of McClain Feedyard, Inc., McClain Farms, Inc., and 7M Feeders, Inc. by and through Kent Ries, Chapter 7 Trustee for the McClain Debtors fraudulent cattle buy/sell scheme perpetrated by Brian McClain through these entities.

- All state and federal law and bankruptcy code specific claims and causes of action against Rabo AgriFinance, LLC, including, but not limited to, claims available to the Debtors through Chapter 5, Subchapter III of the Bankruptcy Code for turnover, preference and fraudulent transfer claims, among others, related to the fraudulent cattle buy/sell transactions through the McClain account(s) and Rabo AgriFinance, LLC's alleged knowledge, participation and/or negligence related to same. Debtors specifically retain the right to pursue the recovery from Rabo AgriFinance, LLC of three (3) wire transfers from the account(s) of McClain Feedyard, Inc., McClain Farms, Inc., and 7M Feeders, Inc. (collectively, the "McClain Entities") at Mechanics Bank totaling $7,458,956.92 on April 4, 5 and 6, 2023, as well as unnegotiated checks totaling $7,601,318.86.

- All state and federal law and bankruptcy code specific claims and causes of action Mechanics Bank including, but not limited to, claims available to the Debtors through Chapter 5, Subchapter III of the Bankruptcy Code for turnover, preference and fraudulent transfer claims, among others, related to the fraudulent cattle buy/sell transactions through the McClain account(s) and Mechanics Bank's alleged knowledge, participation and/or negligence related to same. Debtors specifically retain the right to pursue the recovery from Mechanics Bank of three (3) wire transfers from their account to the McClain Entities' account(s) at Mechanics Bank totaling $7,458,956.92 on April 4, 5 and 6, 2023, as well as unnegotiated checks totaling $7,601,318.86.

- All state and federal law and bankruptcy code specific claims and causes of action against Thorlakson Diamond T Feeders, LP and AgTexas Farm Credit Services/Ag Texas PCA.

- All state and federal law and bankruptcy code specific claims and causes of action against the Estate of Brian McClain.

6)   **Farm Credit Services of America, PCA d/b/a AgDirect ("FCSA")**:

a.      Farm Credit Services of America, PCA d/b/a AgDirect ("FCSA") has one claim in the TERRY M. ROBINSON and REBECCA A. ROBINSON bankruptcy, that being: Account No. 7532 in the amount of $25,068.55. This claim is more fully set forth in FCSA's filed Proof of Claim in Cause No. 23-50097-rlj12 (Claim No. 10).

b.      FCSA has a security interest on equipment as more fully set forth in their Retail Installment Contract and Security Agreement, which is attached to FCSA's Proof of Claim (Claim No. 10). All claim(s) are cross-collateralized, if applicable. FCSA retains its security interest and lien in the equipment to secure its claim and all necessary UCC's have been filed.

c.      The claim of FCSA shall continue to be cross-collateralized and cross-defaulted, so that default in payment of any claim of FCSA shall be a default in the payment of all the claims of FCSA, if applicable.

d.      Debtors shall cause to be placed, maintain, and pay timely all required liability, flood, life, fire hazard, and comprehensive public liability insurance coverage as is currently in effect or required by law or by contract on all FCSA's collateralized equipment. Debtors shall provide copies of such insurance policies and evidence that each such insurance policy identifies FCSA as Loss Payee with respect to FCSA's collateral. In the event FCSA is required to acquire or force place insurance, Debtors shall reimburse FCSA for its costs.

e.      FCSA shall be paid its reasonable attorneys' fees and expenses incurred in the case pursuant to §506 of the Bankruptcy Code. The fees and expenses of FCSA shall be added as additional principal to FCSA's claim for Account No. 7532 and the annual payments under the plan for this account shall be re-amortized accordingly. The Parties agree that FCSA's attorney fees as of confirmation of the Plan are at least $4,000.00. The attorney fees shall be added to Account No. 7532 and paid out according to the Plan under the re-amortized payment schedule. Debtors shall also reimburse FCSA for any reasonable post-confirmation attorneys' fees or other expenses expended by FCSA for preservation of its collateral or collection of its indebtedness.

