Hudson M. Jobe, Esq.
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 – Telephone
(214) 871-2111 – Facsimile

SPECIAL COUNSEL FOR KENT RIES, TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 12 Case** |
| §  | | |
| **2B Farms, a Texas General Partnership, et al.,** § | | **Case No. 23-50096-rlj12** |
| §  | | |
| *Debtors*. § | | **Jointly Administered** |

**STIPULATION OF 2B DEBTORS, KENT RIES, CHAPTER 7 TRUSTEE IN THE MCCLAIN ENTITY CASES, AND RABO AGRIFINANCE LLC, TO EXTEND VARIOUS DEADLINES IN CHAPTER 12 CASES**

2B Farms, a Texas General Partnership, and its alleged general partners, Terry M. Robinson and Rebecca A. Robinson (collectively with 2B Farms referred to as the "**2B Debtors**"), Kent Ries, Chapter 7 Trustee of the bankruptcy estates of McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ) (the "**Trustee**"), and Rabo Agrifinance LLC ("**Rabo**") stipulate as follows:

1. On October 27, 2023, the Court entered its Order Granting Joint Motion of Kent Ries, Chapter 7 Trustee in the McClain Entity Cases, and Rabo Agrifinance LLC, to Extend Various Deadlines in Chapter 12 Cases (Docket No. 99) (the "**Order**"). The Order provided, among other things:

> ORDERED that as to the Trustee in the McClain Entity Cases and Rabo, the deadlines for the filing of Proofs of Claim and/or amended Proofs of Claim, and for the filing of any complaints objecting to the discharge of any of the 2B Debtors shall be extended to

**February 10, 2024** (and subject to further extension if agreed to by the 2B Debtors or ordered by the Court). IT IS FURTHER

ORDERED that the confirmation of any plan and any discharge shall be without prejudice to the Trustee in the McClain Entity Cases and Rabo. For the avoidance of any arguments, the 2B Debtors shall include language to this effect in any subsequent orders, including confirmation or discharge; however, the terms of this Order shall control in the event of any inconsistency between it and any other pleading or Order.

2. The Order was expressly incorporated into the Court's December 18, 2023 Order Confirming Debtors' Amended Joint Chapter 12 Plan of Reorganization (Docket No. 124).

3. Pursuant to the Order, the 2B Debtors, the Trustee, and Rabo agree to extend the February 10, 2024 deadline to **March 25, 2024**.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
 WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: */s/ Hudson M. Jobe*
 Hudson M. Jobe
 State Bar No. 24041189

SPECIAL COUNSEL FOR KENT RIES, TRUSTEE

- AND-

Kent Ries, Attorney at Law
State Bar No. 1691450
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440-Fax

COUNSEL FOR TRUSTEE

PAGE 2

By:   */s/ Todd J. Johnston*
Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
(806) 762-0214 – Telephone
ATTORNEYS FOR DEBTORS

By:   */s/ Michael R. Johnson*
Michael R. Johnson
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
(801) 532-1500 – Telephone]
ATTORNEYS FOR RABO AGRIFINANCE, LLC

**PAGE 3**