Hudson M. Jobe, Esq.
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 – Telephone
(214) 871-2111 – Facsimile

SPECIAL COUNSEL FOR KENT RIES, TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| **In re:** § | | **Chapter 12 Case** |
| § | | |
| **2B Farms, a Texas General Partnership, et al.,** § | | **Case No. 23-50096-swe12** |
| § | | |
| *Debtors.* § | | **Jointly Administered** |

**STIPULATION OF 2B DEBTORS, AND KENT RIES, CHAPTER 7 TRUSTEE IN THE**
**MCCLAIN ENTITY CASES**

2B Farms, a Texas General Partnership, and its general partners, Terry M. Robinson and Rebecca A. Robinson (collectively with 2B Farms referred to as the "**2B Debtors**"), and Kent Ries, Chapter 7 Trustee of the bankruptcy estates of McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ) (the "**Trustee**") stipulate as follows:

1.  On October 27, 2023, the Court entered its Order Granting Joint Motion of Kent Ries, Chapter 7 Trustee in the McClain Entity Cases, and Rabo Agrifinance LLC, to Extend Various Deadlines in Chapter 12 Cases (Docket No. 99) (the "**Order**"). The Order provided, among other things:

> ORDERED that as to the Trustee in the McClain Entity Cases and Rabo, the deadlines for the filing of Proofs of Claim and/or amended Proofs of Claim, and for the filing of any complaints objecting to the discharge of any of the 2B Debtors shall be extended to **February 10, 2024** (and subject to further extension if agreed to by the 2B Debtors or ordered by the Court). IT IS FURTHER

ORDERED that the confirmation of any plan and any discharge shall be without prejudice to the Trustee in the McClain Entity Cases and Rabo. For the avoidance of any arguments, the 2B Debtors shall include language to this effect in any subsequent orders, including confirmation or discharge; however, the terms of this Order shall control in the event of any inconsistency between it and any other pleading or Order.

2. The Order was expressly incorporated into the Court's December 18, 2023 Order Confirming Debtors' Amended Joint Chapter 12 Plan of Reorganization (Docket No. 124).

3. Pursuant to the Order, the 2B Debtors and the Trustee agree to extend the current April 28, 2025 deadline to **October 28, 2025**.

        Respectfully submitted,

        QUILLING, SELANDER, LOWNDS,
          WINSLETT & MOSER, P.C.
        2001 Bryan Street, Suite 1800
        Dallas, Texas 75201
        (214) 871-2100 (Telephone)
        (214) 871-2111 (Facsimile)

        By: */s/ Hudson M. Jobe*
            Hudson M. Jobe
            State Bar No. 24041189

        SPECIAL COUNSEL FOR KENT RIES, TRUSTEE

        - AND-

        Kent Ries, Attorney at Law
        State Bar No. 1691450
        PO Box 3100
        Amarillo, Texas 79116
        (806) 242-7437
        (806) 242-7440-Fax

        COUNSEL FOR TRUSTEE

        By: */s/ Todd J. Johnston*
        Todd J. Johnston
        McWhorter, Cobb & Johnson, LLP
        1722 Broadway

Lubbock, TX 79401
(806) 762-0214 – Telephone
ATTORNEYS FOR DEBTORS