Timothy T. Pridmore; SBN: 00788224
Todd J. Johnston; SBN: 24050837
MCWHORTER, COBB & JOHNSON, LLP
1722 Broadway (79401)
P. O. Box 2547
Lubbock, Texas 79408
806/762-0214; 806/498-4808 (fax)
*Attorneys for Debtors, 2B Farms, a Texas General Partnership,*
*Terry M. Robinson and Rebecca A. Robinson*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| In re:<br><br>2B Farms, a Texas General Partnership,<br>　　　Debtor. | Case No. 23-50096-swe12 |
| In re:<br><br>Terry M. Robinson and<br>Rebecca A. Robinson,<br>　　　Debtors. | Case No. 23-50097-swe12<br>(Jointly Administered Under<br>Case No. 23-50096-swe12) |

**NOTICE OF FILING FOURTH INTERIM FEE APPLICATION OF ROBINSON, BURDETTE, MARTIN & SERIGHT, LLP AS ACCOUNTANTS FOR THE DEBTORS**

TO:　　ALL CREDITORS AND PARTIES-IN-INTEREST:

　　　　NOTICE OF OPPORTUNITY FOR OBJECTION

IT IS POSSIBLE THAT HEARING WILL NOT BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ROOM 306, FEDERAL BUILDING, 1205 TEXAS AVENUE, LUBBOCK, TEXAS 79401 ON THE **5th DAY OF JULY 2025**, WHICH IS TWENTY-FOUR (24) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE

{00850554.DOCX - ver}

NOTICED ACTION MAY BE TAKEN.

Please take notice that Robinson, Burdette, Martin & Seright, LLP, accountants for 2B Farms, a Texas General Partnership, Terry Robinson and Rebecca Robinson, Debtors in the above referenced case ("RBMS"), have filed this *Fourth Interim Fee Application of Robinson, Burdette, Martin & Seright, LLP as Accountants for the Debtors* for the following:

        Accounting Fees in the amount of:        $7,255.00

A copy of the motion for compensation has been filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Texas and may be examined during its normal business hours, or you may request a copy from Todd J. Johnston, McWhorter, Cobb & Johnson, P.O. Box 2547, Lubbock, Texas 79408.

Dated: June 11, 2025

        Respectfully submitted

        **MCWHORTER, COBB & JOHNSON, L.L.P.**
        1722 Broadway (70401)
        P.O. Box 2547
        Lubbock, Texas 79408
        (806) 762-0214 - Telephone
        (806) 498-4808 – Facsimile

        Timothy T. Pridmore
        SBN:  00788224
        *tpridmore@mcjllp.com*
        Todd J. Johnston
        SBN:  24050837
        *tjohnston@mcjllp.com*

        By: */s/ Todd J. Johnston*
            Todd J. Johnston
        ***ATTORNEYS FOR DEBTORS 2B FARMS, a TEXAS GENERAL PARTNERSHIP, AND TERRY M. ROBINSON AND REBECCA A. ROBINSON***

{00850554.DOCX - ver}

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2025 a true and correct copy of the foregoing *Notice* was served upon the following listed parties either by enabled electronic filing or via first class United States mail.

1. U.S. Trustee
   1100 Commerce, Suite 976
   Dallas, TX  75242

2. All parties in interest registered with the
   the U. S. Bankruptcy Court to receive
   electronic notices in this case.

3. All creditors and parties in interest
   listed on the attached mailing matrix.

                                                    */s/ Todd J. Johnston*
                                                        Todd J. Johnston