

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 19, 2025**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| In re:<br><br>2B Farms, a Texas General Partnership,<br>Debtor. | Case No. 23-50096-swe12 |
| In re:<br><br>Terry M. Robinson and<br>Rebecca A. Robinson,<br>Debtors. | Case No. 23-50097-swe12<br>(Jointly Administered Under<br>Case No. 23-50096-swe12) |

**AGREED ORDER APPROVING DEBTORS' MOTION TO MODIFY**
**DEBTORS' AMENDED JOINT CHAPTER 12 PLAN OF REORGANIZATION**

On this day came to be considered the *Motion to Modify Debtors' Amended Joint Chapter 12 Plan of Reorganization* ("Motion") filed by 2B Farms, a Texas General Partnership ("**2B Farms**"), and Terry M. Robinson and Rebecca A. Robinson (collectively, the "**Robinsons**"), the debtors in the above-styled and -numbered jointly administered bankruptcy proceedings (collectively, "**Debtors**"), requesting that the Court modify the compensation provisions for their

attorney in their *Amended Joint Chapter 12 Plan of Reorganization and Motion for Valuation* ("**Plan**") [Dkt. No. 106] and Order incorporating same [Dkt. No. 124]. The Court having considered the pleading and the agreement between the undersigned counsel, finds that:

**ORDERED** that the Motion is GRANTED, it is further

**ORDERED** that the Debtors' *Amended Joint Chapter 12 Plan of Reorganization and Motion for Valuation* [Dkt. No. 106] and Order incorporating same [Dkt. No. 124] are hereby modified as follows:

> 3. Debtor Attorney:
> Debtors' attorney is named below and will be paid by the Trustee as follows:
>
> Debtors' attorney compensation is on a contingency fee basis pursuant to the Court's prior Orders entered on March 31, 2025 in Case No.23-50096 [Dkt. 194] and on May 22, 2025 in Case No. 23-50097 [Dkt. No. 37]. The Debtors' attorney is permitted from time to time to submit an application(s) to be paid directly by the Debtors for work related to the general administration of the Debtors' bankruptcy estates unrelated to the pending McClain adversary proceedings.

Further, all subsequent payments to Debtors' counsel shown in Section 1(A) and 3 of the Order Confirming Debtor's Amended Joint Chapter 12 Plan of Reorganization [Doc #128] or on the Debtors' cash flow statements on or after July 1, 2025 are deleted.

### End of Order ###

**Approved and Submitted by:**

/s/   Todd J. Johnston                                           Dated:  July 18, 2025
McWHORTER COBB & JOHNSON, LLP
Timothy T. Pridmore, SBN: 00788224
Todd Johnston, SBN:  24050837
PO Box 2547
Lubbock, Texas 79408
Telephone:  (806) 762-0214
Facsimile:  (806) 762-8014
Email:   tpridmore@mcjllp.com
Email:   tjohnston@mcjllp.com

**Attorneys for Debtors, 2B Farms, a Texas**

***General Partnership, and Terry M. Robinson
and Rebecca A. Robinson***

*/s/  Brad Kloiber*                                          Dated:  July 28, 2025
Brad Kloiber
Chapter 12 Trustee