CHAPTER 12 CASE
MONTHLY PROFIT AND LOSS REPORT MONTH OF: July, 2025
NAME OF DEBTOR: Terry & Rebecca Robinson
CASE NO.: 23-50097

## MONTHLY RECEIPTS AND DISBURSEMENTS

1. CASH RECEIVED DURING MONTH

| RECEIPT ITEM | QUANTITY SOLD (BALES,BUSHELS,LBS,HEAD) | CROP YEAR | AMOUNT | |
|---|---|---|---|---|
| A.CROPS SOLD | | | | |
| 1. COTTON | | | $ | |
| 2. WHEAT | | | $ | |
| 3. GRAINS | | | $ | |
| 4. CORN | | | $ | |
| 5. SUGAR BEETS | | | $ | |
| 6. OTHER | | | $ | |
| B.PASTURE RENTAL | | | $ | |
| C.AGRICULTURAL PROGRAM PAYMENTS | | | $ | |
| D.CCC LOANS | | | $ | |
| E.SALES OF LIVESTOCK BOUGHT FOR RESALE | | | $ | |
| F.SALES OF BREEDING HERD | | | $ | |
| G.MACHINE WORK | | | $ | |
| H.CROP INSURANCE PROCEEDS | | | $ | |
| I.DISTRIBUTIONS FROM CO-OP (1) Patronage Dividends | | | $ | |
| (2) Stock Retirement | | | $ | |
| J.OTHER FARM INCOME | | | $ | |
| K.WAGES EARNED FROM OUTSIDE WORK | | | $ | |
| L.REIMBURSEMENT OF EXPENSE | | | $ | |
| M.RENTS AND ROYALTIES | | | $5552.67 | |
| N.INTEREST AND DIVIDENDS | | | $ | |
| O.SOCIAL SECURITY BENEFITS | | | $ 2177.00 | |
| P.BUSINESS INCOME (SCHEDULE C and E) | | | $ | |
| Q.OTHER RECEIPTS | | | $ 7.85 | |
| R.TOTAL RECEIPTS (SUM OF A THRU Q) | | | | $ 7737.52 |
| S.TRANSFERS | | | $ | |
| T.NEW LOAN RECEIVED THIS MONTH | | | $ | |
| U.CASH COLLATERAL RECEIPTS/REFUND OF CASH COLLATERAL | | | $ | |

CHAPTER 12 CASE

MONTHLY PROFIT AND LOSS REPORT — MONTH OF: July , 2025
NAME OF DEBTOR: Terry & Rebecca Robinson
CASE NO.: 23 50097

2. EXPENSES PAID

| | | |
|---|---|---|
| A.TOTAL FROM PAGE 3 FOR HOUSEHOLD/LIVING EXPENSE | | $ 9734.55 |
| FARM OPERATING EXPENSES PAID (ITEMIZE) | | |
| B.COST OF LIVESTOCK SOLD FROM PAGE 4 | $ | |
| C.COST OF BREEDING HERD SOLD FROM PAGE 4 | $ | |
| D.CHEMICALS | $ | |
| E.CUSTOM HIRE (MACHINE WORK) | $ | |
| F.FEED PURCHASED | $ | |
| G.FERTILIZER AND LIME | $ | |
| H.GASOLINE, FUEL, OIL | $ 253.00 | |
| I.INSURANCE | $ | |
| J.INTEREST | $ | |
| K.LABOR | $ | |
| L.RENT OF FARM, PASTURE | $ | |
| M.REPAIRS, MAINTENANCE | $ | |
| N.SEEDS, PLANTS PURCHASED | $ | |
| O.STORAGE, WAREHOUSING, FREIGHT, TRUCKING | $ | |
| P.TAXES | $ | |
| Q.UTILITIES | $ | |
| R.OTHER EXPENSES (LIST) | $ | |
| 1. | $ | |
| 2. | $ | |
| S.TOTAL FARM EXPENSES (SUM OF B THRU R) | | $ 253.00 |
| T.PLAN PAYMENTS MADE TO CHAPTER 12 TRUSTEE | | $ |
| U.OTHER PAYMENTS MADE TO SECURED CREDITORS | | $ |
| V.OTHER BUSINESS EXPENSES (SCHEDULE C AND E) | | $ |
| W. TOTAL EXPENSES PAID DURING MONTH (SUM of A+S+T+U+V) | | $ 9987.55 |
| X. PROFIT(OR LOSS) FOR MONTH(LINE R, PAGE 1 LESS LINE W, PAGE 2) | | $ |
| Y.TRANSFERS | | $ |
| Z.LOANS REPAID | | $ |
| AA.CASH COLLATERAL PRINCIPAL REPAYMENT | | $ |

