CHAPTER 12 CASE

MONTHLY PROFIT AND LOSS REPORT                                    PAGE 1 OF 5

NAME OF DEBTOR: Terry & Rebecca Robinson          MONTH OF: December . 2025

CASE NO.: 23-50097

## MONTHLY RECEIPTS AND DISBURSEMENTS

1. CASH RECEIVED DURING MONTH

| RECEIPT ITEM | QUANTITY SOLD (BALES,BUSHELS,LBS,HEAD) | CROP YEAR | AMOUNT |
|---|---|---|---|
| A.CROPS SOLD | | | |
| 1. COTTON | | | $ |
| 2. WHEAT | | | $ |
| 3. GRAINS | | | $ |
| 4. CORN | | | $ |
| 5. SUGAR BEETS | | | $ |
| 6. OTHER | | | $ |
| B.PASTURE RENTAL | | | $ |
| C.AGRICULTURAL PROGRAM PAYMENTS | | | $ |
| D.CCC LOANS | | | $ |
| E.SALES OF LIVESTOCK BOUGHT FOR RESALE | | | $ |
| F.SALES OF BREEDING HERD | | | $ |
| G.MACHINE WORK | | | $ |
| H.CROP INSURANCE PROCEEDS | | | $ |
| I.DISTRIBUTIONS FROM CO-OP (1) Patronage Dividends | | | $ |
| (2) Stock Retirement | | | $ |
| J.OTHER FARM INCOME | | | $ |
| K.WAGES EARNED FROM OUTSIDE WORK | | | $ |
| L.REIMBURSEMENT OF EXPENSE | | | $ |
| M.RENTS AND ROYALTIES | | | $ 1140.50 |
| N.INTEREST AND DIVIDENDS | | | $ |
| O.SOCIAL SECURITY BENEFITS | | | $ 2251.00 |
| P.BUSINESS INCOME (SCHEDULE C and E) | | | $ |
| Q.OTHER RECEIPTS | | | $ 271.70 |
| R.TOTAL RECEIPTS (SUM OF A THRU Q) | | | $ 3663.20 |
| S.TRANSFERS | | | $ |
| T.NEW LOAN RECEIVED THIS MONTH | | | $ |
| U.CASH COLLATERAL RECEIPTS/REFUND OF CASH COLLATERAL | | | $ |

Revised 1/1/2015

CHAPTER 12 CASE                                                      PAGE 2 OF 5

MONTHLY PROFIT AND LOSS REPORT              MONTH OF:        December     .2025
NAME OF DEBTOR:  Terry & Rebecca Robinson
CASE NO.:        23-50897

2. EXPENSES PAID

   A.TOTAL FROM PAGE 3 FOR HOUSEHOLD/LIVING EXPENSE                 $ 7321.06
     FARM OPERATING EXPENSES PAID (ITEMIZE)
   B.COST OF LIVESTOCK SOLD FROM PAGE 4                    $_____
   C.COST OF BREEDING HERD SOLD FROM PAGE 4                $_____
   D.CHEMICALS                                            $_____
   E.CUSTOM HIRE (MACHINE WORK)                            $_____
   F.FEED PURCHASED                                       $_____
   G.FERTILIZER AND LIME                                  $_____
   H.GASOLINE, FUEL, OIL                                  $ 181.90
   I.INSURANCE                                            $_____
   J.INTEREST                                             $_____
   K.LABOR                                                $_____
   L.RENT OF FARM, PASTURE                                $_____
   M.REPAIRS, MAINTENANCE                                 $ 1241.81
   N.SEEDS, PLANTS PURCHASED                              $_____
   O.STORAGE, WAREHOUSING, FREIGHT, TRUCKING              $_____
   P.TAXES                                                $_____
   Q.UTILITIES                                            $_____
   R.OTHER EXPENSES (LIST)                                $_____
      1. _____     $_____
      2. _____     $_____

