

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 23, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| In re:<br><br>2B Farms, a Texas General Partnership,<br>　　　Debtor. | Case No. 23-50096-swe12 |
| In re:<br><br>Terry M. Robinson and<br>Rebecca A. Robinson,<br>　　　Debtors. | Case No. 23-50097-swe12<br>(Jointly Administered Under<br>Case No. 23-50096-swe12) |

**ORDER GRANTING FIFTH INTERIM FEE APPLICATION OF ROBINSON,
BURDETTE, MARTIN & SERIGHT, LLP AS ACCOUNTANTS FOR THE DEBTORS**

On this day came to be considered the *Fifth Interim Fee Application of Robinson, Burdette,
Martin & Seright, LLP as Accountants for the Debtors* ("**Application**"), seeking compensation
and reimbursement of expenses for the accounting services of Robinson, Burdette, Martin &
Seright, LLP of Lubbock, Texas ("**RBMS**") in the total amount of $1,870.00, and the Court having
considered the Application and having further been informed that no objections were filed to the
Application, and the Court being of the opinion that RBMS has provided necessary and beneficial

services to the estate, and therefore finds that the Motion is GRANTED.

IT IS THEREFORE ORDERED that the total amount of $1,870.00 in fees billed by RBMS

for services performed for the bankruptcy estate is hereby approved for payment.

### End of Order ###


Submitted for Approval:

*/s/ Todd J. Johnston*
Todd J. Johnston, SBN 24050837
MCWHORTER, COBB & JOHNSON, LLP
1722 Broadway
Lubbock, Texas 79401
806/762-0214; 806/498-4808 (FAX)
*tjohnston@mcjllp.com*
**Attorneys for Debtors 2B Farms, a Texas General Partnership,
and Terry M. Robinson and Rebecca Robinson**

{00910615.DOCX - ver}