f.      In the event secured creditor Farm Credit Services of America, PCA d/b/a AgDirect ("FCSA") and/or any other secured or unsecured creditor of Debtors listed in the Plan, does not receive any payment by the dates set forth in the Plan and such payment is not received during the pendency of the Trustee's 45-day grace period as referenced in Paragraph 12 and/or Exhibit "B" of the Plan, or in the event Debtors convert to a Chapter 7, or if the Trustee does not allow Debtors a grace period under the Plan, the automatic say of 11 U.S.C. §362 shall terminate as to FCSA without further recourse to this Court and FCSA shall be allowed to take any and all steps

necessary to exercise any and all rights it may have in the equipment collateral described as follows
and as referenced in this Plan:

> (i) **Account 7532:** Equipment collateral being that John Deere, Model 2210, Field
> Cultivator with serial number 1N02210LVC0745914, and any attachments. Cure
> payments to FCSA, in the event such payments are not made by the Trustee under
> the Plan, must be made by certified funds only and FCSA may charge Debtors $50
> for any notice given pursuant to this Order.

g.    In the event the Debtors decide to sell, transfer, or assign any of their property,
assets, or rights in the ordinary course of business as referenced in Exhibit "B" of the Plan, and to
the extent such sale, transfer, or assignment relates or pertains to FCSA's collateral as noted herein
and under the Plan, the Debtors shall obtain written permission and approval from FCSA of no
less than 30-days prior to any sale, transfer, assignment, or other disposition of the Collateral
including obtaining written permission and approval from FCSA prior to deciding, accepting, or
otherwise considering the adequacy of consideration of any such sale, transfer, or assignment.
Permission and approval by FCSA under this section are in addition to any permissions and
approvals required under the Plan, Trustee's Office, and the applicable provisions of the United
States Bankruptcy Code. In the event FCSA does not give its permission and approval of the sale,
transfer, assignment, or otherwise disposition of the Collateral, such permission and approval to
be given at the sole and absolute discretion of FCSA, such sale, transfer, assignment, or other
disposition shall not occur.

7)    **Statement Concerning Tax Consequences of the Plan:**

The provisions of the proposed Amended Joint Chapter 12 Plan of Reorganization of the
Debtors provide for normal operating procedures and associated financial accounting. However,
the Plan contemplates the sale of certain capital assets, and, therefore, there likely will be tax
consequences as a result of the Plan. Therefore, it is contemplated that the provisions of the
Bankruptcy Code relating to such tax claims shall be employed to treat the taxes generated by such
liquidations as Unsecured Claims as set forth pursuant to the provisions of 11 U.S.C. Section 1232.

11 U.S.C. § 1232 provides in relevant pan:

(a)    [A]ny unsecured claim of a governmental unit against the debtor or the estate that
arises before the filing of the petition, or that arises after the filing of the petition and before
the debtor's discharge under section 1228, as a result of a sale, transfer, exchange, or other
disposition of any property used in the debtor's farming operation-

(1) shall be treated as an unsecured claim arising before the date on which the petition is
filed;
(2) shall not be entitled to priority under section 507;
(3) shall be provided for under a plan; and
(4) shall be discharged in accordance with section 1228.

Thus, to the extent necessary the Debtors will file their tax returns with the Internal
Revenue Service in the manner described in section 1232(d) of the Bankruptcy Code which

requires appropriate notice under the provisions of section 505(b)(1). Such provisions provide for the filing of the tax returns by the Debtors, notice of the filing to the IRS, and then establish a procedure for a prompt determination regarding the propriety of such re turns. In the event the Internal Revenue Service has not filed a proof of claim related to such return within 180 days after it receives notice then the Debtors or the Chapter 12 Trustee may file a proof of claim which may not then by amended by the Internal Revenue Service. The Bankruptcy Court will have jurisdiction to determine any disputes relating to the treatment of such taxes in accordance with the provisions of section 502 of the Bankruptcy Code.

EXHIBIT "A"
## PLAN DEFINITIONS

ADMINISTRATIVE EXPENSE:  Claims and expenses which are entitled to priority pursuant to § 503(b) of the Bankruptcy Code.

CODE or BANKRUPTCY CODE:  Shall mean Title 11 of the United States Code including provisions of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 and such portions of Title 18 and 28 as applicable.

CONFIRMATION:  Formal approval of the proposed Plan of Reorganization of the Debtors as entered by the Bankruptcy Court by an Order confirming the Plan at or after a hearing held pursuant to § 1224 of the Code.

EFFECTIVE DATE:  Unless specifically otherwise provided herein, effective date shall mean the date on which debtor(s) Chapter 12 Plan is confirmed.