Revised 1/1/2016

CHAPTER 12 CASE

MONTHLY PROFIT AND LOSS REPORT MONTH OF: July, 2025

NAME OF DEBTOR: Terry & Rebecca Robinson

CASE NO.: 23-50097

HOUSEHOLD AND LIVING EXPENSE

| Item | Sub-amount | Amount |
|---|---|---|
| A. HOME MORTGAGE | | $ |
| B. ROUTINE HOME MAINTENANCE | | $ 351.84 |
| C. RENT | | $ |
| D. TOTAL UTLITIES (SUM OF 1 THRU 5) | | $ 412.91 |
| 1. ELECTRIC | $ 129.56 | |
| 2. WATER | $ | |
| 3. TELEPHONE | $ 283.35 | |
| 4. GAS | $ | |
| 5. OTHER | $ | |
| E. FOOD | | $ 959.78 |
| F. CLOTHING | | $ 331.43 |
| G. LAUNDRY AND CLEANING | | $ |
| H. MEDICAL | | $ 672.99 |
| I. TOTAL INSURANCE NOT DEDUCTED FROM WAGES (SUM OF 1 THRU 5) | | $ 4669.19 |
| 1. AUTO | $ | |
| 2. LIFE | $ 4050.64 | |
| 3. MEDICAL | $ 618.55 | |
| 4. HOMEOWNERS | $ | |
| 5. OTHER | $ | |
| J. TRANSPORTATION NOT INCLUDING AUTO PAYMENTS | | $ |
| K. RECREATION AND EATING OUT | | $ 50.16 |
| L. DUES NOT DEDUCTED FROM WAGES | | $ |
| M. TAXES NOT DEDUCTED FROM WAGES OR INCLUDED IN MORTAGE PAYMENTS. | | $ |
| N. ALIMONY, MAINTENANCE OR SUPPORT PAYMENTS | | $ |
| O. RELIGIOUS OR OTHER CHARITABLE CONTRIBUTIONS | | $ 873.00 |
| P. TOTAL OTHER EXPENSES (SUM OF 1 THRU 5) | | $ 1213.23 |
| 1. Supplies | $ 740.03 | |
| 2. Subscriptions | $ 473.20 | |
| 3. | $ | |
| 4. | $ | |
| Q. TOTAL INSTALLMENT PAYMENTS (SUM OF 1 THRU 5) | | $ |
| 1. AUTO | $ | |
| 2. HOME IMPROVEMENT | $ | |
| 3. | $ | |
| 4. | $ | |
| TOTAL HOUSEHOLD AND LIVING EXPENSE | | $ 9734.55 |