   S.TOTAL FARM EXPENSES  (SUM OF B THRU R)                    $ 814477

   T.PLAN PAYMENTS MADE TO CHAPTER 12 TRUSTEE                  $_____
   U.OTHER PAYMENTS MADE TO SECURED CREDITORS                  $_____
   V.OTHER BUSINESS EXPENSES (SCHEDULE C AND E)                $_____
   W. TOTAL EXPENSES PAID DURING MONTH        (SUM of A+S+T+U+V)        $ 814477
   X. PROFIT(OR LOSS) FOR MONTH(LINE R, PAGE 1 LESS LINE W, PAGE 2)      $_____
   Y.TRANSFERS                                                 $_____
   Z.LOANS REPAID                                              $_____
   AA.CASH COLLATERAL PRINCIPAL REPAYMENT                      $_____

Revised 1/1/2015

CHAPTER 12 CASE                                    PAGE 3 OF 5

MONTHLY PROFIT AND LOSS REPORT        MONTH OF:    December  ,2023
NAME OF DEBTOR:    Terry & Rebecca Robinson
CASE NO.:              23-50097

HOUSEHOLD AND LIVING EXPENSE

| | | |
|---|---|---|
| A. HOME MORTGAGE | | $_____ |
| B. ROUTINE HOME MAINTENANCE | | $_____ |
| C. RENT | | $_____ |
| D. TOTAL UTILITIES    (SUM OF 1 THRU 5) | | $464.81 |
| 1. ELECTRIC | $121.41 | |
| 2. WATER | $_____ | |
| 3. TELEPHONE | $343.40 | |
| 4. GAS | $_____ | |
| 5. OTHER | $_____ | |
| E. FOOD | | $656.94 |
| F. CLOTHING | | $553.05 |
| G. LAUNDRY AND CLEANING | | $40.38 |
| H. MEDICAL | | $223.50 |
| I. TOTAL INSURANCE NOT DEDUCTED FROM WAGES | | $663.56 |
|    (SUM OF 1 THRU 5) | | |
| 1. AUTO | $_____ | |
| 2. LIFE | $_____ | |
| 3. MEDICAL | $663.56 | |
| 4. HOMEOWNERS | $_____ | |
| 5. OTHER | $_____ | |
| J. TRANSPORTATION NOT INCLUDING AUTO PAYMENTS | | $_____ |
| K. RECREATION AND EATING OUT | | $136.18 |
| L. DUES NOT DEDUCTED FROM WAGES | | $_____ |
| M. TAXES NOT DEDUCTED FROM WAGES OR | | $_____ |
|    INCLUDED IN MORTAGE PAYMENTS. | | $_____ |
| N. ALIMONY, MAINTENANCE OR SUPPORT PAYMENTS | | $_____ |
| O. RELIGIOUS OR OTHER CHARITABLE CONTRIBUTIONS | | $315.00 |
| P. TOTAL OTHER EXPENSES ( SUM OF 1 THRU 5) | | $4207.58 |
| 1. Subscriptions | $87.30 | |
| 2. Gift | $3026.07 | |
| 3. Supplies | $1154.21 | |
| 4. | $_____ | |
| Q. TOTAL INSTALLMENT PAYMENTS (SUM OF 1 THRU 5) | | $_____ |
| 1. AUTO | $_____ | |
| 2. HOME IMPROVEMENT | $_____ | |
| 3. | $_____ | |
| 4. | $_____ | |

TOTAL HOUSEHOLD AND LIVING EXPENSE                      $7321.00

                                            ENTER ON LINE
                                            LINE 2 A, PAGE 2

Revised 1/1/2015

CHAPTER 12 CASE                                         PAGE 4 OF 5

**MONTHLY PROFIT AND LOSS REPORT**        MONTH OF:    _December_    , _2025_

NAME OF DEBTOR:    _Terry & Rebecca Rohrman_
CASE NO.:    _23-50097_

### PURCHASE AND SALE OF LIVESTOCK HELD FOR RESALE

MONTHLY   PURCHASES                    |    MONTHLY   SALES

| | | | | | | |
|---|---|---|---|---|---|---|
| | DATE PURCHASED | NUMBER | COST | DATE PURCHASED | DATE SOLD | NUMBER | COST |

**COWS**

| DATE PURCHASED | NUMBER | COST | DATE PURCHASED | DATE SOLD | NUMBER | COST |
|---|---|---|---|---|---|---|
| _____ | _____ | $_____ | _____ | _____ | _____ | $_____ |
| _____ | _____ | $_____ | _____ | _____ | _____ | $_____ |
| _____ | _____ | $_____ | _____ | _____ | _____ | $_____ |
| _____ | _____ | $_____ | _____ | _____ | _____ | $_____ |
| _____ | _____ | $_____ | _____ | _____ | _____ | $_____ |