PAYMENT CODE or CD:  Used herein shall be a numeric indicator of the term of installments to be made herein as follows:  "1" indicates annual, "2" indicates semi-annual, "4" indicates quarterly, and "12" indicates monthly.

PLAN:  The Plan of Reorganization in it's present form or as it may be amended or supplemented by the Debtors or the Court.

RULE or BANKRUPTCY RULE:  Shall mean a rule under the Federal Rules of Bankruptcy Procedure including rules promulgated under 28 U.S.C. Section 2075.

SECURED CLAIM:  Any claim secured by property of the Debtors pursuant to a duly perfected security interest.

TAX CLAIM:  Any claim entitled to priority treatment pursuant to § 507(a)(8) of the Code.

UNSECURED CREDITORS:  All creditors of Debtors holding claims for unsecured debts, liabilities, demands or claims of any nature including deficiency claims.

EXHIBIT "B"
## DEBTORS' METHOD OF PLAN EXECUTION

After the entry of an Order of Confirmation herein, the operation of the farming and ranching operation shall be and become subject to the general responsibility of Terry M. Robinson and Rebecca A. Robinson, general partners of 2B Farms, the Debtors, who shall have the responsibility for the management, control, and operation of the Debtors' farm operations.

A summary of projected annual income and expense is as follows:

**Income**

| | |
|---|---|
| Cattle Sales | 566,200.00 |
| Wheat | 96,000.00 |
| Sorghum | 25,000.00 |
| Other | 45,000.00 |
| Total Income | $ 732,200.00 |

**Expenses**

| | |
|---|---|
| Living Expense | 93,600.00 |
| Farm Operating Expenses | 290,116.47 |
| Total Expenses | $ 383,716.47 |
| **Net before Plan payments** | $ 338,483.53 |
| Estimated Plan Payments (2024) | $ 309,026.42 |
| Estimated Plan Payments (2025) | $ 278,299.04 |
| Estimated Plan Payments (2026) | $ 264,026.42 |

Nothing herein shall prohibit the Debtors from selling, transferring or assigning any of their property, assets or rights in the ordinary course of business, subject to the approval of the Chapter 12 Trustee and subject to whatever liens or security interests of creditors which shall exist in such property, and the Debtors shall have the right to decide upon the adequacy of consideration for any such sale, subject to the approval of the Chapter 12 Trustee.

Debtors will exercise reasonable and proper diligence and good faith in determining the reasonableness and necessity of expenditures the continuation, preservation and operation of

Debtors' farm operation.

Upon confirmation, all property of the estates shall vest in the respective Debtors, subject to whatever liens or security interests have been approved by the Court, created or reaffirmed herein.

Upon confirmation, the secured claims shall be evidenced by appropriate promissory notes, appropriate security agreements and financing statements.

Debtors shall dedicate all of their projected disposable income during the operation of the Plan to make payments under the Plan.

The Debtors shall have the right at any time to prepay all or any part of the aforesaid principal payments, and/or the interest without penalty, premium or prior notice provided that such payment applies to all of a class of claimants pro-rata.

The Debtors shall have a grace period of forty-five (45) days from and after the due date within which to make any payment provided for hereunder and utilization thereof shall not constitute a default under the Plan.

Debtors' completion of all payments under the Plan, other than payments to holders of allowed claims provided for under Sec. 1222(b)(5) or 1222(b)(10) of the United States Bankruptcy Code shall serve as a discharge of all provided for in this Plan to the extent provided for in Sec. 1228 of the Code.

Until the case is closed, the Court shall retain jurisdiction to ensure that the purpose and intent of this Plan is carried out.  The Court shall retain jurisdiction to hear and determine all claims against the Debtors and to enforce all causes of action which may exist on behalf of Debtors.  Nothing herein contained shall prevent the reorganized Debtors from taking such action as may be necessary in the enforcement of any cause of action which may exist on behalf of the Debtors.

**EXHIBIT "C"**

## DEBTOR'S TREATMENT OF EXECUTORY CONTRACTS

Debtors assume all executory contracts, including:

Any government programs

Grazing lease arrangements with Denny Family Trust, Robinson Farms, LP, Stirling Farm, Triple K and Vickey Speed.