ENTER ON LINE LINE 2 A, PAGE 2

Revised 1/1/2015

CHAPTER 12 CASE



MONTHLY PROFIT AND LOSS REPORT

MONTH OF: July , 2025

NAME OF DEBTOR: Terry & Rebecca Robinson
CASE NO.: 23-50091

PURCHASE AND SALE OF LIVESTOCK HELD FOR RESALE

| | MONTHLY PURCHASES | | | MONTHLY SALES | | | |
|---|---|---|---|---|---|---|---|
| | DATE PURCHASED | NUMBER | COST | DATE PURCHASED | DATE SOLD | NUMBER | COST |
| COWS | | | $ | | | | $ |
| | | | $ | | | | $ |
| | | | $ | | | | $ |
| | | | $ | | | | $ |
| TOTAL | | | $ | | | | $ |
| | | | | | | ENTER ON LINE 2 B PAGE 2 | |
| CALVES | | | $ | | | | $ |
| | | | $ | | | | $ |
| | | | $ | | | | $ |
| | | | $ | | | | $ |
| TOTAL | | | $ | | | | $ |
| | | | | | | ENTER ON LINE 2 B PAGE 2 | |
| STEERS | | | $ | | | | $ |
| | | | $ | | | | $ |
| | | | $ | | | | $ |
| | | | $ | | | | $ |
| TOTAL | | | $ | | | | $ |
| | | | | | | ENTER ON LINE 2 B PAGE 2 | |

SALE OF BREEDING HERD

| | |
|---|---|
| COST OR OTHER BASIS | $ |
| DEPRECIATION | $ |
| ADJUSTED BASIS | $ |
| | ENTER ON LINE 2 C, PAGE 2 |

CHAPTER 12 CASE



MONTHLY PROFIT AND LOSS REPORT MONTH OF: July, 2025

NAME OF DEBTOR: Terry & Rebecca Robinson
CASE NO.: 23-50097

3. CASH RECONCILIATION:

| | | |
|---|---|---|
| BANK BALANCE AT BEGINNING OF MONTH (ALL ACCOUNTS) | | $ 19,732.37 |
| INCOME (OR LOSS) DURING MONTH (X PG.2) | | $ 7737.52 |
| ADD LOANS, TRANSFERS, AND CASH COLLATERAL | (S,T,& U PG.1) | $ |
| SUBTRACT LOAN REPAYMENTS, TRANSFERS, AND CASH COLLATERAL PRINCIPAL (Y,Z, AND AA, PG. 2) | | $ 9987.55 |
| CASH AND BANK ACCOUNT BALANCE AT END OF MONTH (TOTAL ENDING BALANCE OF ALL ACCOUNTS) | | $ 17482.34 |

4. EXPENSES CHARGED BUT NOT PAID DURING THE LAST MONTH OF PLAN YEAR

| EXPENSE (ITEMIZE) | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL EXPENSES CHARGED | $ |

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

8-5-25
DATE

Rebecca Robinson
DEBTOR/OFFICER OF DEBTOR

Revised 1/1/2015

**West Texas State Bank**

*The Friendly West Texas Bank*

PO Box 1396 Snyder, TX 79550

325-573-5441

www.wtsb.com

ACCOUNT STATEMENT 

0000549 1763WTSB 1873C00X.001

538 1 AV 0.588 *0000549 S3
BO & BECKY ROBINSON CHAPTER 12
DEBTOR IN POSSESSION CASE 2350097RLJ12
9397 COUNTY ROAD 3114
SNYDER TX 79549-1379

| ACCOUNT NUMBER | |
|---|---|
| STATEMENT PERIOD | 6/30/25 - 7/31/25 |
| ENCLOSURES | 63 |
| PAGE | 1 of 5 |

## Checking Account Summary -

FREEDOM CHKG

| | |
|---|---|
| Beginning Balance | 19,732.37 |
| Deposits | 0.00 |
| 5 Other Credits | 7,737.52 |
| 2 Withdrawals | 4,069.11 |
| 61 Other Debits | 5,918.44 |
| Ending Balance | 17,482.34 |

## Overdraft Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

## Fee Summary

| Item | Amount |
|---|---|
| TOTAL FEES IMPOSED | 0.00 |

NNNNNN MailAndE

## Account Credit Transactions

| Date | Description | Amount |
|---|---|---|
| 7/10 | CANYON WIND ENER CORP PYMNT 0023936798 | 2,475.23 |
| 7/14 | 2022 PERMIAN BAS ACH Paymen 5958970255 | 1,800.00 |
| 7/16 | KINDER MORGAN AP PAYMENT 0020292964 | 1,277.44 |
| 7/18 | POS-07/17 10:08 DBAORIGINALSGOODSTUFF MIAMI FL | 7.85 |
| 7/23 | SSA TREAS 310 XXSOC SEC 6212062960 | 2,177.00 |