TOTAL                 $

ENTER ON LINE 2 B
PAGE 2

**CALVES**

| _____ | _____ | $_____ | _____ | _____ | _____ | $_____ |
|---|---|---|---|---|---|---|
| _____ | _____ | $_____ | _____ | _____ | _____ | $_____ |
| _____ | _____ | $_____ | _____ | _____ | _____ | $_____ |
| _____ | _____ | $_____ | _____ | _____ | _____ | $_____ |

TOTAL                 $

ENTER ON LINE 2 B
PAGE 2

**STEERS**

| _____ | _____ | $_____ | _____ | _____ | _____ | $_____ |
|---|---|---|---|---|---|---|
| _____ | _____ | $_____ | _____ | _____ | _____ | $_____ |
| _____ | _____ | $_____ | _____ | _____ | _____ | $_____ |
| _____ | _____ | $_____ | _____ | _____ | _____ | $_____ |

TOTAL                 $

ENTER ON LINE 2 B
PAGE 2

### SALE OF BREEDING HERD

COST OR OTHER BASIS        $_____

DEPRECIATION              $_____

ADJUSTED BASIS            $_____

ENTER ON LINE
2 C, PAGE 2

Revised 1/1/2015

CHAPTER 12 CASE                                  PAGE 5 OF 5

MONTHLY PROFIT AND LOSS REPORT          MONTH OF:   December    , 2025

NAME OF DEBTOR:   Terrey & Rebecca Robinson
CASE NO.:              23-50097

3.  CASH RECONCILIATION:

BANK BALANCE AT BEGINNING OF MONTH (ALL ACCOUNTS)          $ 14,265.35

INCOME (OR LOSS) DURING MONTH (X PG.2)                     $ _____

ADD LOANS, TRANSFERS, AND CASH COLLATERAL                  $ 3663.20
                                   (S,T,& U PG.1)

SUBTRACT LOAN REPAYMENTS, TRANSFERS, AND                   $ _____
CASH COLLATERAL PRINCIPAL (Y,Z, AND AA, PG. 2)

CASH AND BANK ACCOUNT BALANCE AT END OF MONTH              $ 9183.78
(TOTAL ENDING BALANCE OF ALL ACCOUNTS)

4.  EXPENSES CHARGED BUT NOT PAID DURING THE LAST MONTH OF PLAN YEAR

EXPENSE (ITEMIZE)                                          AMOUNT
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____

TOTAL EXPENSES CHARGED                                     $ _____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING
STATEMENT AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE,
INFORMATION AND BELIEF.

1. 8 .26                              Rebecca Robinson
DATE                                  DEBTOR/OFFICER OF DEBTOR

Revised 1/1/2015

# West Texas State Bank

### *The Friendly West Texas Bank*

PO Box 1396  Snyder, TX 79550

325-573-5441

www.wtsb.com

ACCOUNT STATEMENT    Member **FDIC**

| ACCOUNT NUMBER | 8905 |
|---|---|
| STATEMENT PERIOD | 11/28/25 - 12/31/25 |
| ENCLOSURES | 97 |
| PAGE | 1 of 6 |

```
1387 1 AV 0.588 *0001406   S4
BO & BECKY ROBINSON CHAPTER 12
DEBTOR IN POSSESSION CASE 2350097RLJ12
9397 COUNTY ROAD 3114
SNYDER TX 79549-1379
```

## Checking Account Summary — 8905

FREEDOM CHKG

| | |
|---|---|
| Beginning Balance | 14,265.35 |
| Deposits | 0.00 |
| 4 Other Credits | 3,663.20 |
| 2 Withdrawals | 935.00 |
| 97 Other Debits | 7,809.77 |
| Ending Balance | 9,183.78 |

## Overdraft Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

## Fee Summary

| Item | Amount |
|---|---|
| CROSS BORDER FEE | 0.92 |
| TOTAL FEES IMPOSED | 0.92 |

(LISTED BELOW)