**EXHIBIT B**

## DEBTORS' STATEMENT OF BASIS FOR VALUATION OF ASSETS

DEBTORS NAME   :   2B Farms, a Texas General Partnership, et al.   DATE   :   11/04/23
0

ASSET DESCRIPTION: 43.00 acres farmland (200 acres homestead not included)
equipment

| LAND TYPE | ACRES | EST. VALUE | TOTAL VALUE AMOUNT |
|---|---|---|---|
| VEHICLES | n/a | $143,276.44 | $143,276.44 |
| CATTLE | n/a | $802,800.00 | $802,800.00 |
| PASTURE | 43 | $2,115.86 | $90,981.98 |
| EQUIPMENT | n/a | $905,332.33 | $905,332.33 |
| OTHER | n/a | $1,670,758.12 | $1,670,758.12 |
| TOTALS | 43 | | $3,613,148.87 |

| LIEN HOLDERS | | LIEN AMOUNT | SECURED AMOUNT | UNSECURED AMOUNT |
|---|---|---|---|---|
| John Deere - 2014 JD 8370R | (1) | $90,028.33 | $90,028.33 | $0.00 |
| John Deere - 2016 Great Plains 3S | (2) | 22,177.50 | $22,177.50 | $0.00 |
| First Financial Bank - 2020 Ford  F350 | (3) | 71,510.44 | $71,510.44 | $0.00 |
| Farm Credit Services - 2210 Field Cult | (4) | 29,068.55 | $29,068.55 | $0.00 |
| Vermeer Credit Corp - Hay Rake | (5) | 4,513.00 | $4,513.00 | $0.00 |
| HTLF/FBT* | (6) | unknown | unknown | unknown |
| TOTALS | | $217,297.82 | $217,297.82 | $0.00 |

NOTES TO ANALYSIS
-----------------------------

## DEBTORS' LIQUIDATION ANALYSIS

11/09/23

Allowed Exemption Code                    (1= $50,000  2= $100,000)

| Asset Description | Asset Value | Total Liens | Equity Value Exempt | Non-Exempt |
|---|---|---|---|---|
| **Real Property** | | | | |
| Residence (homestead) | $423,171.19 | $0.00 | $423,171.19 | $0.00 |
| Farm Land 43 acres | $90,981.81 | $0.00 | $0.00 | $90,981.81 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| Total Real Property | $514,153.00 | $0.00 | $423,171.19 | $90,981.81 |
| | | | | |
| **Personal Property** | | | | |
| 2020 Ford F-350 | $71,510.44 | $71,510.44 | $71,510.44 | $0.00 |
| 2210 Field Cultivator | $25,068.55 | $25,068.55 | $0.00 | $0.00 |
| Hay Rake | $4,513.00 | $4,513.00 | $0.00 | $0.00 |
| Household Goods | $5,475.00 | | $5,475.00 | $0.00 |
| Artwork | $100.00 | | $100.00 | $0.00 |
| Firearms | $500.00 | | $0.00 | $500.00 |
| Firearms (exempt) | $700.00 | | $700.00 | $0.00 |
| Clothes | $1,200.00 | | $1,200.00 | $0.00 |
| Jewelry | $1,000.00 | | $1,000.00 | $0.00 |
| Cash | $300.00 | | | $300.00 |
| Money on Deposit | $10,082.97 | | | $10,082.97 |
| Stock & Patron Equities | $446,295.95 | | | $446,295.95 |
| IRA Retirement | $206,750.03 | | $206,750.03 | $0.00 |
| Robinson Family, LP | $1,154,430.00 | | | $1,154,430.00 |
| Robinson Fresh Water Station | $20,054.00 | | | $20,054.00 |
| Mineral Interests | $30,879.00 | | $30,879.00 | $30,879.00 |
| Canyon Wind | $4,917.00 | | | $4,917.00 |
| Seed | $12,000.00 | | $12,000.00 | $0.00 |
| Money on Deposit - 2B | $8,716.20 | | | $8,716.20 |
| Cattle - 2B*** | $802,800.00 | | | $802,800.00 |
| Equipment - 2B*** | $763,550.00 | | | $763,550.00 |
| 2016 Great Plains Drill - 2B | $22,177.50 | $22,177.50 | | $0.00 |
| 2014 JD 8370R Tractor - 2B | $90,023.28 | $90,023.28 | | $0.00 |
| Herbicide - 2B | $10,000.00 | | | $10,000.00 |
| Hay and Silage - 2B | $2,500.00 | | | $2,500.00 |
| 2021 Chevrolet Tahoe - 2B | $50,000.00 | $50,000.00 | | $0.00 |
| 2015 Ford F-250 - 2B | $20,266.00 | | | $20,266.00 |
| 2008 Ford F-250 - 2B | $1,500.00 | | | $1,500.00 |
| A/R and Legal Claims Recover | $0.00 | | | $0.00 |
| Crop Insurance Check | $63,407.00 | | | $63,407.00 |
| 2022 PBJV Invest. Venture | $37,000.00 | | | $37,000.00 |
| Totals | $3,867,715.92 | $263,292.77 | $329,614.47 | $3,377,198.12 *** |