## Other Debit Transactions

| Date | Description | Amount |
|---|---|---|
| 7/01 | POS-06/30 20:46 NBS 4108 COLLEGE AVE SNYDER TX | 13.21 |
| 7/01 | POS-06/30 13:47 UNITEDSUPERMARKETSONLI 806-791-0220 TX | 314.13 |
| 7/02 | POS-07/02 02:23 AMAZON MKTPL N30DG96X2 AMZN.COM BILLWA | 26.53 |
| 7/02 | POS-07/01 13:50 MONTANA SILVERSMITHS 406-322-4511 MT | 93.93 |
| 7/02 | POS-07/02 00:36 KOBIE BENHAM NP LLC SNYDER TX | 100.00 |
| 7/03 | POS-07/02 23:59 1818 PEDI SPA SNYDER TX | 117.00 |
| 7/03 | POS-07/02 09:27 AMAZON MKTPL N32VR9SP2 AMZN.COM BILLWA | 177.20 |
| 7/03 | AETNA H & L INS PYMT 0027591187 | 249.23 |

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT.

BANK BALANCE SHOWN ON THIS STATEMENT $ ____________

ADD + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT ____________

TOTAL ____________

SUBTRACT (IF ANY) CHECKS OUTSTANDING ____________

BALANCE $ ____________ SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

| CHECKS OUTSTANDING | | |
|---|---|---|
| NO. | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK.

CHECKBOOK BALANCE ACTIVITY CHARGE $ ____________

SUBTRACT – (IF ANY) AT STATEMENT DATE ____________

SUB-TOTAL ____________

SUBTRACT – (IF ANY) OTHER BANK CHARGES ____________

BALANCE $ ____________ SHOULD AGREE WITH YOUR STATEMENT BALANCE

## Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers, Call or Write us at the telephone number or address listed in this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made, if you are a new customer.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

**PLEASE EXAMINE AT ONCE**, if no error is reported within ten days, the account will be considered correct. **PLEASE NOTIFY BANK IN WRITING OF CHANGE OF ADDRESS.**

| | | | | |
|---|---|---|---|---|
| AA = AUTOMATIC ADVANCE | CK = CHECK | CL = LATE CHARGE CREDIT | CM = CREDIT MEMO | DM = DEBIT MEMO |
| DP = DEPOSIT | IC = INTEREST CREDIT | LC = LATE CHARGE | OD = OVERDRAFT | PC = PRINCIPAL CREDIT |
| PD = PRINCIPAL DEBIT | RT = RETURNED ITEM | SC = SERVICE CHARGE | WD = WITHDRAWAL | WH = WITHHOLDING |

## TERMS GOVERNING ACCOUNTS

Deposit in or presentment to the Bank of any item for a customer's account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment.

All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code – Bank Deposits & Collection (of Texas), as from time to time amended, or as varied by agreements permitted by that statute, including those hereinafter set out.

Receipt from others of items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless and until it shall have issued a receipt therefor.

The account shall at all times be subject to service and maintenance charges according to the practice of the Bank prevailing at the time.

When the Bank deems such action proper, the Bank may require that the account be closed.

The provisions hereof shall control, in event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing in its statement Terms Governing Accounts, incorporating the change. The new Terms Governing Accounts will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.