## Account Credit Transactions

| Date | Description | | | Amount |
|---|---|---|---|---|
| 12/16 | VENMO | CASHOUT | 0015889108 | 165.00 |
| 12/17 | KINDER MORGAN | AP PAYMENT | 0024582152 | 1,140.50 |
| 12/24 | SSA TREAS 310 | XXSOC SEC | 6212772873 | 2,251.00 |
| 12/26 | POS-12/25 09:17 | HSN COM2058473513 | 800-9332887 FL | 106.70 |

## Other Debit Transactions

| Date | Description | | | Amount |
|---|---|---|---|---|
| 12/01 | POS-11/28 10:49 | APPLE.COM BILL | 866-712-7753 CA | 2.99 |
| 12/01 | POS-11/28 13:01 | APPLE.COM BILL | 866-712-7753 CA | 11.73 |
| 12/01 | POS:11/30 16:15 | AMAZON.COM BB62U1672 SEATTLE  WA | | 32.45 |
| 12/01 | POS:11/30 12:03 | DOLLAR-GENERAL 1912 SNYDER  TX | | 45.19 |
| 12/02 | POS-12/01 09:41 | PY HTEAO 409  SN  TX | | 10.26 |
| 12/02 | POS:12/02 00:44 | AMAZON.COM BI8Q66O12 SEATTLE  WA | | 97.48 |
| 12/02 | POS-12/01 22:13 | DICKSSPORTINGGOODS.COM CORAOPOLIS  PA | | 128.09 |
| 12/02 | POS-12/01 19:05 | SP DRIP EZ  BBQDRIPEZ.COMCO | | 174.94 |

CSI REV 062824

1763-STMT

THIS IS PROVIDED TO HELP YOU BALANCE
YOUR BANK STATEMENT.

THIS IS PROVIDED TO HELP YOU BALANCE
YOUR CHECKBOOK.

| CHECKS OUTSTANDING | |
| --- | --- |
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

BANK BALANCE
SHOWN ON THIS STATEMENT $ _____

CHECKBOOK BALANCE
ACTIVITY CHARGE                    $ _____

ADD + (IF ANY)
DEPOSITS NOT SHOWN _____
ON THIS STATEMENT

SUBTRACT – (IF ANY)
AT STATEMENT DATE          _____

TOTAL        _____

SUB-TOTAL          _____

SUBTRACT (IF ANY)
CHECKS OUTSTANDING

SUBTRACT – (IF ANY)
OTHER BANK CHARGES        _____

BALANCE  $ _____
SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

BALANCE  $ _____
SHOULD AGREE WITH YOUR STATEMENT BALANCE

## Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers, Call or Write us at the telephone number or address listed in this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made, if you are a new customer.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

**PLEASE EXAMINE AT ONCE,** if no error is reported within ten days, the account will be considered correct. **PLEASE NOTIFY BANK IN WRITING OF CHANGE OF ADDRESS.**

| | | | | |
| --- | --- | --- | --- | --- |
| AA = AUTOMATIC ADVANCE | CK = CHECK | CL = LATE CHARGE CREDIT | CM = CREDIT MEMO | DM = DEBIT MEMO |
| DP = DEPOSIT | IC = INTEREST CREDIT | LC = LATE CHARGE | OD = OVERDRAFT | PC = PRINCIPAL CREDIT |
| PD = PRINCIPAL DEBIT | RT = RETURNED ITEM | SC = SERVICE CHARGE | WD = WITHDRAWAL | WH = WITHHOLDING |

## TERMS GOVERNING ACCOUNTS

Deposit in or presentment to the Bank of any item for a customer's account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment.

All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code – Bank Deposits & Collection (of Texas), as from time to time amended, or as varied by agreements permitted by that statute, including those hereinafter set out.

Receipt from others of items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless and until it shall have issued a receipt therefor.

The account shall at all times be subject to service and maintenance charges according to the practice of the Bank prevailing at the time.

When the Bank deems such action proper, the Bank may require that the account be closed.

The provisions hereof shall control, in event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing in its statement Terms Governing Accounts, incorporating the change. The new Terms Governing Accounts will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.