Variance for Allowed Exemptions                     $229,614.47
Allowed Exemption Amount                            $100,000.00

*** HTLF claims a lien on all of the Debtors' cattle and equipment, which the Debtors dispute. The Debtors' value collateral in a combined total amount of $1,566,350. The combined total amount of all of the Debtors' non-exempt assets shown above does not reflect HTLF's disputed lien claim, which, if applied, would total $1,810,848.12.

**EXHIBIT "F"**

**STATEMENT OF ANTICIPATED TAX CONSEQUENCES OF THE PLAN**

Debtors' Plan does not contemplate the sale or abandonment of any capital assets at this time, thus there would be no capital gains taxes resulting from the plan.  Should Debtors sell assets during the term of the Plan, the Debtors would possibly be subject to capital gains taxes attributable to such sales.

Debtors anticipates normal tax filings for the plan years.

## Exhibit "G" - 2024 Cash Flow Projections

| | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Cattle | $260,000.00 | | $275,000.00 | | | | | | $31,200.00 | | | | $566,200.00 |
| wheat grazing | | | | | $96,000.00 | | | | | | | | $96,000.00 |
| Sorghum | | | | | | | | | $25,000.00 | | | | $25,000.00 |
| Sudan Hay | | | | | | | | | | | | | $0.00 |
| Social Security Benefits | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $21,000.00 |
| Mineral Interest | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Insurance Proceeds | | | | | | | | | | | | | $0.00 |
| Gov't Farm Support Programs | | | | | | | | | | | | | $0.00 |
| **Total** | $263,750.00 | $3,750.00 | $278,750.00 | $3,750.00 | $99,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $59,950.00 | $3,750.00 | $3,750.00 | $3,750.00 | $732,200.00 |
| **Expenses** | | | | | | | | | | | | | |
| Fuel | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Feed | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Herbicides | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Fertilizer | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $30,000.00 |
| Electricity/Utilities | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $3,999.96 |
| Repairs | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Crop Insurance | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $9,166.63 |
| Seed | | | | | | | $35,000.00 | | | | | | $35,000.00 |
| Labor | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $28,800.00 |
| Living Expenses | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $93,600.00 |
| Grazing Lease Payments | $84,150.00 | | | | | | | | | | | | $84,150.00 |
| **Total** | $106,266.65 | $22,116.65 | $22,116.65 | $22,116.65 | $22,116.65 | $22,116.65 | $57,116.65 | $22,116.65 | $22,116.65 | $22,116.65 | $22,116.65 | $22,116.65 | $383,716.47 |
| **Net Before Plan Pmts** | $157,483.35 | -$18,366.65 | $256,633.35 | -$18,366.65 | $77,633.35 | -$18,366.65 | -$53,366.65 | -$18,366.65 | $37,833.35 | -$18,366.65 | -$18,366.65 | -$18,366.65 | $348,483.53 |
| **Plan Payments** | | | | | | | | | | | | | |
| McWhorter, Cobb & Johnson | | | $15,000.00 | | $15,000.00 | | $15,000.00 | | $15,000.00 | | $15,000.00 | | $75,000.00 |
| IRS (priority claim) | | | $20,083.36 | | | $20,083.36 | | | $20,083.36 | | | $20,083.36 | $80,333.44 |
| Scurry County Tax Office | $3,022.57 | | | | | | | | | | | | $3,022.57 |
| John Deere (2014 JD Tractor) | $21,372.40 | | | | | | | | | | | | $21,372.40 |
| John Deere (2016 Great Plains Drill) | $5,294.90 | | | | | | | | | | | | $55,294.90 |
| First Financial Bank | $15,365.87 | | | | | | | | | | | | $15,365.87 |
| Farm Credit Services | $7,667.52 | | | | | | | | | | | | $57,667.52 |
| Vermeer Credit Corp | $969.73 | | | | | | | | | | | | $969.73 |
| HTLF Bank | $99,999.99 | | | | | | | | | | | | $99,999.99 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| **Total Plan Payments** | $153,692.98 | $0.00 | $35,083.36 | $0.00 | $15,000.00 | $20,083.36 | $15,000.00 | $0.00 | $35,083.36 | $0.00 | $15,000.00 | $20,083.36 | $309,026.42 |
| **Net After Plan Payments** | $3,790.37 | -$18,366.65 | $221,549.99 | -$18,366.65 | $62,633.35 | -$38,450.01 | -$68,366.65 | -$18,366.65 | $2,749.99 | -$18,366.65 | -$33,366.65 | -$38,450.01 | $39,457.11 |
| **Ending Cash** | $3,790.37 | -$14,576.28 | $206,973.71 | $188,607.06 | $251,240.41 | $212,790.40 | $144,423.75 | $126,057.10 | $128,807.09 | $110,440.44 | $77,073.79 | $38,623.78 | |