0000549 1763WTSB 1875CD0X.001 26FDP NNNNNN MailAndE

## Other Debit Transactions

| Date | Description | Amount |
|---|---|---|
| 7/03 | AETNA H & L INS PYMT 0027591188 | 279.72 |
| 7/07 | POS-07/03 21:14 MIDLAND MEAT COMPANY F 432-556-0946 TX | 250.00 |
| 7/08 | POS-07/07 12:42 AMAZON MKTPL N31Z16WG1 AMZN.COM BILLWA | 10.66 |
| 7/09 | POS-07/08 22:28 GOVPLUS 888-7043076 DE | 97.00 |
| 7/09 | POS-07/08 22:28 GOVPLUS 888-7043076 DE | 97.00 |
| 7/09 | POS-07/08 22:28 GOVPLUS 888-7043076 DE | 119.88 |
| 7/09 | POS-07/08 22:28 GOVPLUS 888-7043076 DE | 119.88 |
| 7/10 | POS:07/09 16:25 AMAZON.COM NL6CC7GE1 SEATTLE WA | 29.98 |
| 7/11 | POS-07/10 08:55 PY HTEAO 409 SN TX | 21.08 |
| 7/11 | POS-07/10 15:15 CASH APP FOM SANDBLAST CASH.APP TX | 500.00 |
| 7/11 | InstaMed SILVERSCRI 0027664214 | 44.80 |
| 7/11 | InstaMed SILVERSCRI 0027810038 | 44.80 |
| 7/14 | POS-07/12 09:03 PY HTEAO 409 SN TX | 10.44 |
| 7/14 | POS-07/12 12:14 SQ THE COYOTE STORE GAIL TX | 11.90 |
| 7/14 | POS-07/13 21:10 ACTIVE MEDICAL SOLUTIO 832-4602010 FL | 119.00 |
| 7/14 | POS:07/12 17:01 WALMART.COM BENTONVILLE AR | 191.40 |
| 7/15 | POS-07/14 13:10 NETFLIX.COM NETFLIX.COM CA | 19.47 |
| 7/15 | POS-07/14 23:50 ACTIVE MEDICAL SOLUTIO 832-4602010 FL | 400.00 |
| 7/16 | POS:07/16 13:32 CVS PHARMACY 06969 SNYDER TX | 17.25 |
| 7/16 | POS-07/15 21:58 DISCOUNT DIVAS WWW.SHOPDISCOAL | 25.92 |
| 7/16 | POS-07/16 01:26 SP HOSSTOOLSSTORE GROWHOSS.COM GA | 46.98 |
| 7/16 | POS-07/15 20:54 DBAORIGINALSGOODSTUFF WWW.DBAORIGINFL | 54.70 |
| 7/16 | POS-07/15 10:27 GOFUNDME FUEL TAMMI S GOFUNDME.COM CA | 233.00 |
| 7/17 | POS:07/16 23:44 WALMART.COM 8009256278 BENTONVILLE AR | 61.45 |
| 7/18 | POS-07/18 01:14 AMAZON.COM VW3L82KT3 AMZN.COM BILLWA | 63.60 |
| 7/18 | POS:07/18 00:50 WALMART.COM BENTONVILLE AR | 96.93 |
| 7/18 | POS-07/17 17:16 SAMSCLUB.COM 888-746-7726 AR | 158.33 |
| 7/21 | POS-07/19 08:56 PY HTEAO 409 SN TX | 17.18 |
| 7/21 | POS-07/18 18:27 AMAZON MKTPL JS9RL7MH3 AMZN.COM BILLWA | 32.53 |
| 7/21 | POS-07/18 20:43 ROLLINGRANCH.COMMENTSO ROLLINGRANCH.TX | 46.52 |
| 7/21 | POS-07/19 11:19 KALIROSEBOUTIQUE.COM KALIROSEBOUTIMA | 49.72 |
| 7/21 | POS-07/19 14:31 UNITEDSUPERMARKETSONLI 806-791-0220 TX | 80.22 |
| 7/21 | VERIZON WIRELESS PAYMENTS 0027124965 | 283.35 |
| 7/22 | POS-07/22 00:51 MCWILLIAMS PHARMACY SNYDER TX | 36.74 |
| 7/22 | POS-07/22 04:39 UNITED SUPERMARKET 549 SNYDER TX | 44.45 |
| 7/22 | CK # 1127 Big Country Elec CHECK PMTS 4689447529 | 129.56 |
| 7/23 | POS:07/23 12:25 DOCS 184 LUBBOCK TX | 58.43 |
| 7/23 | POS-07/22 23:11 SP SHOWLADYS SHOWLADYS.COMTX | 72.30 |
| 7/25 | POS:07/25 04:45 WALMART.COM BENTONVILLE AR | 20.99 |
| 7/25 | POS-07/24 15:32 ROLLINGRANCH.COMMENTSO ROLLINGRANCH.TX | 27.03 |
| 7/25 | POS-07/24 16:40 ROLLINGRANCH.COMMENTSO ROLLINGRANCH.TX | 38.97 |
| 7/25 | POS:07/25 04:41 WALMART.COM BENTONVILLE AR | 109.45 |
| 7/28 | POS:07/26 08:45 SWIFT STOP 5 POST TX | 30.27 |
| 7/28 | POS-07/26 08:28 SP MOCO BOUTIQUE SHOPMOCO.COM OH | 49.69 |
| 7/29 | POS-07/28 20:29 FETCH ID FETCH-ID.COM NJ | 19.99 |
| 7/29 | POS-07/28 12:16 VENMO BILLY MEBANE VISA DIRECT NY | 40.00 |
| 7/29 | POS:07/29 09:37 NNT JOCKEY INTERNAT870 KENOSHA WI | 51.23 |
| 7/30 | POS-07/29 20:33 CIGARS.COM 336-228-0672 NJ | 40.53 |
| 7/30 | POS-07/29 16:56 VENMO VANDYKEPURP VAN 8558124430 NY | 84.10 |
| 7/30 | POS-07/29 08:30 VENMO TERRI SCHLAFFER VISA DIRECT NY | 100.00 |
| 7/31 | POS:07/30 15:57 WALMART.COM BENTONVILLE AR | 4.00 |
| 7/31 | POS-07/30 21:36 SP THE BLESSED NEST 132-55733403 TX | 43.25 |