CSI REV 062824

1763-STMT

| ACCOUNT NUMBER | ━━━━━━━ |
|---|---|
| PAGE | 3 of 6 |

## Other Debit Transactions

| Date | Description | Amount |
|---|---|---|
| 12/02 | POS-12/01 20:41    SP PONCHO          PONCHOOUTDOORTX | 183.92 |
| 12/02 | POS-12/01 21:01    SP AG-GEAR BRANDS TX    AGGEARSTORE.CNC | 251.91 |
| 12/02 | POS-12/01 19:49    SP HEXCLAD COOKWARE    HEXCLAD.COM CA | 351.21 |
| 12/03 | POS-12/02 12:45    HSN HSN2057668596    800-9332887 FL | 106.70 |
| 12/03 | POS-12/02 12:45    HSN HSN2057668599    800-9332887 FL | 106.70 |
| 12/03 | POS-12/02 12:45    HSN HSN2057668595    800-9332887 FL | 106.70 |
| 12/03 | AETNA H & L    INS PYMT        0024204724 | 279.72 |
| 12/03 | AETNA H & L    INS PYMT        0024204723 | 294.24 |
| 12/04 | POS-12/03 18:09    SP APPLEBAND        KOWLOON    HK | 35.75 |
| 12/04 | POS-12/04 01:01    TRU ORTHO PLLC    SAN ANTONIO TX | 195.00 |
| 12/04 | CROSS BORDER FEE    SP APPLEBAND        KOWLOON    HK | 0.36 |
| 12/05 | TST DRURY HOTELS - RE SAN ANTONIO TX | 8.66 |
| 12/05 | POS:12/04 21:06    AMAZON.COM BI2DW8ZH0 SEATTLE    WA | 22.35 |
| 12/05 | POS-12/04 10:30    TST EMBERS WOOD FIRED SAN ANTONIO TX | 35.73 |
| 12/05 | POS:12/05 08:20    AMAZON.COM BI7WJ9JX0 SEATTLE    WA | 129.42 |
| 12/08 | POS:12/06 03:48    WALMART.COM      BENTONVILLE AR | 7.16 |
| 12/08 | POS:12/05 20:25    SQ BULLDOG CAFE    IRA    TX | 30.59 |
| 12/08 | POS:12/05 20:15    DISNEY PLUS RECURRING BURBANK    CA | 32.39 |
| 12/08 | POS-12/07 18:21    SP SAFE SPORT GEAR    SAFESPORTGEARCA | 37.35 |
| 12/08 | POS:12/05 22:11    NNT TARGET.COM    082 BROOKLYN PARKMN | 37.36 |
| 12/08 | POS-12/07 23:25    SP SWEET CANDY COMPA    SWEETCANDY.COUT | 55.81 |
| 12/08 | POS:12/05 18:21    SP APPLEBAND        KOWLOON    HK | 56.15 |
| 12/08 | POS:12/05 22:17    SP TWELVE SOUTH      TWELVESOUTH.CSC | 61.54 |
| 12/08 | POS:12/06 22:07    AMAZON.COM EN7I47163 SEATTLE    WA | 71.50 |
| 12/08 | POS:12/05 20:06    SP GATOR MAGNETICS    GATORMAGNETICMN | 97.26 |
| 12/08 | POS:12/06 09:45    DECKERS HOKA ONE ONE    866-491-3125 CA | 102.48 |
| 12/08 | POS:12/06 08:49    HSN HSN2058473513    800-9332887 FL | 106.70 |
| 12/08 | POS:12/07 14:09    CAVENDERS BOOT 48    MIDLAND    TX | 150.47 |
| 12/08 | POS:12/06 03:33    WALMART.COM      BENTONVILLE AR | 180.27 |
| 12/08 | CROSS BORDER FEE    SP APPLEBAND        KOWLOON    HK | 0.56 |
| 12/09 | POS-12/09 03:41    UTSW MYCHART      469-2912700 TX | 19.84 |
| 12/09 | POS-12/08 16:41    DICKSSPORTINGGOODS.COM CORAOPOLIS  PA | 52.29 |
| 12/09 | POS-12/08 10:50    VENMO TERRI SCHLAFFER VISA DIRECT NY | 150.00 |
| 12/10 | POS-12/09 14:37    1818 PEDI SPA      SNYDER    TX | 50.00 |
| 12/10 | POS-12/09 16:24    SQ DEFAID EMPORIUM    SNYDER    TX | 136.63 |
| 12/10 | POS-12/09 12:15    VENMO KAMI CABLER    VISA DIRECT NY | 200.00 |
| 12/11 | POS-12/10 08:55    PY HTEAO 409        SN    TX | 17.29 |
| 12/11 | POS-12/10 23:43    1818 PEDI SPA      SNYDER    TX | 52.00 |
| 12/11 | POS-12/10 22:19    SP STORMY SHIELDS    STORMYBROOKEDTX | 60.57 |
| 12/11 | POS:12/11 03:27    WALMART.COM      BENTONVILLE AR | 65.28 |
| 12/11 | POS-12/10 15:19    MURDOCHS RANCH HOME S BOZEMAN    MT | 68.36 |
| 12/11 | POS-12/10 08:29    VENMO KAMI CABLER    NEW YORK    NY | 200.00 |
| 12/11 | InstaMed    SILVERSCRI        0023592130 | 44.80 |
| 12/11 | InstaMed    SILVERSCRI        0023817838 | 44.80 |
| 12/12 | POS-12/11 10:47    TACO BELL 032699    BORGER    TX | 16.22 |
| 12/12 | CK # 1141 Big Country Elec CHECK PMTS      4682417749 | 121.47 |
| 12/15 | POS:12/13 09:24    AMAZON.COM AV5O807K3 SEATTLE    WA | 10.66 |
| 12/15 | POS:12/15 12:08    SQ AM DONUTS AND KALA SWEETWATER  TX | 15.50 |
| 12/15 | POS-12/14 10:59    NETFLIX.COM      NETFLIX.COM CA | 19.47 |
| 12/15 | POS:12/13 10:13    WALMART.COM      BENTONVILLE AR | 43.74 |
| 12/15 | POS:12/13 00:03    AMAZON.COM ER2HS6I73 SEATTLE    WA | 56.76 |
| 12/15 | POS:12/13 10:55    KENDRA SCOTT ECOMMERCE 866-677-7023 TX | 65.07 |