Exhibit "G" - 2025 Cash Flow Projections

| | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Cattle | $260,000.00 | | $275,000.00 | | | | | | | $40,000.00 | | | $575,000.00 |
| wheat grazing | | | | | | $100,000.00 | | | | | | | $100,000.00 |
| Sorghum | | | | | | | | | | | | | $0.00 |
| Sudan Hay | | | | | | | | | | $30,000.00 | | | $30,000.00 |
| Social Security Benefits | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $21,000.00 |
| Mineral Interest | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Insurance Proceeds | | | | | | | | | | | | | $0.00 |
| Gov't Farm Support Programs | | | | | | | | | | | | | $0.00 |
| **Total** | $263,750.00 | $3,750.00 | $278,750.00 | $3,750.00 | $3,750.00 | $103,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $73,750.00 | $3,750.00 | $3,750.00 | $750,000.00 |
| **Expenses** | | | | | | | | | | | | | |
| Fuel | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Feed | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $15,000.00 |
| Herbicides | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Fertalizer | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $30,000.00 |
| Electricity/Utilities | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $3,999.96 |
| Repairs | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Crop Insurance | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $9,166.63 |
| Seed | | | | $15,000.00 | | | $21,000.00 | | | | | | $36,000.00 |
| Labor | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $28,800.00 |
| Living Expenses | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $93,600.00 |
| Grazing Lease Payments | $84,150.00 | | | | | | | | | | | | $84,150.00 |
| **Total** | $105,516.65 | $21,366.65 | $21,366.65 | $36,366.65 | $21,366.65 | $21,366.65 | $42,366.65 | $21,366.65 | $21,366.65 | $21,366.65 | $21,366.65 | $21,366.65 | $375,716.47 |
| **Net Before Plan Pmts** | $158,233.35 | -$17,616.65 | $257,383.35 | -$32,616.65 | -$17,616.65 | $82,383.35 | -$38,616.65 | -$17,616.65 | -$17,616.65 | $52,383.35 | -$17,616.65 | -$17,616.65 | $374,283.53 |
| **Plan Payments** | | | | | | | | | | | | | |
| McWhorter, Cobb & Johnson | | | $15,000.00 | | | $15,000.00 | | | $15,000.00 | | | | $45,000.00 |
| IRS (priority claim) | | | $20,083.36 | | | $20,083.36 | | | $20,083.36 | | | $20,083.36 | $80,333.44 |
| Scurry County Tax Office | $3,022.57 | | | | | | | | | | | | $3,022.57 |
| John Deere (2014 JD Tractor) | $21,372.40 | | | | | | | | | | | | $21,372.40 |
| John Deere (2016 Great Plains Drill) | $5,294.90 | | | | | | | | | | | | $5,294.90 |
| First Financial Bank | $15,365.87 | | | | | | | | | | | | $15,365.87 |
| Farm Credit Services | $6,940.14 | | | | | | | | | | | | $6,940.14 |
| Vermeer Credit Corp | $969.73 | | | | | | | | | | | | $969.73 |
| HTLF Bank | $99,999.99 | | | | | | | | | | | | $99,999.99 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| **Total Plan Payments** | $152,965.60 | $0.00 | $35,083.36 | $0.00 | $0.00 | $35,083.36 | $0.00 | $0.00 | $35,083.36 | $0.00 | $0.00 | $20,083.36 | $278,299.04 |
| **Net After Plan Payments** | $5,267.75 | -$17,616.65 | $222,299.99 | -$32,616.65 | -$17,616.65 | $47,299.99 | -$38,616.65 | -$17,616.65 | -$52,700.01 | $52,383.35 | -$17,616.65 | -$37,700.01 | $95,984.49 |
| **Ending Cash** | $5,267.75 | -$12,348.90 | $209,951.09 | $177,334.44 | $159,717.79 | $207,017.78 | $168,401.13 | $150,784.48 | $98,084.47 | $150,467.82 | $132,851.17 | $95,151.16 | |