## Other Debit Transactions

| Date | Description | Amount |
|---|---|---|
| 7/31 | POS:07/30 15:55 WALMART.COM BENTONVILLE AR | 191.54 |

## Checks

| Date | Check Number | Amount | Date | Check Number | Amount |
|---|---|---|---|---|---|
| 07/03 | 1125 | 18.47 | 07/30 | 1128* | 4,050.64 |

*(*) Denotes missing check numbers*

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7/01 | 19,405.03 | 7/11 | 19,483.10 | 7/22 | 20,337.75 |
| 7/02 | 19,184.57 | 7/14 | 20,950.36 | 7/23 | 22,384.02 |
| 7/03 | 18,342.95 | 7/15 | 20,530.89 | 7/25 | 22,187.58 |
| 7/07 | 18,092.95 | 7/16 | 21,430.48 | 7/28 | 22,107.62 |
| 7/08 | 18,082.29 | 7/17 | 21,369.03 | 7/29 | 21,996.40 |
| 7/09 | 17,648.53 | 7/18 | 21,058.02 | 7/30 | 17,721.13 |
| 7/10 | 20,093.78 | 7/21 | 20,548.50 | 7/31 | 17,482.34 |

***90 DAY NOTICE***
This will serve as notice that the WTSB Branch located at
4803 Plaza Blvd, Suite 802 Odessa TX 79762
will close permanently on May 2, 2025.
After this date, full service banking will be available at
1330 East 8th Street, Ste 110, Odessa, TX 79761
For additional information, please call (432) 444-8610

0000549 1763WTSB 1876C00X.001 26FDP

BO & BECKY ROBINSON
CHAPTER 12 DEBTOR IN POSSESSION
CASE# 23-50097-RLJ12
9397 CR 3114
SNYDER, TX 79549

1125

Date 6-25 20 25

Pay to the order of Mary Ashcroft Schaefer $ 18 47/

Eighteen and 47/100 DOLLARS

West Texas State Bank

For paints Becky Robinson

⑆111322664⑆ 1125

Number: 1125 Date: 7/3/2025 Amount: $18.47



Number: 1128 Date: 7/30/2025 Amount: $4050.64

0000549 1763WTSB 1877C00X.001 26FDP NNNNNN MailAndE