| ACCOUNT NUMBER | ██████ |
|---|---|
| PAGE | 4 of 6 |

## Other Debit Transactions

| Date | Description | Amount |
|---|---|---|
| 12/15 | POS-12/14 03:15   DILLARDS 698 DILLARD S 800-345-5273 AR | 117.32 |
| 12/15 | POS-12/14 02:12   SQ THE WEST TEXAS REH SNYDER    TX | 315.00 |
| 12/16 | POS:12/15 20:03   AMAZON.COM 1F4KQ2YQ3  SEATTLE    WA | 53.26 |
| 12/17 | POS-12/17 10:37   WALMART.COM 8009256278 BENTONVILLE  AR | 8.69 |
| 12/17 | POS:12/16 16:14   AMAZON.COM M272Z70V3  SEATTLE    WA | 14.33 |
| 12/17 | POS-12/17 12:39   SQ ELEGANT CHAOS     SNYDER    TX | 43.30 |
| 12/17 | POS-12/16 23:19   CHEWY.COM          800-672-4399 FL | 53.70 |
| 12/17 | POS:12/17 10:43   WALMART.COM 8009256278 BENTONVILLE  AR | 103.98 |
| 12/18 | POS-12/17 23:23   SP VERABRADLEY-LIVE  VERABRADLEY.CIN | 37.36 |
| 12/18 | POS-12/18 01:21   WWW.KOHLS.COM 0873   866-887-8884 OH | 54.91 |
| 12/18 | POS-12/17 12:59   AMAZON PRIME BA0YF39J3 AMZN.COM BILLWA | 148.38 |
| 12/19 | POS-12/18 21:39   SP STORMY SHIELDS    132-52079482 TX | 43.25 |
| 12/19 | POS-12/19 00:59   1818 PEDI SPA       SNYDER    TX | 47.00 |
| 12/22 | POS-12/19 08:55   PY HTEAO 409         SN      TX | 10.59 |
| 12/22 | POS-12/19 22:03   TRI-W QUALITY LAUNDRY SNYDER    TX | 40.38 |
| 12/22 | POS-12/20 10:00   AMAZON MKTPL G84EF4TR3 AMZN.COM BILLWA | 65.48 |
| 12/22 | POS-12/20 11:27   AMAZON MKTPL 083HC40C3 AMZN.COM BILLWA | 90.73 |
| 12/22 | VERIZON WIRELESS PAYMENTS          0027969809 | 343.40 |
| 12/23 | POS-12/22 16:07   AMAZON PRIME RH0QR6PU3 888-802-3080 WA | 6.39 |
| 12/23 | POS:12/23 03:55   WALMART.COM        BENTONVILLE AR | 92.90 |
| 12/24 | POS-12/24 13:47   SQ DEFAID EMPORIUM   SNYDER    TX | 55.78 |
| 12/24 | POS-12/23 13:33   UNITEDSUPERMARKETSONLI 806-791-0220 TX | 179.77 |
| 12/26 | POS-12/24 10:40   UNITED SUPERMARKET 549 SNYDER    TX | 13.64 |
| 12/26 | POS-12/24 13:33   UNITEDSUPERMARKETSONLI 806-791-0220 TX | 17.58 |
| 12/29 | POS-12/28 10:37   APPLE.COM BILL       866-712-7753 CA | 2.99 |
| 12/29 | POS:12/28 06:48   APPLE COM BILL       CUPERTINO  CA | 11.73 |