## Exhibit "G" - 2026 Cash Flow Projections

| | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Cattle | $260,000.00 | | $275,000.00 | | | | | | | $40,000.00 | | | $575,000.00 |
| wheat grazing | | | | | | $100,000.00 | | | | | | | $100,000.00 |
| Sorghum | | | | | | | | | | | | | $0.00 |
| Sudan Hay | | | | | | | | | | $30,000.00 | | | $30,000.00 |
| Social Security Benefits | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $21,000.00 |
| Mineral Interest | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Insurance Proceeds | | | | | | | | | | | | | $0.00 |
| Gov't Farm Support Programs | | | | | | | | | | | | | $0.00 |
| **Total** | $263,750.00 | $3,750.00 | $278,750.00 | $3,750.00 | $3,750.00 | $103,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $73,750.00 | $3,750.00 | $3,750.00 | $750,000.00 |
| **Expenses** | | | | | | | | | | | | | |
| Fuel | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Feed | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $15,000.00 |
| Herbicides | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Fertilizer | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $30,000.00 |
| Electricity/Utilities | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $3,999.96 |
| Repairs | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| Crop Insurance | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $9,166.63 |
| Seed | | | | $15,000.00 | | | $21,000.00 | | | | | | $36,000.00 |
| Labor | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $28,800.00 |
| Living Expenses | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $7,800.00 | $93,600.00 |
| Grazing Lease Payments | $84,150.00 | | | | | | | | | | | | $84,150.00 |
| **Total** | $105,516.65 | $21,366.65 | $21,366.65 | $36,366.65 | $21,366.65 | $21,366.65 | $42,366.65 | $21,366.65 | $21,366.65 | $21,366.65 | $21,366.65 | $21,366.65 | $375,716.47 |
| **Net Before Plan Pmts** | $158,233.35 | -$17,616.65 | $257,383.35 | -$32,616.65 | -$17,616.65 | $82,383.35 | -$38,616.65 | -$17,616.65 | -$17,616.65 | $52,383.35 | -$17,616.65 | -$17,616.65 | $374,283.53 |
| **Plan Payments** | | | | | | | | | | | | | |
| McWhorter, Cobb & Johnson | | $15,000.00 | | | | $15,000.00 | | | | | | | $30,000.00 |
| IRS (priority claim) | | | $20,083.36 | | | $20,083.36 | | | $20,083.36 | | | $20,083.36 | $80,333.44 |
| Scurry County Tax Office | $3,022.57 | | | | | | | | | | | | $3,022.57 |
| John Deere (2014 JD Tractor) | $21,372.40 | | | | | | | | | | | | $21,372.40 |
| John Deere (2016 Great Plains Drill) | $5,294.90 | | | | | | | | | | | | $5,294.90 |
| First Financial Bank | $15,365.87 | | | | | | | | | | | | $15,365.87 |
| Farm Credit Services | $7,667.52 | | | | | | | | | | | | $7,667.52 |
| Vermeer Credit Corp | $969.73 | | | | | | | | | | | | $969.73 |
| HTLF Bank | $99,999.99 | | | | | | | | | | | | $99,999.99 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| **Total Plan Payments** | $153,692.98 | $15,000.00 | $20,083.36 | $0.00 | $0.00 | $35,083.36 | $0.00 | $0.00 | $20,083.36 | $0.00 | $0.00 | $20,083.36 | $264,026.42 |
| **Net After Plan Payments** | $4,540.37 | -$32,616.65 | $237,299.99 | -$32,616.65 | -$17,616.65 | $47,299.99 | -$38,616.65 | -$17,616.65 | -$37,700.01 | $52,383.35 | -$17,616.65 | -$37,700.01 | $110,257.11 |
| **Ending Cash** | $4,540.37 | -$28,076.28 | $209,223.71 | $176,607.06 | $158,990.41 | $206,290.40 | $167,673.75 | $150,057.10 | $112,357.09 | $164,740.44 | $147,123.79 | $109,423.78 | |