| 12/29 | POS-12/27 12:19   ETSY INC. ETSY.COM GU BROOKLYN  NY | 24.55 |
| 12/29 | POS-12/26 10:26   VENMO ELLA TOFAEONO  VISA DIRECT NY | 200.00 |
| 12/30 | POS:12/30 03:38   WALMART.COM        BENTONVILLE AR | 15.68 |
| 12/30 | POS-12/29 20:58   CHICO S SOMA-DIRECT 0 866-768-7662 FL | 27.05 |
| 12/30 | POS-12/29 20:58   CHICO S SOMA-DIRECT 0 866-768-7662 FL | 36.74 |
| 12/30 | POS-12/30 03:01   LANCOME            800-526-2663 NJ | 104.55 |
| 12/30 | POS-12/30 03:34   WALMART.COM        BENTONVILLE AR | 138.69 |
| 12/31 | POS-12/30 19:30   WALMART.COM 8009256278 BENTONVILLE AR | 5.84 |
| 12/31 | POS:12/30 19:39   WALMART.COM 8009256278 BENTONVILLE AR | 41.46 |
| 12/31 | POS:12/31 02:53   AMAZON.COM WA0TQ6JV3  SEATTLE    WA | 41.78 |
| 12/31 | POS-12/30 22:29   JCPENNEY.COM 0001    800-322-1189 TX | 51.75 |

## Checks

| Date | Check Number | Amount | Date | Check Number | Amount |
|---|---|---|---|---|---|
| 12/01 | 1139 | 765.00 | 12/30 | 1161* | 170.00 |

(*) Denotes missing check numbers

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/01 | 13,407.99 | 12/09 | 9,639.13 | 12/17 | 8,946.43 |
| 12/02 | 12,210.18 | 12/10 | 9,252.50 | 12/18 | 8,705.78 |
| 12/03 | 11,316.12 | 12/11 | 8,699.40 | 12/19 | 8,615.53 |
| 12/04 | 11,085.01 | 12/12 | 8,561.71 | 12/22 | 8,064.95 |
| 12/05 | 10,888.85 | 12/15 | 7,918.19 | 12/23 | 7,965.66 |
| 12/08 | 9,861.26 | 12/16 | 8,029.93 | 12/24 | 9,981.11 |

| ACCOUNT NUMBER | ▉▉▉▉ |
|---|---|
| PAGE | 5 of 6 |



### Daily Balance Information (continued)

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/26 | 10,056.59 | 12/30 | 9,324.61 | 12/31 | 9,183.78 |
| 12/29 | 9,817.32 | | | | |

***NOTIFICATION***
WEST TEXAS STATE BANK
WILL BE CLOSING OUR LUBBOCK BRANCH AT 7202 SLIDE ROAD
CUSTOMERS ARE ENCOURAGED TO USE OUR NEW LOCATION
AT 3004 SLIDE ROAD IN LUBBOCK
OR OUR OTHER BRANCHES IN SNYDER, ODESSA OR ROWENA




West Texas State Bank



Number: 1139 Date: 12/1/2025 Amount: $765.00



Number: 1161 Date: 12/30/2025 Amount: $170.00



